| | |
|---|---|
| 1 | Thomas A. Evans (SBN 202841) |
| | Email:  tevans@reedsmith.com |
| 2 | Eugenia S. Chern (SBN 215092) |
| | Email:  echern@reedsmith.com |
| 3 | REED SMITH LLP |
| | 1999 Harrison Street, Suite 2400 |
| 4 | Oakland, CA  94612-3572 |

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    +1 510 763 2000
Facsimile:     +1 510 273 8832

E-filing

Attorneys for Defendant
Pan-American Life Insurance Company

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA MATHEWS,

        Plaintiff,

vs.

PAN-AMERICAN LIFE INSURANCE
COMPANY, and DOE 1 through DOE 20,
Inclusive ,

        Defendants.

Case No. C 07 - 2757

**CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS [L.R. 3-16]**

    Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for defendant Pan-American Life Insurance Company, certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 24, 2007.

REED SMITH LLP

By /s/ Thomas A. Evans
Thomas A. Evans
Eugenia S. Chern
Attorneys for Defendant
Pan-American Life Insurance Company

– 1 –

DOCSOAK-9873134.1-359830-60004

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On May 24, 2007, I served the following document(s) by the method indicated below:

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R.3-16]**

☐ by transmitting via facsimile on this date from fax number 510.273.8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Michael E. Kinney, Esq.
Law Office of Michael E. Kinney
438 First Street
Fourth Floor
Santa Rosa, CA 95401

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed May 24, 2007, at Oakland, California.

_____
Norene Avakian