MICHAEL E. KINNEY
Bar No. 77018
Law Office of Michael E. Kinney
438 First St.
Fourth Floor
Santa Rosa, CA  95401
(707) 527-4141
Fax (707) 579-9561
kinney@kinnlaw.com

Attorney for Plaintiff
DONNA MATHEWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA MATHEWS,

        Plaintiff,

vs.

PAN AMERICAN LIFE INSURANCE COMPANY; and DOE 1 through Doe 20, Inclusive,

        Defendants.
_____/

No.  C 07-02757 EMC

DEMAND FOR JURY TRIAL

PLAINTIFF DONNA MATHEWS hereby demands trial by jury.

Dated: May 28, 2007

LAW OFFICE OF MICHAEL E. KINNEY


By:   /s/
      Michael E. Kinney
      Attorney for Plaintiff