UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONNA MATHEWS,

                Plaintiff(s),

                v.

PAN-AMERICAN LIFE INSURANCE COMPANY,

                Defendant(s).
_____/

CASE NO. C 07-02757 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 19, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Thomas A. Evans | Def. Pan-American Life Ins. Co. | 510-466-6728 | tevans@reedsmith.com |
| Michael E. Kinney | Plaintiff Donna Mathews | 707-527-4141 | kinney@kinnlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                Attorney for Plaintiff

Dated: 8-8-07

                                                Attorney for Defendant

Rev 12.05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONNA MATHEWS,

                Plaintiff(s),

     v.

PAN-AMERICAN LIFE INSURANCE COMPANY,

                Defendant(s).

CASE NO. C 07-02757 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 19, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Thomas A. Evans | Def. Pan-American Life Ins. Co. | 510-466-6728 | tevans@reedsmith.com |
| Michael E. Kinney | Plaintiff Donna Mathews | 707-527-4141 | kinney@kinnlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/((/07

                                                                  Attorney for Plaintiff

Dated: _____

                                                                  Attorney for Defendant

Rev 12.05