## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date:9/19/07

C-07-02757 SBA          JUDGE: SAUNDRA BROWN ARMSTRONG

Title: MATHEWS vs. PAN-AMERICAN LIFE INSURANCE COMPANY

Atty.: MICHAEL KINNEY          THOMAS EVANS

_____    _____

Deputy Clerk: Lisa R. Clark          Court Reporter: NOT REPORTED
PROCEEDINGS
Plt   DFT
( )  ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2._____
( )  ( ) 3._____
( )  ( ) 4._____
( ) Motion(s)   ( ) Granted      ( ) Denied        ( ) Off Calendar
              ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by ( ) Plaintiff ( )Deft (X) Court

### RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off 4/4/08   Expert Discovery Cut-off 6/30/08
Plft to name Experts by 5/16/08   Deft to name Experts by 5/16/08
All Dispositive Motions to be heard by ( Motion Cut-off) 6/3/08_____
Case Continued to 9/23/08 for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 9/2/08   Motions in limine/objections to evidence due 9/9/08
Responses to motions in limine and/or responses to objections to evidence due 9/16/08
Case Continued to 9/29/08 for Trial(Court/Jury:  8   Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD AUGUST 2008 BEFORE A MAGISTRATE JUDGE; PRIVATE MEDIATION TO BE COMPLETED BY 1/2/08;
cc: WINGS HOM VIA FAX