addressed in this Stipulated Protective Order. Similarly, no Party waives any right to object on any ground to use in evidence of any of the material covered by this Protective Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 8, 2008.

REED SMITH LLP

By: _____
Thomas A. Evans
Eugenia S. Chern
Attorneys for Defendant
Pan-American Life Insurance Company

LAW OFFICE OF MICHAEL E. KINNEY

By: _____
Michael E. Kinney
Attorneys for Plaintiff Donna Mathews

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February ___, 2008.    _____
United States District/Magistrate Judge

– 10 –
STIPULATED PROTECTIVE ORDER