1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEWS, | No. C 07-02757 SBA |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| v. | |
| PAN-AMERICAN LIFE INSURANCE COMPANY, | |
| Defendant. / | |

PURSUANT TO CIVIL L.R. 72-1

       IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for all

discovery. Counsel will be advised of the date, time and place of appearance by notice from the

assigned Magistrate Judge.

Dated: 3/12/08

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2