```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


DONNA MATHEWS,              )
                            )
          Plaintiff(s),     )    No. C07-2757 SBA (BZ)
                            )
     v.                     )    INITIAL DISCOVERY ORDER
                            )
PAN-AMERICAN LIFE INS. CO., )
                            )
          Defendant(s).     )
                            )
                            )
```

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the

1  Court **before** filing any discovery motions or other papers.
2  The party seeking discovery shall request a conference in a
3  letter **filed electronically** not exceeding two pages (with no
4  attachments) which briefly explains the nature of the action
5  and the issues in dispute.  Other parties shall reply in
6  similar fashion within two days of receiving the letter
7  requesting the conference.  The Court will contact the parties
8  to schedule the conference.
9      After the conference with the Court, if filing papers is
10 deemed necessary, they should be filed **electronically** with the
11 Clerk's Office, with **one hard copy delivered directly to**
12 **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
13 chambers copy of all briefs shall be submitted on a diskette
14 or CD-Rom formatted in WordPerfect 6, 8, 9, 10 or X3.  The
15 diskette shall be scanned for virus before submission.
16 Dated: March 12, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MATHEWS V. PAN AM LIFE INS CO\INITIAL DISC ORDER.wpd

2