Exhibit Q



August 25, 2006

Donna Mathews
REDACTED
Calistoga, CA 94515

Dear Ms. Mathews,

The purpose of this letter is to acknowledge the receipt of your fax dated August 23, 2006 and to address the issues you have raised.

First, the letters dated May 17, 2006 address the overdrafts that occurred on your accounts. Policy #1285-764 was drafted for.$652.71 and policy #1257-758 was drafted for $499.20. Both of these amounts are the yearly premium amounts for the respective policies. As was explained to you directly in phone conversations, there was no indication in our system that an amount of $1189.61 was drafted. A total of $1151.91 was identified as being over drafted. It was requested that you forward a bank statement illustrating the amount in question. This information was never received.

The reimbursed amounts of $406.80 and $534.57 accurately reflect the amount that should have been refunded at the time. Your attending physician Dr. Alexander provided a written statement indicating that you were cleared to return to work on March 15, 2006. Your premiums were waived from 12/14/06 through 03/15/06 in the amount of $88.40 for 1285-764 and $114.14 for policy # 1257-758. These amounts were refunded to you in checks dated March 10, 2006 (please see attachment 1). As you were cleared to return to work your policy was placed back into premium paying status.

Premium amounts for April and May for both policies were retained in order to keep your policy in force as was indicated in the refund letter dated May 17, 2006 (please see attachment 2). The letters state: "The policy is now paid until June 6, 2006." As your policies were in premium paying status as of March 15, 2006, premiums needed to be applied for April and May in order to keep your policy active. Pan American Life did not receive any indication that you wanted to terminate your policies so the premiums for April and May were applied in sums of $88.40 for policy #1285-764 and $114.14 for policy #1257-758.

On April 3, 2006 we received a new correspondence from a new attending physician Dr. Brown stating that you were disabled with no estimated return to work date. Pan American Life requested medical records from this physician as is our policy when evaluating disability claims. While these records were being requested your policy remained in premium paying status as we had already received information from your initial physician which indicated that you were recovered and able to return to work.

Please find enclosed premium refund checks (attachment 3) for April and May 2006 in the amounts of $88.40 for policy #1285-764 and $114.14 for policy #1257-758. Your policies entitle a waiver of premiums while on disability. Currently all premiums have been waived or refund beginning in 12/14/05.

Secondly, you state that your understanding of your policies is that: "it guaranteed the protection of my income between $3,000 to $4,000 per month." Your policies are as follows: Policy 1257-758 is an Income Protector policy with a 60 day elimination period. The policy will pay a base benefit of $500 a month up to a five (5) year period. There are no attached riders.  Policy #1257-758 is also an Income Protector policy with a 60 day elimination period. The policy will pay a base benefit of $1,300.00 for up to a five (5) year period. The

REDACTED

policy has a social insurance rider and an additional monthly benefit rider. Each of these riders will pay $400.00 when activated.

Your policies currently pay a total of $2200.00, $500.00 (base benefit) for policy 1257-785 and $1300.00 (base benefit) plus $400.00 from your additional monthly benefit for 1285-764. These are the benefits you selected on your applications (policy # 1285-764 signed on March 27, 1991 pg. 3 and policy # 1257-758 acknowledged on September 2, 2005. Please see attachment 4)

Thirdly, all the payments you have been issued clearly state on both the check and the explanation of benefits letter the time period the benefits are covering (Please see attached copies of both your benefit checks and the accompanying explanation letters in attachment 5). You will note that the date range is of the benefits are indicated in the fields marked "monthly benefit from" on the explanation letter and on the third line of print starting from the top of the check header "monthly benefits from." These fields have been highlighted for easier identification.

To date you have received the following benefits:

Policy 1257-758                                    Policy 1285-764
12/14/05 to 02/14/05 Elimination Period            12/14/05 to 02/14/05 Elimination Period

02/14/06 to 03/14/06 $500.00 check #063032874      02/14/06 to 03/14/06 $1,700 check #063032875
03/14/06 to 04/14/06 $1300.00 check #063037872     03/14/06 to 04/14/06 $1,700 check #063037871
04/14/06 to 05/14/06 -$500.00 Explanation of Benefits   04/14/06 to 05/14/06 $1,700 check #063038875

Please note that as of the time of this writing Pan American Life has paid a total of $6,900.00 dollars. A total of $1800.00 (currently overpaid by $300.00) for 3 months of benefits on policy #1257-758 which pays $500.00 a month and $5,100.00 for 3 months of benefits on policy #1285-764. The policy pays $1,700.00 a month in benefits. In summary for three months of benefits you are entitled to $6,600 dollars of benefits. You have been paid $6,900.00.

Your letter states: "My disability began December 14, 2005, so including the sixty day waiting period I was entitled to full benefit compensation beginning February 14, 2006. This has not happened." Please review the accompanying copies of both your benefit checks (attachment 5) including the check header with dates and your itemized explanation of benefits. Both of these fields clearly indicate the benefit periods for which you have been paid.

As for your rehabilitation plan Pan American Life will not be extending benefits.

Thank you for allowing Pan American Life to serve your needs.

Sincerely,

Michael Jones
Senior Claim Examiner
Pan American Life
P.O. Box 60219
New Orleans, LA 70160-0219

# Attachment 1

PAL 0825



Donna Dupell-Mathews
REDACTED
Calistoga, CA 94515

March 13, 2006

RE:  Policy # 1285-764

Dear Mrs. Dupell-Mathews:

We have evaluated the claim papers submitted and have approved the application for waiver of premium disability benefits effective December 14, 2005.

We are enclosing our check representing refund of premiums for a total of $114.14.

Future premiums will be waived as long as you continue to be disabled within the meaning of the disability agreement and the Company reserves the right to require evidence of your continued disability in accordance with the previsions thereof.  You will be advised when such evidence is desired.

We certainly hope your health will improve soon.

Sincerely

Michael Jones
Senior Claims Examiner

Pan American Life
Policy Benefits
P.O. Box 60219
New Orleans, LA 70160-0219

REDACTED

000059    ENDORSEMENT OF THIS CHECK MUST BE    WRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMIT    THE NAME OR NAMES AS WRITTEN    3000T 12

**PAN AMERICAN LIFE**

0012857640

84—13
654

No. 062034850

| AMOUNT |
|---|
| $********114.14** |

PAY TO THE ORDER OF:

DONNA R DUPELL—MATHEWS    MAR 1 3 2006

REDACTED

CALISTOGA CA 94515

**$114.14**

| DATE |
|---|
| MAR 10 ,2006 |

NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.

**NON NEGOTIABLE**

⑈062034850⑈ ⑆065400137⑆ 0110029518⑈

REDACTED

PAL 0827



Donna Dupell-Mathews
REDACTED
Calistoga, CA 94515

March 13, 2006

RE:  Policy # 1257-7580

Dear Mrs. Dupell-Mathews:

We have evaluated the claim papers submitted and have approved the application for waiver of premium disability benefits effective December 14, 2005.

We are enclosing our check representing refund of premiums for a total of $88.40.

Future premiums will be waived as long as you continue to be disabled within the meaning of the disability agreement and the Company reserves the right to require evidence of your continued disability in accordance with the previsions thereof.  You will be advised when such evidence is desired.

We certainly hope your health will improve soon.

Sincerely

Michael Jones
Senior Claims Examiner

Pan American Life
Policy Benefits
P.O. Box 60219
New Orleans, LA 70160-0219

REDACTED

ENDORSEMENT OF THIS CHECK MUST BE ... .DWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY. ... . THE NAME OR NAMES AS WRITTEN    300OT
12

**PAN AMERICAN LIFE**

0012577580

84—13
654

No. 062034849

**AMOUNT**

$*********88.40**

PAY TO THE ORDER OF:

**DONNA R DUPELL—MATHEWS**
REDACTED
**CALISTOGA CA 94515**

MAR 1 3 2006

**DATE**
MAR 10, 2006

**NOT VALID AFTER**
**90 DAYS OF ISSUE**

$88.40
DOLLAR CENT CENT PER FOUR ZERO

BANK ONE
NEW ORLEANS, LA.

**NON NEGOTIABLE**

⑆062034849⑆ ⑉065400137⑉ 0110029518⑈

**REDACTED**

PAL 0829

# Attachment 2

PAL 0830



May 17, 2006

Donna Mathews
REDACTED
Calistoga CA 94515

Re:   Policy # 1257-758 & # 1285-764
      Claim # 06-1007  & # 06-1005

Dear Ms. Mathews:

Please find enclosed refunds for premium withdrawals taken on April 12, 2006 for policies # 1257-758 and # 1285-764. These withdrawals were made at the annual billing rate for your policies instead of the monthly billing rate.

An amount of $499.20 was deducted to pay policy # 1257-758. The refund amount will be $406.80. The policy is now paid to June 6, 2006. Your monthly premium rate is $46.20.

An amount of $652.71 was deducted to pay policy # 1285-764. The refund amount will be $534.57. The policy is now paid to June 6, 2006. Your monthly premium rate is $59.07.

Sincerely,

Michael Jones
Senior Claim Examiner
Pan American Life
P.O. Box 60219
New Orleans, LA 70160-0219

REDACTED

000061    ENDORSEMENT OF THIS CHECK MUST BE    WRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMIT    THE NAME OR NAMES AS WRITTEN    300OT
12

84-13
654

No. 062040332

**PAN AMERICAN LIFE**

0012577580

PAY TO THE ORDER OF:

DONNA R DUPELL—MATHEWS
REDACTED
CALISTOGA CA 94515

MAY 1 7 2006

**AMOUNT**

$********406.80**

$406.80

DATE
MAY 16,2006

NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.

NON NEGOTIABLE

⑈062040332⑈ ⑆065400137⑆ 0110029518⑈

REDACTED

PAL 0832



May 17, 2006

Donna Mathews
REDACTED
Calistoga CA 94515

Re:   Policy # 1257-758 & # 1285-764
      Claim # 06-1007  & # 06-1005

Dear Ms. Mathews:

Please find enclosed refunds for premium withdrawals taken on April 12, 2006 for policies # 1257-758 and # 1285-764. These withdrawals were made at the annual billing rate for your policies instead of the monthly billing rate.

An amount of $499.20 was deducted to pay policy # 1257-758. The refund amount will be $406.80. The policy is now paid to June 6, 2006. Your monthly premium rate is $46.20.

An amount of $652.71 was deducted to pay policy # 1285-764. The refund amount will be $534.57. The policy is now paid to June 6, 2006. Your monthly premium rate is $59.07.

Sincerely,


Michael Jones
Senior Claim Examiner
Pan American Life
P.O. Box 60219
New Orleans, LA 70160-0219


REDACTED

PAL 0833

00006 ENDORSEMENT OF THIS CHECK MUST BE    WRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY    THE NAME OR NAMES AS WRITTEN    300OF
84—13                                                                                                                    12
654

PAN
AMERICAN    0012857640    No. 062040333
LIFE

| AMOUNT |
| $********534.57** |

PAY TO THE ORDER OF:    JC

DONNA R DUPELL—MATHEWS
REDACTED
CALISTOGA CA 94515

**DATE**
MAY 16 ,2006    MAY 1 7 2006    **$534.57**

NOT VALID AFTER
90 DAYS OF ISSUE    FIVE THRE FOUR FOR FIVE SEVEN

BANK ONE
NEW ORLEANS, LA.    NON NEGOTIABLE

⑆062040333⑆ ⑆065400137⑆ 0110029518⑈

REDACTED

PAL 0834

# Attachment 3

PAL 0835



**PAN AMERICAN LIFE**

0012577580

PAY TO THE ORDER OF:

**DONNA R DUPELL-MATHEWS**
REDACTED
CALISTOGA CA 94515

| DATE |
|------|
| AUG 25, 2006 |

NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.

No. 06 2047309

| AMOUNT |
|--------|
| $*******88.40** |

**$88.40**

⑈06 2047309⑈ ⑆065400137⑆ 0110029518⑈



**PAN AMERICAN LIFE**

0012577580

PAY TO THE ORDER OF:

**DONNA R DUPELL-MATHEWS**
REDACTED
CALISTOGA CA 94515

| DATE |
|------|
| AUG 25, 2006 |

NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.

No. 06 2047310

| AMOUNT |
|--------|
| $*******114.14** |

**$114.14**

⑈06 2047310⑈ ⑆065400137⑆ 0110029518⑈

REDACTED

PAL 0836

# Attachment 4

PAL 0837

# AMENDMENT OF APPLICATION

TO:    Pan-American Life Insurance Company          Date Prepared: 7-25-05
       New Orleans, Louisiana, USA                   Policy Number: 0012577580

I, **Donna Dupell-Mathews**, hereby desire to amend my application for: life insurance; or accident and sickness insurance; or both made to you on the 1st day of **May 2005** as follows:

- Insured's age 52 nearest birthday
- Premiums payable on a Monthly Bank Draft basis
- Issue with Policy Date of July 6, 2005
- Issue with Occupational Class 2A
- Issue with Monthly Benefit of $500.00
- Issue with Benefit Period 5 years
- Issue with Elimination Period 60 days

The above amendment and declaration are to be taken and considered as part of the said application, and subject to the agreements and representations therein contained, and with the said application to be taken as a whole, and considered as the basis of the contract for insurance. This Company is authorized to modify said application to conform hereto.

_____    _Donna Dupell-Mathews_  9-2-05
Witness                             Insured                  Date

          N/A                            N/A
_____    _____
Witness                             Owner (if other than Insured)    Date

Form A-1704

PAL 0838

21,134

PAN AMERICAN LIFE INSURANCE COMPANY
PAN AMERICAN ASSURANCE COMPANY
P.O. BOX 60219, NEW ORLEANS, LOUISIANA 70160

**PART 1 OF APPLICATION**
PLEASE PRINT

| 1. Proposed Insured (Print full name, last, first, middle) | DOB (Mo./Day/Yr.) | Age Nearest Birthday | Sex M/F | Rate Class SWHS/PHS | Social Security or Tax Number | Birth State |
|---|---|---|---|---|---|---|
| MATTHEWS, DONNA | REDACTED | 37 | F | N/NH | REDACTED | CA |

2. If Proposed Insured is under age 15, what is the Total Amount of Life Insurance on Parent or Guardian?
Total Amount $ _N/A_

| 3.(a) Proposed Insured's Residence Address | No. and Street | City | State | Zip Code | (b) Home Phone |
|---|---|---|---|---|---|
| REDACTED | | CALISTOGA | CA | 94515 | REDACTED |

4.(a) Name of Employer  SELF          (b) Nature of Employer's Business  DENTAL HYGIENIST

| 5.(a) Business Address | No. and Street | City | State | Zip Code | (b) Business Phone |
|---|---|---|---|---|---|
| | AS ABOVE | | | | (707) 942-4260 |

6. (a) Describe Exact Daily Duties of Proposed Insured's Occupation: DENTAL HYGIENIST
                                                                    % Traveling  Ø

(b) How long in present occupation: 15 YRS.    Is Proposed Insured presently working? ☒ Yes ☐ No

(c) Other Employment last 3 years  N/A

(d) Does Proposed Insured have any other Part-Time or Full-Time job? ☐ Yes ☒ No

(If yes, give full details)

| 7. (a) Owner if other than Proposed Insured | (b) Relationship | (c) Social Security/Tax # | (d) Sex M/F |
|---|---|---|---|
| N/A | | | |

(e) Contingent Owner

| (f) Address of Contingent Owner | No. and Street | City | State | Zip Code | (g) If Corp., where incorporated |
|---|---|---|---|---|---|
| | | | | | |

8. Beneficiary (State full name and relationship. If more than one, then equally to the survivors unless Primary and Contingent are specified)

ARTHUR JOSEPH MATTHEWS, HUSBAND

Reserve right to change? ☒ Yes ☐ No     (Select "No" for irrevocable Beneficiary)

9. Send Notices to ☒ Residence ☐ Business ☐ Owner ☐ Other (Specify)     10. Specific Policy Date Requested, if any

11. Premiums payable:    ☐ Single ☐ A ☐ S ☐ Q  ☒ PAC  ☐ M (PALIC products only)
Total Cash collected with this application $ 55.07        (Questions 13, 17 and 28)
PAC Draw Day  15th        Combine with policy #  N/A
☐ Salary Savings  Payroll No. _____   ☐ Gov't Allot. Branch of Service _____   Pay Grade ____

FORM A-2300 (CA)                                                          Page 1

REDACTED

21,134

## PRODUCT DETAIL

**Adjustable Life Insurance (Universal)**

| | | |
|---|---|---|
| 12. (a) Plan N/A | (b) Specified Amount $ | (c) Death Benefit Options ☐ Option 1 (Level)  ☐ Option 2 (Increasing) |
| (d) Planned Payments $_____ Per _____ | (e) Additional Lump Sum Payment $ | 13. Cash With App. $ (Not allowed if Specified Amount + Riders exceeds $500,000) |

**14. ADDITIONAL BENEFITS AND RIDERS:**
- ☐ Waiver of Monthly Deductions Rider
- ☐ Acc. Death Benefit Rider Amt. $_____
- ☐ Dis. Benefit Payment Rider Amt. $_____
- ☐ Guaranteed Insurability Rider _____ units
- ☐ Nursing Care Rider
- ☐ Other Rider _____

**Whole Life / Term Insurance**

| | | |
|---|---|---|
| 15. Plan N/A | 16. (a) ☐ Basic Amt. $_____<br>☐ Amt. purchased by premium of $_____ | (b) Total Amt. (Basic + Rider) $ |
| 17. Cash With App. $ | (Not allowed if Total Amount exceeds $500,000) | |

**18. ADDITIONAL BENEFITS AND RIDERS :**
- ☐ Waiver of Prem.   ☐ Acc. Death $_____
- ☐ Paid-Up Ins: No. Yrs. _____ ☐ Single Prem. Paid-Up Ins.
  or ☐ Amt. purchased by premium of $_____
  ☐ Rider Amount of Insurance $_____
- ☐ Guar. Insurability _____ units
- ☐ R & C Term _____ yr. _____ units
- ☐ Decr. Term _____ yr. _____ units
- ☐ Other Rider _____

**19.** ☐ Automatic Premium Loan (if available)   **20.** ☐ Annuity Purchase Prov. (N/A with Term Plans)

**21. Dividends:** Indicate dividend option desired   ☐ 1 Yr. Term    Secondary Option:
- ☐ Pay in Cash      ☐ Reduce Premiums*
- ☐ Paid-Up Additions   ☐ Leave on Deposit (W-9 Required)
- ☐ Flexible Coverage (Percentage _____ )
- ☐ Paid-Up Additions
- ☐ Leave on Deposit (W-9 Required)
- ☐ Reduce Premiums*)

*Reduce Prems. options cannot be elected in Monthly modes)

**Questions 22 thru 28 apply if other persons proposed for insurance. All other spaces based upon Proposed Insured. PART 1?**

| 22. Other Riders (Print full name, last, first, middle) N/A | Amount | DOB Mo./Day/Yr. | Age Nearest Birthday | Sex M/F | Rate Class SM/NS/Pref. | Social Security Or Tax Number | Birth State |
|---|---|---|---|---|---|---|---|
| Spouse Rider - With ☐ Adj. Life ☐ WL | | | | | | | |
| Dependent Children Rider - With ☐ Adj. Life ☐ WL | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Add'l Ins. Rider (Proposed Insured) | | | | | | | |
| Add'l Ins. Rider (Other) | | | | | | | |
| Beneficiary Ins. Purch. Rider (Designated Life) With ☐ Adj. Life ☐ WL | | | | | | | |
| Nominator Rider   ☐ Death ☐ Death or Dis. | | | | | | | |

Page 2

PAL 0840

**21,134**

| 23. Show any beneficiaries for Additional Insured Rider: | | |
|---|---|---|
| Additional Insured | Beneficiary | Relationship |
| | | |

| 24. Other Proposed Insureds | Residence Address (If Different From Basic Insured) | No. and Street | City | State | Zip Code |
|---|---|---|---|---|---|

| 25. Relationship to Insured | 26. (a) Name of Employer |
|---|---|

| (b) Occupation/Duties | (c) Business Address   No. & Street   City   State   Zip Code |
|---|---|

## Disability Income Insurance

| 27. | Plan | Rate Class SM/NS/Pref. | Occupational Class | Elimination Period | Benefit Period | Monthly Benefit |
|---|---|---|---|---|---|---|
| (a) ☒ Income Protection | | PREF | 2A+ | 90 days | 5 YEARS | $ 1800 |
| (b) ☐ Overhead Expense | | | | days | | $ |

28. Cash With App. $ 55.07   [Not allowed if total Monthly Benefit including Riders exceeds $3,000.

29. ☐ Employer Pays Premiums (Benefits taxable to Employee)   ☒ Employee Pays Premiums (Benefits not taxable)

| 30. | ADDITIONAL BENEFITS AND RIDERS: | ☒ Future Purchase Option: |
|---|---|---|
| I P | ☐ Regular Occupation Rider | Amt. $ 1000 (IP - Amt. $ _____ (OE) |
| O | ☐ Lifetime Extended Benefit   ☐ Hospital Benefit | ☐ Cash Value Rider - ☐ IP   ☐ OE |
| N | ☐ Cost of Living Rider ☐ 5%   ☐ 7% | ☐ Capital Accumulator Rider - ☐ IP   ☐ OE |
| L | ☒ Add'l Mo. Benefit   Elim. Pd. 90 Days   Amt. $ 900 | ☐ Retroactive Coverage (OE) |
| T | ☒ Soc. Ins. Rider ☒ 5 yr. ☐ To Age 65 Amt. $ 900 | ☐ Other Rider |

| 31. If applying for Disability Income Insurance is Proposed Insured eligible for: | | | | |
|---|---|---|---|---|
| Group-Disability Insurance Benefits | Salary Continuation From Employer | State Cash Sickness | Worker's Compensation | Union or Other Disability Benefits |
| ☐ Yes ☒ No ☐ Not Covered | ☐ Yes ☒ No | ☒ Yes ☐ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| $ _____ Per Mo. for ___ Mos. | $ ___ Per Mo. for ___ Mos. | $ 900 Per Mo. | $ ___ Per Mo. | $ ___ Per Mo. |

32. (a) Proposed Insured's earned income less deductible expenses:
At current annual rate $ 28-32K _____   Prior calendar year $ 27,200

(b) Does unearned income exceed $10,000 per year? ☐ Yes   ☒ No (If "Yes" complete Financial Questionnaire attached.)

(c) Does net worth exceed $1,000,000? ☐ Yes   ☒ No (If "Yes", complete Financial Questionnaire attached.)

## If applying for Overhead Expense Insurance complete questions 33 and 34.

33. Are Proposed Insured's office expenses shared with anyone else? ☐ Yes ☐ No   If "Yes", Proposed Insured's % _____

34. Complete the following. Use Proposed Insured's actual current average monthly expenses. If expenses are shared, include only Proposed Insured's portion. Exclude any payments to Proposed Insured, to any other member of Proposed Insured's profession, or family members.

| Rent | $ | Depreciation | $ | Liability Insurance | $ |
|---|---|---|---|---|---|
| Electricity | $ | Salaries | $ | Property Taxes | $ |
| Heat & Water | $ | Telephone | $ | Mortgage Interest | $ |
| Other normal and customary fixed office expenses | _____ | | | Total | $ |
| (Give full details if over 10% of total) | | | | | |

Page 3

PAL 0841

21,134

## EVIDENCE OF INSURABILITY

(Questions 35 and 36 must always be completed. Questions 37 to 39 must be completed if life insurance is being applied for and on any replacement questions are are required.)

| | Yes | No | Details of "Yes" Answers (Identify question number and person(s) proposed for insurance; circle applicable items.) |
|---|---|---|---|
| 35. Has anyone proposed for insurance: | | | |
| (a) Ever been declined, postponed, rated or modified for life, health, or disability insurance? | ☐ | ☒ | |
| (b) Submitted any application for life, health, or disability insurance or reinstatement of same which is now pending in any company? | ☐ | ☒ | |
| (c) Ever engaged in any type of flying as pilot, student pilot, or crew member of any aircraft including ultralight planes, or expect to in the future? (If "Yes", complete Aviation/Avocation Questionnaire) | ☐ | ☒ | |
| (d) Participated in any auto or motorcycle racing, skin or scuba diving, parachuting, hang gliding, ballooning or expect to in the future? (If "Yes", complete Aviation/Avocation questionnaire) | ☐ | ☒ | |
| (e) Within the past five years been convicted of or pleaded guilty to: | | | |
| (1) Two or more moving violations and/or accidents? (If "Yes," include Driver's License No. _____ | ☐ | ☒ | |
| (2) Driving under the influence of alcohol and/or drugs? | ☐ | ☒ | |
| (f) Ever been arrested other than for moving violations? | ☐ | ☒ | |
| (g) Any intention of traveling or living outside the U.S.A. in the next two years? | ☐ | ☒ | |

36. Insurance currently in force on each person proposed for insurance (Life, Health, Disability, Long Term Care policies or riders to other policies)

| Name | Company | Policy Number | Year of Issue | Amount | Benefit Period | Accid. Death Amount | Prem. Waiver Yes/No | To Be Replaced Yes/No |
|---|---|---|---|---|---|---|---|---|
| DONNA | PENN MUTUAL | EM100000 | | 1,000 | (LIFE) | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

37. Do you intend the replacement or change of any existing Life, D.I., Health, or Annuity contracts in connection with this application for new insurance? ☐ Yes ☐ No (If "Yes", forward any required replacement forms, or sales proposals)

38. Height and Weight information on person(s) proposed for insurance.

| Name | Height (ft.  ins.) | Weight (lbs.) | Weight gained in past year | Weight lost in past year |
|---|---|---|---|---|
| DONNA | 5'7" | 135 | | |

39. (a) Name, address and telephone number of personal physician for each person(s) proposed for insurance (if none, so state). DR. STILES    DEER PARK CA

| (b) Date and reason last consulted. PHYSICAL (ANNUAL) | (c) What treatment was given or medication prescribed? NONE |
|---|---|

(Questions Continued on Next page)

Page 4

PAL 0842



21,134

| | | | Yes No | |
|---|---|---|---|---|
| 40. | To the best of your knowledge and belief, within the last 10 years, has anyone proposed for insurance ever been medically diagnosed with or treated for: | | | Details of "Yes" answers (Identify question number and person(s) proposed for insurance; circle applicable items. Include diagnosis, dates, durations, treatment and names and address of all attending physicians and medical facilities.) |
| | (a) Disorder of eyes, ears, nose or throat? | | ☐ ☐ | |
| | (b) Dizziness, fainting, convulsions, headache, paralysis, stroke, mental or nervous disorder? | | ☐ ☐ | |
| | (c) Shortness of breath, persistent hoarseness or cough, blood spitting, bronchitis, pleurisy, asthma, emphysema, tuberculosis or chronic respiratory disorder? | | ☐ ☐ | 40 ⓔ ) Endometriosis— |
| | (d) Intestinal bleeding, ulcer, hernia, colitis, diverticulitis, hemorrhoids, recurrent indigestion, or other disorder of the stomach, intestines, liver or gallbladder? | | ☐ ☐ | Diagnosed 1991 |
| | (e) Sugar, albumin, blood or pus in urine, menstrual disorder, venereal disease or other disorder of kidney, bladder, breasts, prostate or reproductive organs? | | ☒ ☐ | Minimal – No medication |
| | (f) Diabetes, thyroid or other endocrine disorders? | | ☐ ☐ | 42 A ) Annual physical /GYN |
| | (g) Neuritis, sciatica, rheumatism, arthritis, gout or disorder of the muscles, bones, spine, back or joints? | | ☐ ☒ | 1/91 |
| | (h) Deformity, lameness or amputation? | | ☐ ☒ | Perfect Health |
| | (i) Chest pain, palpitations, high blood pressure, rheumatic fever, heart murmur, heart attack or other disorder of the heart, or blood vessels? | | ☐ ☒ | 42 B ) Childbirth |
| | (j) Allergies, anemia or other disorder of the blood? | | ☐ ☒ | 7/20/88 |
| | (k) Disorder of skin, lymph gland, cyst, tumor, or cancer? | | ☐ ☒ | Santa Rosa Community Hosp. |
| | (l) Acquired Immune Deficiency Syndrome (AIDS), or the AIDS related complex (ARC), or tested positive for antibodies to the "AIDS" virus in connection with a prior application for insurance? | | ☐ ☒ | Dr. Bob Fields |
| | (m) Alcoholism? | | ☐ ☐ | Normal Delivery |
| | (n) Use of, except as prescribed by a physician, narcotics, barbiturates, hallucinogens, tranquilizers? | | ☐ ☒ | |
| 41. | Is anyone proposed for insurance currently under observation or treatment by a physician or a medical facility? | | ☐ ☒ | |
| 42. | Other than above (40a through 40n) has anyone proposed for insurance within the past five years: | | | |
| | (a) Had a check-up illness, injury, surgery? | | ☒ ☐ | |
| | (b) Been a patient in a hospital, clinic, sanatorium? | | ☒ ☐ | |
| | (c) Had EKG, X-Ray, other diagnostic test? | | ☐ ☒ | |
| | (d) Been advised to have any diagnostic test or surgery, which was not completed? | | ☐ ☒ | |
| 43. | Has anyone proposed for insurance ever had military service deferment, rejection or discharge because of a physical or mental condition? | | ☐ ☒ | |
| 44. | Has anyone proposed for insurance ever requested or received a pension, benefits, or payment because of an injury, sickness, or disability? | | ☐ ☒ | |
| 45. | Is anyone proposed for insurance now pregnant? | | ☐ ☒ | (Details continued on next page) |

(Questions Continued on Next page)      Page 5

21,134

| 46. | (a) Is anyone proposed for insurance now a cigarette smoker? | Yes | No | Details (continued) |
|---|---|---|---|---|
| | (b) Is anyone currently using tobacco in any form? | ☐ | ☒ | |
| | (c) Is anyone a previous tobacco user in any form? | ☐ | ☒ | |
| | What was used?  _CIGARETTES_ | | | 47) MOTHER |
| | How much per day?  _3 PACK WEEKLY_ | | | |
| | (d) Has anyone quit during the past 12 months? | ☐ | ☒ | |
| | 1 year to 5 years ago? | ☒ | ☐ | |
| | or more than 5 years ago? | ☒ | ☐ | |
| | (e) Did or does anyone smoke more than one pack daily? | ☐ | ☒ | |

47. Has any immediate family member ever been medically diagnosed or treated for diabetes, cancer, heart disease,

| 48. | | Age If Living | Age At Death | Cause of Death |
|---|---|---|---|---|
| Father | | 72 | | |
| Mother | | | 61 | LYMPHOMA |
| Brothers & Sisters (2) | | AL/AA/54 | | |

49. Within the past 12 months has anyone proposed for insurance:
(a) Been medically diagnosed or treated for heart trouble, stroke, or cancer, consulted a physician for blood pressure requiring medication, or had an electrocardiogram made for any reason other than a routine physical examination?  ☐ Yes  ☒ No
(b) Is anyone contemplating hospitalization, surgery or of _____ next 12 months?  ☐ Yes  ☒ No

50. Special Instructions (Indicate Life or Disability)

Endorsement (Not to be used to change plan of insurance, amount, age at issue, classification of risk or benefits. Not to be used for Disability.)

**DECLARATION, AUTHORIZATION AND SIGNATURES**

The Proposed Insured, (Parent or Guardian if Proposed Insured is under age 15) and Owner, if other than Proposed Insured, Parent or Guardian represent to the best of his or her knowledge, information and belief that the answers and statements made in Parts I and II (if Part II required by the Company) of this application are complete and true. The undersigned agrees that: (1) No waiver or modification of a contract provision or of any of the Company's rights or requirements shall be binding upon the Company unless made in writing and approved by the Company; (2) The acceptance of any issued contract will ratify any change made by the Company in the space "For Home Office Endorsement." However, changes in plan of insurance, amount, age at issue, classification of risk or benefits will be made only with the owner's written consent. (3) If, within 10 days from the date of application, no policy is received or I am not notified of approval or rejection, this application shall be deemed declined; (4) $ _____ for life insurances, and $ _55.07_ for disability insurances has been paid in cash and the Company's liability will be as stated in the Conditional Receipt, (No other receipt will be valid; (5) If no payment is made with this application, there will be no life insurance, disability insurance or liability until (a) a policy is delivered; (b) the first full premium is paid during the insured's lifetime, and (c) no change has occured in the health of any person proposed for insurance that would place that person in a higher risk class than at the time of application for this policy. (6) Any contract resulting from this application shall be construed in accordance with the laws of the state named below where this application is signed.

Page 8

PAL 0844

21,134

## AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, the Medical Information Bureau or consumer reporting agency that has any records or knowledge of me or my minor child or me or my minor child's health to give to the Pan-American Life Insurance Company, Pan-American Assurance Company, or to its reinsurers any such information in order to evaluate my application for life or disability insurance.

I agree this authorization shall be valid for two and one-half years from the date signed.

I know that I may request a copy of this authorization.

I agree that a photographic copy of this authorization shall be as valid as the original.

The Undersigned acknowledges receipt of the Notice Concerning the Medical Information Bureau, the Fair Credit Reporting Act Disclosure, and the Notice of Insurance Information Practices.

I understand that I may be interviewed if an investigative consumer report is prepared in connection with this application.

Signed at _SANTA ROSA, CA_ on this _27th_ day of _MARCH_ 19_91_.
(City, State)

Signature of Proposed Insured (Parent or Guardian, if Proposed Insured is under age 15)

| Application Number |
| --- |
| B 02113 |

Signature of Owner (if other than Proposed Insured) (if Corporation or Partnership, officer or Partner other than Proposed Insured must sign)    _N/A_

Signature of Spouse if proposed for insurance    _N/A_

Signature of Add'l Ins. if proposed for insurance    _N/A_

I hereby certify that I have truly and accurately recorded on this application the information supplied by the applicant and that I have personally seen every person proposed for insurance under this application. To the best of my knowledge, replacement of insurance ☐ is ☒ is not involved in this transaction.

Signature of Soliciting Agent—Personal Code—Participating %    _50%_

Soliciting Agent's Printed Name    _SCOTT KLOHE  2109-02409  3_

Underwriting Team No. (if Known)

Signature of Soliciting Agent—Personal Code—Participating %    2590-62590  _50%_

Soliciting Agent's Printed Name    _MICHAEL P. McDONALD_

21,134

TO: □ Pan-American Life Insurance Company    New Orleans, Louisiana 70130
□ Pan-American Assurance Company

PART II OF APPLICATION

Statements Made by Proposed Insured to Examiner — Do Not Use Typewriter to Answer

Proposed Insured _____  Middle Initial  First Name (Type)  Birth Date ___  Month ___ Day ___ Year ___

1. a. Name and address of your personal physician? (if consulted in the last 10 years. If none, so state)
   b. Date and reason last consulted?
   c. What treatment was given or medication prescribed?

| 2. To the best of your knowledge and belief, within the last 10 years, have you ever been treated for: | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| (a) Disorder of eyes, ears, nose or throat? | | | (o) Have you ever requested or received a pension, benefits, or payment because of an injury, sickness, or disability? | | |
| (b) Dizziness, fainting, convulsions, headache, paralysis, stroke, mental or nervous disorder? | | | 5. Have you ever had military service deferment, rejection or discharge because of a physical or mental condition? | | |
| (c) Shortness of breath, persistent hoarseness or cough, blood spitting, bronchitis, pleurisy, asthma, emphysema, tuberculosis or chronic respiratory disorder? | | | 6. Family History: Diabetes, cancer, heart disease, mental illness? | | |
| | | | 7. Are you now pregnant? | | |
| (d) Intestinal bleeding, ulcer, hernia, colitis, diverticulitis, hemorrhoids, recurrent indigestion, or other disorder of the stomach, intestines, liver gallbladder? | | | 8. (a) Are you now a cigarette smoker? | | |
| | | | (b) Have you been a smoker and quit? | | |
| | | | (c) Did you quit during the past 12 months? | | |
| (e) Sugar, albumin, blood or pus in urine, menstrual disorder, venereal disease or other disorder of kidney, bladder, breasts, prostate or reproductive organs? | | | (d) or more than 1 year ago? | | |
| | | | (e) Did or do you smoke more than one pack daily? | | |
| (f) Diabetes, thyroid or other endocrine disorders? | | | | | |
| (g) Neuritis, sciatica, rheumatism, arthritis, gout or disorder of the muscles, bones, spine, back or joints? | | | DETAILS OF "Yes" ANSWERS (IDENTIFY QUESTION NUMBER, CIRCLE APPLICABLE ITEMS) Include diagnosis, dates, durations, treatment and names and addresses of ALL attending physicians and medical facilities. | | |
| (h) Deformity, lameness or amputation? | | | | | |
| (i) Chest pain, palpitations, high blood pressure, rheumatic fever, heart murmur, heart attack or other disorder of the heart, or blood vessels? | | | | | |
| (j) Allergies, anemia or other disorder of the blood? | | | | | |
| (k) Disorder of skin, lymph gland, cyst, tumor or cancer? | | | | | |
| (l) An immune deficiency disorder, AIDS or the AIDS related complex (ARC)? | | | | | |
| (m) | | | | | |
| (n) Use of, except as prescribed by a physician, narcotics, barbiturates, hallucinogens, tranquilizers? | | | | | |

3. Now under observation or taking

4. Other than the above (2a through 2n) have you within the past five years:
   (a) Had checkup, illness, injury, surgery?
   (b) Been a patient in a hospital, clinic, sanatorium?
   (c) Had EKG, X-Ray, other diagnostic test?
   (i) Been advised to have any diagnostic test, surgery, which was not completed?

| 3C. Family Record | Age if Living | Cause of Death | Age at Death |
|---|---|---|---|
| Father | | | |
| Mother | | Kidney | |
| Brothers & Sisters | | | |

I agree that the foregoing answers are complete and true to the best of my knowledge, information and belief and shall be part of my application which shall consist of Parts I and II taken together.

Signed at _____ on the _____ day of _____

Witnessed by _____    Signature of Proposed Insured

REDACTED

# Attachment 5

PAL 0847

STATEMENT

DESCRIPTION OF BENEFITS                                          AMOUNT

POLICY NO. 1257758    CLAIM NO. 061005
MONTHLY BENEFITS FROM 031406 TO 041406        DAYS            1,300.00
INSURED: DONNA MATHEWS

JUL 1 4 2006

CHECK NO. 063037872              CHECK AMOUNT          $1,300.00

THE ATTACHED CHECK COVERS FULL PAYMENT OF ITEMS SHOWN IN STATEMENT ABOVE. PLEASE DETACH THIS STATEMENT BEFORE PRESENTING CHECK FOR PAYMENT.

PAN—AMERICAN LIFE INSURANCE COMPANY

000012     ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY WITH THE NAME OR NAMES AS WRITTEN     280AH
                                                                                    AH

PAN
AMERICAN                                                   84—13    No. 063037872
LIFE                                                        654
                                                              AMOUNT
                                                          $******1,300.00**
DATE
JUL 13, 2006     PAY TO THE ORDER OF:
NOT VALID AFTER
90 DAYS OF ISSUE     DONNA MATHEWS
                     REDACTED                            $1,300.00
                     CALISTOGA  GA  94515

     BANK ONE
NEW ORLEANS, LA.              NON NEGOTIABLE

ıı"063037872ıı" ı:065400137ı: 0110029437ıı"

REDACTED

PAL 0848

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/WORK SHEET

| FORM NUMBER | POLICY NUMBER | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7h01 | 1257-758 | | | | | | | | | | | |

| CASH ACCOUNT | ST/CTRY | CHECK AMOUNT | AGENCY | AGENT | AGENT | CLAIM NUMBER | INS. | AGE | INCURR DATE | REPORT DATE | CAUSE | AS | COINS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BO | CALIFORNI | 4 | | AUTH | | 06-1005 | 1 | 53 | 12/14/2006 | 2/6/2006 | 419 | | |

TYPE OF CHARGE — 607073 — 9/1/2004

| CDS CODE | ACCOUNT | A & H CD | TOTAL CHARGES | INELIGIBLE SEE REV | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT % | CHECK NUMBER |
|---|---|---|---|---|---|---|---|---|
| A1 | 51448 $ | | 1,300.00 | | | NO.CHK | NO ACCT | |
| BB | 12200 | 07 | | | | | | |
| CB | 12200 | 08 | | | | | | |
| DB | 12200 | 09 | | | | | | |
| EB | 12200 | 10 | | | | | | |
| FB | 12200 | 11 | | | | | | |
| GB | 12100 | 01 | | 1,300.00 | | | | |
| HB | | | | | | | | |
| IB | | | | | | | | |
| JB | | | | | | | | |
| KB | | | | | | | | |
| LB | | | | | | | | |
| MB | | | | | | | | |

| CDS CODE | | | |
|---|---|---|---|
| BS | HOSPITAL ROOM AND BOARD FROM | | TO |
| | MISC. HOSPITAL CHARGES | | |
| | SURGERY | | |
| | MATERNITY BENEFIT | | |
| | OUT PATIENT BENEFIT-ACCIDENT | | |
| GS | MONTHLY BENEFIT FROM 03/14/06 | TO 04/14/06 | 1 MONTHLY BENEFIT |
| HS | | | |
| IS | | | |
| JS | | | |
| KS | | | |
| LS | | | |
| MS | | | |

AUTH: MRJ1    CRAH

| CDS CODE | INSURED | TAX ID |
|---|---|---|
| TS | DONNA MATHEWS | |

| CDS CODE | PAYEE NAME AND ADDRESS | |
|---|---|---|
| Y1 | DONNA MATHEWS REDACTED | |
| Y2 | | |
| Z1 | CALISTOGA, GA 94515 | |
| Z2 | | |
| Z3 | | |

| PREPARED BY | APPROVAL |
|---|---|
| ELAINE BOURG | |

DATE

TOTAL $ 1,300.00 $ 1,300.00

REDACTED

PAL 0849

STATEMENT

| DESCRIPTION OF BENEFITS | | AMOUNT |
|---|---|---|
| POLICY NO. 1257758    CLAIM NO. 061005 | | 500.00 |
| MONTHLY BENEFITS FROM 021406 TO 031406 | DAYS | |
| INSURED: DONNA MATHEWS | | |
| | | |
| CHECK NO. 063032874 | CHECK AMOUNT | $500.00 |

THE ATTACHED CHECK COVERS FULL PAYMENT OF ITEMS SHOWN IN STATEMENT ABOVE. PLEASE DETACH THIS STATEMENT BEFORE PRESENTING CHECK FOR PAYMENT.

**PAN—AMERICAN LIFE INSURANCE COMPANY**

000002    ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY WITH THE NAME OR NAMES AS WRITTEN    280AH
AH

No. 063032874

**PAN AMERICAN LIFE**

PAY TO THE ORDER OF:

**DONNA MATHEWS**
REDACTED
**CALISTOGA  CA  94515**

MAR 0 7 2006

AMOUNT

$********500.00**

**$500.00**

DATE
MAR 06,2006

NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.

**NON NEGOTIABLE**

⑈063032874⑈ ⑆065400137⑆ 0110029437⑈

**REDACTED**

**PAL 0850**

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/WORK SHEET

| POLICY NUMBER | ST/CTRY | | DATE |
|---|---|---|---|
| 1257-758 | CALIFORNI | | 3/6/2006 |

| FORM NUMBER | CASH ACCOUNT | CHECK AMOUNT | AGENCY | AUTH | CLAIM NUMBER | INS. | AGE | INCURR DATE | REPORT DATE | REQUEST NUMBER | CAUSE | A/S | CONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7H01 | 51448 | 500.00 | 4 | MRJ1 | 06-1005 | 1 | 53 | 12/14/2005 | 2/6/2005 | 603050 | 419 | | |

CHECK NUMBER: CRAH — TYPE OF CHARGE

| CDS CODE | ACCOUNT | A&H CD | CHECK AMOUNT / TOTAL CHARGES | INELIGIBLE SEE REV | 100% BENEFITS NO.CHK | ELIGIBLE CHARGES NO ACCT | BENEFITS AT % | CDS CODE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | 07 | | | | | | BS | HOSPITAL ROOM AND BOARD FROM ___ TO ___ | |
| BB | 12200 | 07 | | | | | | | MISC. HOSPITAL CHARGES | |
| CB | 12200 | 08 | | | | | | | SURGERY | |
| DB | 12200 | 09 | | | | | | | MATERNITY BENEFIT | |
| EB | 12200 | 10 | | | | | | GS | OUT PATIENT BENEFIT-ACCIDENT | |
| FB | 12200 | 11 | | | | | | HS | 1 Monthly Benefit — MONTHLY BENEFIT FROM 02/14/06 TO 03/14/06 | |
| GB | 12100 | 01 | | 500.00 | | | | IS | | |
| HB | | | | | | | | JS | | |
| IB | | | | | | | | KS | | |
| JB | | | | | | | | LS | | |
| KB | | | | | | | | MS | | |
| LB | | | | | | | | | | |
| MB | | | | | | | | | | |
| TOTAL | | | | | | | | | | |

| CDS CODE | INSURED |
|---|---|
| TS | Donna Mathews |

**FINAL BENEFIT - RETURNED TO WORK**

TAX ID

| CDS CODE | PAYEE NAME AND ADDRESS |
|---|---|
| Y1 | Donna Mathews |
| Y2 | REDACTED |
| Z1 | CALISTOGA, CA 94515 |
| Z2 | |
| Z3 | |

| PREPARED BY | APPROVAL |
|---|---|
| ELAINE BOURG | |

REDACTED

**STATEMENT**

| DESCRIPTION OF BENEFITS | | AMOUNT |
|---|---|---|
| POLICY NO. 1257758    CLAIM NO. 061005 | | |
| MONTHLY BENEFITS FROM 041406 TO 051406    DAYS | | 1,300.00 |
| ABI 041406 051406 | | 400.00 |
| INSURED: DONNA MATHEWS | | |

| CHECK NO. 063038875 | CHECK AMOUNT | $1,700.00 |
|---|---|---|

THE ATTACHED CHECK COVERS FULL PAYMENT OF ITEMS SHOWN IN STATEMENT ABOVE. PLEASE DETACH THIS STATEMENT BEFORE PRESENTING CHECK FOR PAYMENT.

PAN–AMERICAN LIFE INSURANCE COMPANY

---

000017    ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY WITH THE NAME OR NAMES AS WRITTEN    280AH AH

84–13 / 654    No. 063038875

**PAN AMERICAN LIFE**

| AMOUNT |
|---|
| $******1,700.00** |

PAY TO THE ORDER OF:

**DONNA MATHEWS**
REDACTED
**CALISTOGA   GA   94515**

AUG 14 2006

**$1,700.00**

DATE
AUG 12, 2006

NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.

**NON NEGOTIABLE**



⑈063038875⑈ ⑆065400137⑆ 0110029437⑈

REDACTED

PAL 0852

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| FORM NUMBER | POLICY NUMBER | CALIFORNI | | | | | | CLAIM NUMBER | INS. | AGE | INCURR DATE | REPORT DATE | CAUSE | AS | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7h01 | 12877-758 | ▼ | | | | | | 06-1005 | 1 | 53 | 12/14/2006 | 2/6/2006 | 419 | COINS | |

| CDS CODE | CASH ACCOUNT | BO | ST/CTRY | AGENCY | AGENT | AGENT | AUTH | NO. CHK | NO. ACCT | CHECK NUMBER | CDS CODE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448  $ | | 4 | | | MRJ1 | | | | | CRAH | | | | |

9/1/2004    608066    TYPE OF CHARGE

| CDS CODE | ACCOUNT | A & H CD | CHECK AMOUNT | TOTAL CHARGES | INELIGIBLE SEE REV | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT % | CDS CODE | HOSPITAL ROOM AND BOARD FROM | | TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 $ | | 1,700.00 | | | | | | BS | | | |
| BB | 12200 | 07 | | | | | | | | | | |
| CB | 12200 | 08 | | | | | | | MS | MISC. HOSPITAL CHARGES | | |
| DB | 12200 | 09 | | | | | | | KS | SURGERY | | |
| EB | 12200 | 10 | | | | | | | IS | MATERNITY BENEFIT | | |
| FB | 12200 | 11 | | 1,300.00 | | | | | GS | OUT PATIENT BENEFIT-ACCIDENT | | |
| GB | 12100 | 01 | | 1,300.00 | | | | | HS | 1 MONTHLY BENEFT | | |
| HB | | | | | | | | | IS | ABI 04/14/06-05/14/06 | | |
| IB | 12100 | 01 | | 400.00 | | | | | JS | | | |
| JB | | | | | | | | | KS | | | |
| KB | | | | | | | | | LS | | | |
| LB | | | | | | | | | MS | | | |
| MB | | | | | | | | | | MONTHLY BENEFIT FROM 04/14/06 TO 05/14/06 | | |

TOTAL    3    1,700.00

| DS CODE | INSURED |
|---|---|
| TS | DONNA MATHEWS |

TAX ID

| CDS CODE | PAYEE NAME AND ADDRESS |
|---|---|
| Y1 | DONNA MATHEWS |
| Y2 | REDACTED |
| Z1 | CALISTOGA, GA 94515 |
| Z2 | |
| Z3 | |

PREPARED BY   ELAINE BOURG    APPROVAL

REDACTED

PAL 0853

STATEMENT

DESCRIPTION OF BENEFITS                                                    AMOUNT

POLICY NO. 1285764     CLAIM NO. 061007
MONTHLY BENEFITS FROM 031406 TO 041406          DAYS                    1,300.00
ABI 021406 031406                                                        400.00
INSURED: DONNA MATEWS

JUL 1 4 2006

CHECK NO. 063037871                      CHECK AMOUNT              $1,700.00

THE ATTACHED CHECK COVERS FULL PAYMENT OF ITEMS SHOWN IN STATEMENT ABOVE. PLEASE DETACH THIS STATEMENT BEFORE PRESENTING CHECK FOR PAYMENT.

PAN–AMERICAN LIFE INSURANCE COMPANY

000010     ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY WITH THE NAME OR NAMES AS WRITTEN          280AH
                                                                            84—13                 AH
                                                                            654          No.063037871

PAN
AMERICAN
LIFE                                                              AMOUNT
                                                              $******1,700.00**

                    PAY TO THE ORDER OF:

DATE                DONNA MATEWS                              $1,700.00
JUL 13,2006         REDACTED
NOT VALID AFTER     CALISTOGA  GA  94515
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.                    NON NEGOTIABLE

⑈063037871⑈ ⑆065400137⑆ 0110029437⑈

REDACTED

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | | | | | | | | CLAIM NUMBER | INS. | AGE | CHECK NUMBER | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1285-764 | | | CALIFORNI ▼ | | | | | 06-1007 | 1 | 53 | 12/14/2006 | | | | |

| FORM NUMBER | BO | | STR/CTRY | AGENCY | AGENT | AGENT | AUTH. | NO.CHK | NO.ACCT | | INCURR DATE | REPORT DATE | CAUSE | A/S | COINS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8142 | | | 4 | | | MRJ1 | | | | | 12/14/2006 | 2/6/2006 | 419 | | |

| CDS CODE | ACCOUNT | A & H CD | CHECK AMOUNT | TOTAL CHARGES | INELIGIBLE | SEE REV | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT % | | CDS CODE | TYPE OF CHARGE | 9/1/2004 607072 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | $ | 1,700.00 | | | | | | | | CRAH | | | | |

| CDS CODE | ACCOUNT | A & H CD | | | | | | | | | CDS CODE | | HOSPITAL ROOM AND BOARD FROM | | TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BB | 12200 | 07 | | | | | | | | | BS | MISC. HOSPITAL CHARGES | | | |
| CB | 12200 | 08 | | | | | | | | | | | | | |
| DB | 12200 | 09 | | | | | | | | | | | | | |
| EB | 12200 | 10 | | | | | | | | | | MATERNITY BENEFIT | | | |
| FB | 12200 | 11 | | | | | | | | | | SURGERY | | | |
| GB | 12100 | 01 | | | 1,300.00 | | | | | | GS | OUT PATIENT BENEFIT-ACCIDENT | | | |
| HB | | | | | | | | | | | HS | 1 MONTHLY BENEFIT | | | |
| IB | 12100 | 01 | | | 400.00 | | | | | | IS | ABI 02/14/06-03/14/06 | | | |
| JB | | | | | | | | | | | JS | | | | |
| KB | | | | | | | | | | | KS | | | | |
| LB | | | | | | | | | | | LS | | | | |
| MB | | | | | | | | | | | MS | | | | |

| TOTAL | | | $ | | $ | | $ | | $ | | | MONTHLY BENEFIT FROM | 03/14/06 | TO | 04/14/06 |

| CDS CODE | INSURED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TS | DONNA MATHEWS | | | | | | | | |

| CDS CODE | PAYEE NAME AND ADDRESS | | | | | TAX ID | | | |
|---|---|---|---|---|---|---|---|---|---|
| Y1 | DONNA MATHEWS | | | | | | | | |
| Y2 | REDACTED | | | | | | | | |
| Z1 | CALISTOGA, GA 94515 | | | | | | | | |
| Z2 | | | | | | | | | |
| Z3 | | | | | | | | | |

| PREPARED BY | APPROVAL |
|---|---|
| ELAINE BOURG | |

REDACTED

STATEMENT

| DESCRIPTION OF BENEFITS | | AMOUNT |
|---|---|---|
| POLICY NO. 1285764    CLAIM NO. 061007 | | 1,300.00 |
| MONTHLY BENEFITS FROM 021405 TO 031606    DAYS | | 400.00 |
| INSURED: DONNA MATHEWS | | |

| CHECK NO. 063032875 | CHECK AMOUNT | $1,700.00 |

THE ATTACHED CHECK COVERS FULL PAYMENT OF ITEMS SHOWN IN STATEMENT ABOVE. PLEASE DETACH THIS STATEMENT BEFORE PRESENTING CHECK FOR PAYMENT.

PAN–AMERICAN LIFE INSURANCE COMPANY

000004      ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY WITH THE NAME OR NAMES AS WRITTEN    280AH
      84–13      AH
      654      No.063032875

**PAN AMERICAN LIFE**

MAR 07 2006

| AMOUNT |
|---|
| $******1,700.00** |

**$1,700.00**

PAY TO THE ORDER OF:

DONNA MATHEWS
REDACTED
CALISTOGA   CA  94515

DATE
MAR 06, 2006

NOT VALID AFTER
90 DAYS OF ISSUE

DOLLAR ONE CEN SEVEN ZERO ZERO PER ZERO ZERO.

BANK ONE
NEW ORLEANS, LA.          NON NEGOTIABLE

⑈063032875⑈ ⑆065400137⑈ 0110029437⑈

REDACTED

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | | | | | | | | | INS. | AGE | INCURR DATE | REPORT DATE | | DATE 3/6/2006 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1285-764 | CALIFORN | | | | | | CLAIM NUMBER | | 1 | 53 | 12/14/2005 | 2/6/2006 | CAUSE | A/S | COINS |
| FORM NUMBER | ST/CTRY | AGENCY | AGENT | AGENT | AUTH | NO.CHK | 06-1007 | | | CHECK NUMBER | CDS CODE | TYPE OF CHARGE | | | |
| 8142 | 4 | | | MRJ1 | | NO.CHK | NO.ACCT | BENEFITS AT % | | | CRAH | 603051 | | | |

| CDS CODE | CASH ACCOUNT | | | | | | | | | | REQUEST NUMBER | | | | |
| A1 | 51448 | $ | | 1,700.00 | | | | | | | | | | | |
| CDS CODE | ACCOUNT | A & H CD | CHECK AMOUNT | TOTAL CHARGES | INELIGIBLE SEE REV | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT % | | | CDS CODE | HOSPITAL ROOM AND BOARD FROM | | | TO |
| BB | 12200 | 07 | | | | | | | | | BS | | | | |
| CB | 12200 | 08 | | | | | | | | | | MISC. HOSPITAL CHARGES | | | |
| DB | 12200 | 09 | | | | | | | | | | SURGERY | | | |
| EB | 12200 | 10 | | | | | | | | | | MATERNITY BENEFIT | | | |
| FB | 12200 | 11 | | | | | | | | | | OUT PATIENT BENEFIT-ACCIDENT | | | |
| GB | 12100 | 01 | | | 1,300.00 | | | | | GS | MONTHLY BENEFIT FROM | 02/14/06 | TO | 03/14/06 |
| HB | | | | | | | | | | HS | 1 Monthly Benefit | | | |
| IB | 12100 | 01 | | | 400.00 | | | | | IS | ABI 02/14/06 - 03/14/06 | | | |
| JB | | | | | | | | | | JS | | | | |
| KB | | | | | | | | | | KS | | | | |
| LB | | | | | | | | | | LS | | | | |
| MB | | | | | | | | | | MS | | | | |

| CDS CODE | INSURED | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TS | DONNA MATHEWS | | | | | | | |

| CDS CODE | PAYEE NAME AND ADDRESS | | | | | | TAX ID |
|---|---|---|---|---|---|---|---|
| Y1 | DONNA MATHEWS | | | | | | |
| Y2 | REDACTED | | | | | | |
| Z1 | CALISTOGA, CA  94515 | | | | | | |
| Z2 | | | | | | | |
| Z3 | | | | | | | |

| PREPARED BY | APPROVAL |
|---|---|
| ELAINE BOURG | |

REDACTED

PAL 0857

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | | | | | | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1257-758 | CALIFORNI | ▼ | | | | | | | | | |

| FORM NUMBER | CASH ACCOUNT | | ST/CTRY | AGENCY | AGENT | AGENT | CLAIM NUMBER | INS. | AGE | CHECK NUMBER | INCUR DATE | REPORT DATE | CAUSE | A/S | CONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7h01 | BO | 4 | | | | | 06-1005 | 1 | 53 | | 12/14/2006 | 2/6/2006 | 419 | | |

| CDS CODE | ACCOUNT | | A & H CD | CHECK AMOUNT | TOTAL CHARGES | INELIGIBLE SEE REV | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT % | CDS CODE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | $ | | - | | | NO-CHK | NO ACCT | | CRAH | HOSPITAL ROOM AND BOARD FROM | 9/1/2004  TYPE OF CHARGE |
| | | | | | | | | | | | | 608065  TO |

| CDS CODE | | | AUTH  MRJ1 | | | | | | | CDS CODE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BB | 12200 | 07 | | | | | | | | BS | MISC. HOSPITAL CHARGES |
| CB | 12200 | 08 | | | | | | | | | |
| DB | 12200 | 09 | | | | | | | | | |
| EB | 12200 | 10 | | | | | | | | | SURGERY |
| FB | 12200 | 11 | | | | | | | | | MATERNITY BENEFIT |
| GB | 12100 | 01 | | | *500.00- | | | | | GS | OUT PATIENT BENEFIT-ACCIDENT |
| HB | | | | | | | | | | | MONTHLY BENEFIT  FROM 04/14/06  TO 05/14/06 |
| IB | | | | | | | | | | HS | 1 MONTHLY BENEFIT |
| JB | | | | | | | | | | IS | |
| KB | | | | | | | | | | KS | |
| LB | | | | | | | | | | LS | |
| MB | | | | | | | | | | MS | |

| 'DS CODE | INSURED | |
|---|---|---|
| TS | DONNA MATHEWS | TAX ID |

| TOTAL | | 0.00 | 0.00 | | | |
|---|---|---|---|---|---|---|

| CDS CODE | PAYEE NAME AND ADDRESS | |
|---|---|---|
| A1 | DONNA MATHEWS | |
| Y1 | DONNA MATHEWS | |
| Y2 | REDACTED | |
| Z1 | CALISTOGA, GA 94515 | |
| Z2 | | |
| Z3 | | |

*$500.00 was deducted from the payment because of overpayment on benefit on 7/13/06.

| PREPARED BY | APPROVAL |
|---|---|
| ELAINE BOURG | |

REDACTED