Exhibit AA

October 24, 2006

Received

NOV - 2 2006

Policy Benefits
Division

Michael Jones
Senior Claims Examiner
Pan American Life
P.O. Box 60219
New Orleans, LA 70160-0219

Re: Policy # 1257-758, 1285-764 & 1257-573

Dear Mr. Jones:

I would like to address the issues outlined in your letter of October 3, 2006 to Ms. van der Veur of the Consumer Protection Division of Consumer Affairs in Napa.

First, regarding my August 23rd letter, I could not have included your August 25th response since I did not yet have it. The initial premiums taken out of my account and the reimbursements have become so complicated that the State of California Department of Insurance is still investigating whether you or I have sound accounting practices. The payments, overpayments, deductions, and final settlement of payments for the March-April, April-May period are now extremely complicated without clarification. I have no record of you requesting my bank statements for verification, and if you could provide me with a copy of your letter stating this request I will provide you with the proper information. The question of the third and final policy has only come to view when I found a letter in September of this year that was from 2001 with this policy number (attached). There has been no other correspondence since these policies were put in place for me to know all the policy numbers or their values until this claim was activated. I was assured by you and Elaine Bourg, only via telephone conversation, so there is no record that no other policy existed, but it did. That has added to my frustration.

Second, I have enclosed the letters regarding the reimbursement dated September 12, with the corresponding letters of September 18 and September 22, where I had to ask for itemization because reimbursements are still being sent without clarification. I have also enclosed the most recent worksheets and check receipts that came with this month's compensation which I received on October 14th. I do not see any indication that dates are yet being documented. In addition, the policy 1257-573, which was paid on 9/13/2006 for 4 months benefits up to 6/14/06 state the monthly benefit, is $500.00 a month. The check I received on October 14th shows no date and was paid in the amount of $200.00. Could you please explain or correct this? (Copies are enclosed).

Finally, the rehabilitation portions of my policies are, as you state, 'disbursed at Pan American Life's discretion'. Can you tell me what would justify rehabilitation? Is there a company policy

PAL 0727

regarding rehabilitation? Do you ever approve this benefit or make exceptions, and could I make an appeal for this benefit?

Thank you for addressing these issues.

Sincerely,

Donna Mathews

cc: Linda van der Veur
    Darryl Tolliver
    John Balthazar
    Ruth Marsh

ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

Werner 10, 14-06

| | | | | | | | | DATE |
| | | | | | | | | 10/9/2006 |

| POLICY NUMBER | | CALIFORNI | | | | | | | | | | |
| 1257-573 | | | | | | | | | | | | |
| FORM NUMBER | BO | BR/CTRY | AGENCY | AGENT | AGENT | NO.CHK | INS. | AGE | INCUR DATE | REPORT DATE | CAUSE | A/B | CONS |
| 7H01 | | 4 | | | | 06-1074 | 1 | 53 | 12/14/2005 | 2/8/2006 | 419 | | |
| CDS CODE | CASH ACCOUNT | CHECK AMOUNT | AUTH | CLAIM NUMBER | | CHECK NUMBER | | REQUEST NUMBER | | TYPE OF CHARGE |
| A1 | 51448 | $ 500.00 | IFK1 | | | CRAH | | 610038 | | |
| CDS CODE | ACCOUNT | A & H.05 | TOTAL CHARGES | INELIGIBLE | SEE REV | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT | % | CDS CODE | |
| BB | 12200 | 07 | | | | | | | | BS | HOSPITAL ROOM AND BOARD FROM | TO |
| CB | 12200 | 08 | | | | | | | | MISC. HOSPITAL CHARGES | |
| DB | 12200 | 09 | | | | | | | | GS | SURGERY |
| EB | 12200 | 10 | | | | | | | | | MATERNITY BENEFIT |
| FB | 12200 | 11 | | | 500.00 | | | | | | OUT PATIENT BENEFIT-ACCIDENT |
| GB | 12100 | 01 | | | 500.00 | | | | | HS | MONTHLY BENEFIT FROM 06/14/06 | TO 07/14/06 |
| HB | | | | | | | | | | IS | 1 MONTHLY BENEFIT |
| IB | | | | | | | | | | JS | |
| JB | | | | | | | | | | KS | |
| KB | | | | | | | | | | LS | |
| LB | | | | | | | | | | MS | TAXES WITHHELD |
| MB | 66500 | | | | | | | | | | |

| CDS CODE | PAYEE NAME AND ADDRESS | | |
| TS | Donna Mathews DEPENDENT | SEE REVERSE | TAX ID |

| CDS CODE | INSURED | |
| A1-S | Donna Mathews INSURED | |

| CDS CODE | PAYEE NAME AND ADDRESS | |
| Y1 | Donna Mathews | |
| Y2 | REDACTED | |
| Z1 | Calistoga, CA 94515 | |
| Z2 | | |
| Z3 | | |

| | PREPARED BY | APPROVAL |
| | ELAINE BOURG | |

REDACTED

PAL 0729

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | | | | | | | | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1257-673 | | | | | | | | | | | | | 9/13/2006 |

| FORM NUMBER | CASH ACCOUNT | A & H GD | | ST/CTRY | AGENCY | AGENT | AUTH | AGENT | CLAIM NUMBER | INS. | AGE | INCUR DATE | REPORT DATE | CAUSE | A/S | COINS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7H01 | BO | CALIFORNI | | | 4 | | | | 06-1074 | 1 | 53 | 12/14/2005 | 2/6/2006 | 419 | | |

| CDS CODE | ACCOUNT | A&H GD | CHECK AMOUNT | AGENCY | AUTH | CLAIM NUMBER | NO.CHK | NO.ACCT | CHECK NUMBER | CDS CODE | TYPE OF CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | $ | 2,000.00 | CRS1 | | | | | | CRAH | REQUEST NUMBER 609063 |

| CDS CODE | TOTAL CHARGES | INELIGIBLE SEE REV | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT % | CDS CODE | HOSPITAL ROOM AND BOARD FROM | TO |
|---|---|---|---|---|---|---|---|---|
| BB | 12200 | 07 | | | | BS | MISC. HOSPITAL CHARGES | |
| CB | 12200 | 08 | | | | GS | MONTHLY BENEFIT FROM 02/14/06 TO 06/14/06 | |
| DB | 12200 | 09 | | | | | 4 Monthly Benefits @ $500.00 | |
| EB | 12200 | 10 | | | | HS | SURGERY | |
| FB | 12200 | 11 | | | | IS | 02/14/06 to 06/14/06 | |
| GB | 12100 | 01 | | | | JS | MATERNITY BENEFIT | |
| HB | 12100 | 01 | 2,000.00 | | | KS | OUT PATIENT BENEFIT-ACCIDENT | |
| IB | | | | | | LS | | |
| JB | | | | | | MS | TAXES WITHHELD | |
| KB | | | | | | | | |
| LB | | | | | | | | |
| MB | 66500 | | | | | | | |

| CDS CODE | PAYEE NAME AND ADDRESS |
|---|---|
| CDS CODE | INSURED |
| TS | Donna Mathews DEPENDENT |
| | Donna Mathews |
| Y1 | |
| Y2 | REDACTED |
| Z1 | Calistoga, CA 94515 |
| Z2 | |
| Z3 | |

TAX ID

This policy has been placed on waiver there should be no further deductions from your checking account.

Received

NOV - 2 2006

Policy Benefits Division

| PREPARED BY | APPROVAL |
|---|---|
| ELAINE BOURG | |

SEE REVERSE

REDACTED

PAL 0730

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

Received 10-14-06

| POLICY NUMBER | | | | | | | | | | | INCUR DATE | REPORT DATE | CAUSE | A/B | COINS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1257-758 | | | | | | | | | | | 12/14/2006 | 2/6/2006 | 419 | | |

| FORM NUMBER | BO | STATE/CTRY | AGENCY | AGENT | AGENT | AUTH | CLAIM NUMBER | INS. | AGE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 7H01 | | CALIFORNI | 4 | | | | 08-1005 | 1 | 53 | |

| CDS CODE | CASH ACCOUNT | CHECK AMOUNT | TOTAL CHARGES | INELEGIBLE | REFER REV | 100% BENEFITS | ELEGIBLE CHARGES | BENEFITS AT % | CDS CODE | |
|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | $ 200.00 | | | | | | | CRAH | 610036 TYPE OF CHARGE |

| CDS CODE | ACCOUNT | A & H CD | | | NO.CHK | NO ACCT | | | CDS CODE | HOSPITAL ROOM AND BOARD FROM | TO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BB | 12200 | 07 | | | | | | | BS | MISC. HOSPITAL CHARGES | |
| CB | 12200 | 08 | | | | | | | | | |
| DB | 12200 | 09 | | | | | | | | SURGERY | |
| EB | 12200 | 10 | | | | | | | | MATERNITY BENEFIT | |
| FB | 12200 | 11 | | | | | | | | OUT PATIENT BENEFIT-ACCIDENT | |
| GB | 12100 | 01 | | 200.00 | | | | | GS | MONTHLY BENEFIT FROM 08/14/06 TO 07/14/06 | |
| HB | | | | | | | | | HS | 1 MONTHLY BENEFIT | |
| IB | | | | | | | | | IS | | |
| JB | | | | | | | | | JS | | |
| KB | | | | | | | | | KS | | |
| LB | | | | | | | | | LS | | |
| MB | | | | | | | | | MS | | |

| TOTAL | | | | | | | | | | | | |

| CDS CODE | PAYEE NAME AND ADDRESS |
|---|---|
| TS | DONNA MATHEWS |

| CDS CODE | INSURED |
|---|---|
| A1 | DONNA MATHEWS |
| Y1 | DONNA MATHEWS |
| Y2 | REDACTED |
| Z1 | CALISTOGA, GA 94515 |
| Z2 | |
| Z3 | |

TAX ID

*$300.00 was deducted from the payment because of overpayment.

| PREPARED BY | APPROVAL |
|---|---|
| ELAINE BOURG | |

REDACTED

ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | | | | | | | | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1285-764 | CALIFORNI | | | | | | | | | | | | |

| FORM NUMBER | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7h01 | | | | | | | | | | | | | |

| CDS CODE | CASH ACCOUNT | BO | ST/CTRY | AGENCY | AGENT | AGENT AUTH | CLAIM NUMBER | INS | AGE | INCURR DATE | REPORT DATE | CAUSE | A/G | COINS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 4 | | IFK | | 08-1005 | 1 | 53 | 12/14/2006 | 2/6/2006 | 419 | | |

| CDS CODE | ACCOUNT | A&H CD | CHECK AMOUNT | | | | | | | CHECK NUMBER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | $ | 1,700.00 | | | NO.CHK | NO ACCT | | | | | | |

| CDS CODE | ACCOUNT | A&H CD | TOTAL CHARGES | INELIGIBLE (SEE REV) | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT % | CDS CODE | HOSPITAL ROOM AND BOARD FROM | TO |
|---|---|---|---|---|---|---|---|---|---|---|
| BB | 12200 | 07 | | | | | | BS | MISC. HOSPITAL CHARGES | |
| CB | 12200 | 08 | | | | | | | SURGERY | |
| DB | 12200 | 09 | | | | | | | MATERNITY BENEFIT | |
| EB | 12200 | 10 | | | | | | | OUT PATIENT BENEFIT-ACCIDENT | |
| FB | 12200 | 11 | | | | | | GS | 1 MONTHLY BENEFIT FROM 06/14/06 TO 07/14/06 | |
| GB | 12100 | 01 | | 1,300.00 | | | | HS | | |
| HB | | | | | | | | IS | ABI 06/14/06-07/14/06 | |
| IB | 12100 | 01 | 400.00 | | | | | JS | | |
| JB | | | | | | | | KS | | |
| KB | | | | | | | | LS | | |
| LB | | | | | | | | MS | | |
| MB | | | | | | | | | | |

TYPE OF CHARGE: CRAH

CDS CRAH: 610037

| CDS CODE | INSURED | TAX ID |
|---|---|---|
| TS | DONNA MATHEWS | |

| CDS CODE | PAYEE NAME AND ADDRESS | |
|---|---|---|
| A1 | DONNA MATHEWS | |
| Y1 | DONNA MATHEWS | |
| Y2 | REDACTED | |
| Z1 | CALISTOGA, CA 94515 | |
| Z2 | | |
| Z3 | | |

| PREPARED BY | APPROVAL |
|---|---|
| ELAINE BOURG | |

RECEIVED 10-14-06

REDACTED

Exhibit BB



October 27, 2006

Donna Mathews
REDACTED
Calistoga CA 94515

Re:    Premium refunds

Dear Ms. Mathews:

Please find enclosed refunds for premium payments you made after you were placed on disability. Policy #1257-758 refunded in the amount of $96.40 and policy # 1285-764 refunded in the amount of $122.14. As of this writing you have been refunded premiums as following:

Policy #1257-573   $301.60
Policy #1285-764   $884.99
Policy #1257-758   $680.00

Thank you for allowing Pan American Life to serve your needs.

Sincerely,


Michael Jones
Senior Claim Examiner
Pan American Life
P.O. Box 60219
New Orleans, LA 70160-0219


REDACTED

PAL 0339

000014

ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY WITH NAME OR NAMES AS WRITTEN

3000T
12
No. 062051790
84 438
654

**PAN AMERICAN LIFE**

0012577580

| AMOUNT |
|---|
| $*********96.40** |

PAY TO THE ORDER OF:

OCT 2 7 2006

**DONNA R DUPELL—MATHEWS**
REDACTED

CALISTOGA CA 94515

$96.40

DOLLAR NINE SIX PER FOUR ZERO

**DATE**
OCT 26, 2006

NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.

**NON NEGOTIABLE**

⑈062051790⑈ ⑇065400137⑇ 0110029518⑈

REDACTED

PAL 0338

300OT
12

000029     ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY    THE NAME OR NAMES AS WRITTEN

84–13
654

No. 062051793



0012857640

| AMOUNT |
| --- |
| $********122.14** |

PAY TO THE ORDER OF:

DONNA R DUPELL—MATHEWS
REDACTED
CALISTOGA CA 94515

OCT 2 7 2006



$122.14

| DATE |
| --- |
| OCT 26,2006 |

NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.

NON NEGOTIABLE

⑈"062051793"⑈ ⑉065400137⑉: 0110029518"

REDACTED

PAL 0337

Exhibit CC



November 15, 2006

Donna Mathews
REDACTED
Calistoga, CA 94515

Re:    Policies # 1257-758, 1285-764 & 1257-573

Dear Ms. Mathews:

The purpose of this letter is to address the questions you raised in your letter dated October 24, 2006 and received on November 2, 2006.

First you state that you "have no record…requesting your bank statements for verification and if you could provide me with a copy of your letter stating this request I will provide you with the proper information." Pan American Life letter dated August 31, 2006 states "that you forward a bank statement illustrating the amount in question." This request was also made as early as July 15, 2006 in a telephone conversation with Ms. Bourg. Please see attachment #1 with the request in question highlighted for your convenience.

Also Ms. Bourg did not inform you that a third policy did not exist she simply stated that she was only able to find two policies on record for you at the time of your conversation. In your claim proofs there was no indication that you owned a third policy. On September 12, 2006 I was able to locate a third policy within our system and issue benefits accordingly. Please note that both your refund of premiums and benefit check are dated on September 13, 2006. Also in your letter you state that you were "assured by you and Elaine Bourg, only via telephone conversation…that no other policy existed." Ms. Mathews, I have never had a phone conversation with you. Our communication has been limited to written correspondence.

As for your second concern "reimbursements are still being sent without clarification." The letter regarding premium reimbursement dated September 12, 2006 clearly states that the enclosed check is for "waiver of premium disability benefits effective December 14, 2005." All of the premiums received since December 14, 2005 were returned to you in the check dated September 13, 2006. Another letter sent on September 22, 2006 stated in even more explicit terms that all of the premiums received since December 14, 2005 were being returned to you and even included line items declaring the calendar period your premiums covered. I am at a loss as to how more clearly this can be illustrated.

With regard to your other statement "I do not see any indication that dates are yet being documented" regarding your October benefits. Check # 063040936 for policy # 1257-573 states the monthly benefit period from 061406 to 071406 and is dated October 9, 2006. Please see attachment #3a.

Check # 063040935 for policy # 1285-764 states the monthly benefit period from 061406 to 071406 and is dated October 9, 2006. Please see attachment #3b.

Check # 03040934 for policy # 1257-758 states the monthly benefit period from 061406 to 071406 and is dated October 9, 2006. Please see attachment #3c.

REDACTED

What date documentation is missing? The checks are dated according to the day they are printed. The check header lists the dates of the benefit period and the correspondence lists the same information as well.

The check for policy #1257-573 is in the amount of $500.00 because that is the amount of the benefit you selected for that policy. Please see attachment #4. The check for policy # 1257-758 in the amount of $200.00 was paid incorrectly due to clerical error. I have enclosed the additional $300.00 due for this benefit period. Please see attachment #5.

You have three policies with benefits as follows:

Policy # 1285-764     $1,300.00 base benefit and $400.00 Additional Monthly Benefit
Policy # 1257-573     $500.00 base benefit
Policy # 1257-758     $500.00 base benefit

These policies together total $2,700.00 per month in benefits. Currently you have received five (5) months of benefits at $2,700 per month for a total of $13,500. I have included in the mailing a copy of all the benefit checks Pan American Life has sent to you as well as a timeline listing the payments and benefit periods. Please see attachment #6.

You have received a refund for all of the premiums we have on record as paid. In the future please refrain from continuing to forward premiums once you have been placed on waiver. I have also included copies of the premium refund checks as well as a timeline listing the refunds. Currently you have paid $2005.56 in premiums and been refunded $1,866.59. The remaining $138.97 of premiums are payments that were due before the date of disability. The sum of $138.97 is made up of the following premium amounts $37.70 for policy 1257-573, $57.07 for policy 1285-764 and $44.20 for 1257-758. Your policy states the following: "We will refund any premiums paid after the first day of Disability if premiums are waived but we will not refund any part of a premium that was due before the start of Disability." Please see attachment #7.

Thank you for allowing Pan American Life to meet your needs.

Sincerely,

Michael Jones
Senior Claim Examiner
Pan American Life
P.O. Box 60219
New Orleans, LA 70160-0219

Cc: Linda Van der Veur

PAL 0141

Exhibit DD

# STANFORD
## U N I V E R S I T Y
## M E D I C A L   C E N T E R
*Hospital & Clinics ▪ School of Medicine*

DIVISION OF PHYSICAL MEDICINE & REHABILITATION
Elaine S. Date, MD
Jeffrey K. Teraoka, MD
Michael Fredericson, MD
Raj Mitra, MD



Received

JAN 9 2007

Policy Benefits
Division

**PATIENT:**     Donna Mathews
**DOB:**     REDACTED 1953
**STANFORD MRN:**   1977729-1
**DATE OF VISIT:**   11-15-06
**REQUESTED BY:**   Medical Director Solutions, L.L.C.
                     557 Seminole Drive
                     Marietta, GA 30060

Patient arrived at the clinic several minutes early for her scheduled appointment. Her identity was confirmed. She came alone for her appointment.

HISTORY: Ms. Mathews is a 52 year old right-handed female dental hygienist, with history of neck pain and bilateral upper extremity burning/tingling, seen today for a one-time consultation/IME. History is acquired from medical records and from the patient, who appears to be a good historian. She states that she was on a ladder on 11-19-05 cleaning leaves from a gutter, when the ladder slipped, causing her to fall and land on her left side/ankle/shoulder. She suffered ankle pain, which has since resolved. ER report (St. Helena Hospital) from 11-19-05 states that Ms. Mathews fell from her ladder, injuring both wrists, striking her head, and twisting her ankle. She fell to the left side, catching herself with her hands. On examination, patient had swelling of the right carpometacarpal joint of the first digit, also left ankle mild swelling. She had no posterior element tenderness over the cervical spine, and she was able to touch her chin to her chest. X-rays of both thumbs and the left ankle showed no fracture. She was diagnosed with acute left ankle sprain, acute bilateral thumb sprains, scalp hematoma, and mild cervical strain. She was given prescriptions for Vicodin and Valium. The carpometacarpal joint of both thumbs showed quite advanced degenerative joint disease. Ms. Mathews saw Dr. Robert Marvan (office of Dr. A. Alexander) on 11-28-05. She complained of increasing pain in her mid-scapular thoracic spine and area of C5-6 over the last 7 to 8 days, since her fall. She also complained of slight paresthesias involving her left 3rd digit. Se was somewhat tender to palpation in the perivertebral muscles, areas C5-6-7, and there was mid-scapular pain in the area of T3-4. She was diagnosed with "Mechanical fall, thoracic and cervical sprain". She was given prescriptions for Valium and Vicodin.

Patient was seen in follow-up in Drs. Marvan/Alexander's office on 12-1-05. At that time, patient noted continued pain in the left side of neck and subscapular areas, and numbness in the 2nd and 3rd digits of the left hand. She had been seeing a massage therapist and chiropractor daily, and taking Vicodin 4 per day and Valium once to twice per day. She was diagnosed with neck injury with cervical radiculopathy, and asked to

300 Pasteur Drive, Edwards Bldg., Rm. R105B, MC: 5336 ▪ Stanford, California 94305-5336
office: 650.723.1410 ▪ fax: 650.498.7546

Palo Alto Veterans Affairs Health Care System ▪ Physical Medicine & Rehabilitation Service (#11
3801 Miranda Avenue ▪ Palo Alto, CA REDACTED ▪ 650.493.5000, Ext. 65469

RECEIVED DEC 6 200

PAL 0754

Mathews, Donna
1977729-1
Page 2



Received

JAN 9   2007

Policy Benefits
Division

stop the massage and chiropractic therapy.  Lexapro (for pre-morbid depression) was
increased from 10 mg/day to 20 mg/day, and Vicodin and Valium were renewed.  She
was seen again on 12-6-05; symptoms were improved but persistent so a C-spine X-ray
was ordered.  Patient was advised to try half-days of work.  On 12-9-05, Dr. Alexander
referred patient to physiatrist, Marko Bodor, M.D.

Ms. Mathews saw Dr. Bodor on 12-14-05.  She had seen Dr. Bodor in the past for neck
pain (see PMH).  Patient complained of left neck and shoulder pain that radiated down
her left arm to index and middle fingers, with associated numbness and tingling in these
areas.  She had had some acupuncture, which helped minimally.  On examination, she
had 4/5 left triceps, 4+/5 left wrist extensors, adductor pollicis brevis and hand intrinsics,
5/5 in same muscle groups on the right.  She had 5/5 bilateral trapezius, deltoids, and
biceps.  Sensation was decreased to light touch and pinprick on left middle and ring
fingers.  Muscle stretch reflexes:  right triceps 2+, left triceps 1+, bilateral biceps 2+,
bilateral brachioradialis 2+.  Electromyography examination done on the same day
showed electrodiagnostic evidence for a left C7 (and possibly C8) radiculopathy.
MRI of the C-spine (see Radiologic below), physical therapy for scapular stabilization,
and Neurontin for neuropathic pain were ordered.

Patient had an evaluation by Wellsprings Physical Therapy on 12-14-05.  From the
medical records, it appears that Ms. Mathews went to physical therapy on 12-20-05, 12-
22-05, 12-27-05, 12-28-05, 12-29-06, 1-4-06, 1-6-06, 1-9-06, 1-19-06, 1-23-06, 1-24-06,
1-31-06, 2-2-06, 2-7-06, 2-9-06, 2-20-06, 2-23-06, 2-28-06, 3-3-06, 3-8-06, 3-14-06, 3-
17-06.

Patient also saw Christopher Henderson for acupuncture on 9-30-05, 10-3-05, 12-16-05,
12-19-05, 12-21-05, 12-22-05, 12-27-05, 12-29-05, and 1-10-06.

According to the patient, she had a long wait to see Dr. Smith, so she briefly saw an
orthopedic surgeon Dr. Sullivan in Santa Rosa on 1-3-06 (her sister works for Dr.
Sullivan).  Dr. Sullivan ordered a left shoulder MRI which was performed on 1-3-06.
Patient was evaluated by Steven Smith, M.D., Orthopedic Surgeon on 1-9-06 for cervical
radiculopathy and MRI of left shoulder which was performed on 1-3-06 (see Radiologic).
Dr. Smith performed a Kenalog injection of the left subacromial bursa, and sent her for
physical therapy rotator cuff range-of-motion and strengthening.  On follow-up visit on
2-10-06, Dr. Smith's assessment was: 1. Partial vs. complete tear supraspinatus tendon
left shoulder, 2. Advanced degenerative disc disease cervical spine with radiculopathy, 3.
Bilateral carpal tunnel syndrome, 4. Bilateral lateral epicondylitis.  Patient was sent for
physical therapy, neurosurgical consultation by Dr. Eichbaum, nerve conduction studies
(of wrists), and given tennis elbow splint.  Dr. Smith reviewed surgical options of elbow
and carpal tunnel.

2

Received

JAN 9    2007

Policy Benefits
Division

Mathews, Donna
1977729-1
Page 3

Ms. Mathews saw Dr. Eldan Eichbaum, neurosurgeon, on 3-7-06.  Dr. Eichbaum's
assessment was: Cervicalgia with radiculopathy and multilevel cervical spondylosis and
disc degeneration most severe at C5-6 and C6-7, but also present at C3-4 and C4-5.  He
felt that patient's pain was most likely due to her injury "on top of her chronic cervical
spondylosis".  He recommended physical therapy, continue anti-inflammatory medication,
and consider a cervical epidural injection at C5-6 and/or C6-7.  He also recommended
that the patient return in 2-3 months, at which time surgical intervention at C5-6 and C6-7
levels could be discussed ("as a last resort").

Patient saw a primary care physician, Barry Brown, M.D., on 3-29-05.  He recommended
continuing physical therapy and trying cervical traction.  He stated that "I do feel that she
is likely to recover, although she will run into a diminishing returns issue such that rehab
or vocational rehab would be appropriate".  He saw her again on 4-27-06, and ordered
her a tennis elbow support for lateral epicondylitis.  He wanted to continue Ambien every
other night, and gave her a refill for Atrovent.  She was apparently scheduled for a
follow-up visit with Dr. Eichbaum, but I do not have records for this visit.

RADIOLOGIC:
   MRI Cervical Spine 7-14-03 (Santa Rosa Imaging Center, Alvaris Duffis, M.D.):
Degenerative changes of cervical spine.  Multiple disk bulges at C3-4, C4-5, C6-7, and
C7-T1.  Spinal stenosis at C5-6 and C6-7 levels.  Narrowing of the neural foramina at
C3-4 and C6-7.
   MRI Cervical Spine without Contrast 12-16-05 (Santa Rosa Imaging Medical Center,
Scott Booth, M.D.): Mulitlevel degenerative disc disesase.  Mild central spinal stenosis
with cord effacement C3-4 (left lateralizing), C5-6 (right lateralizing), and C6-7 (left
lateralizing), increased at all three levels compared with the 07/14/03 MRI examination.
Minimal central spinal encroachment at C4-5 and C7-T1 levels without overt effacement
of the cord proper.  Foraminal stenosis at C3-4, C4-5, C5-6 and C6-7 levels as outlined
above.
   MRI Left Shoulder 1-3-2006 (Santa Rosa Imaging Medical Center, Douglas Munro,
M.D.): Non-retracted partial-thickness tear in the mid-conjoined tendon for the
infraspinatus and supraspinatus muscles.  There is felt to represent a full-thickness tear
without significant retraction.
   Left Shoulder X-rays, 3 views 1-3-06 (Santa Rosa Imaging Medical Center, Douglas
Munro, M.D.): Normal left shoulder.
Cervical Spine X-rays, 5 views 12-5-05 (St. Helena Hospital, Jerrold Grayson, M.D.):
Moderate disc narrowing at C5-6 and C6-7 with anterior osteophytes at 5-6,  general
unchanged from films of 6/20/03. There is neural foraminal encroachment on the right at
5-6 and 6-7 and on the left at 6-7.

Received

JAN 9   2007

Policy Benefits
Division

Mathews, Donna
1977729-1
Page 4

CURRENT COMPLAINTS:

Patient complains of left and right posterior neck pain, burning in nature, radiating down bilateral arms to medial forearms and to the medial hands and first 3 digits of hand. The symptoms are worse in the right forearm/hand than in the left forearm/hand. Pain is split at approximately 50:50 in terms of neck compared to arm pain. Tingling is now much improved (in the same distribution as the burning pain), over the last 3 months. Pain is rated in the neck as ranging from a 4 out of 10 at its best to 8 out of 10 at its worst, usually a 7/10; in the right arm as ranging from 3 out of 10 at its best to 8 out of 10 at its worst, usually a 7/10; in the left arm as 2 out of 10 at its best to 6 out of 10 at its worst, usually a 4/10. Pain is aggravated by any activity which requires bending forward at the neck, or fine upper extremity work such as computer work. Pain is improved by yoga, rest.

MEDICATIONS: 1) Vicodin, 4 tablets per day; 2) Ambien 10 mg, approximately 2 tabs per week; 3) Lexapro 20 mg/ day; 4) Vivelle patch, 5) Ibuprofen 200 mg, 4 per day. NKDA

OCCUPATIONAL HISTORY: Patient used to work as a dental hygienist, with frequent bending and fine motor work with her hands. After the fall on 11-19-05, she tried to return to work one day per week. She stopped working due to the pain on 12-14-05. Recently, she has been attending school to try to get a RN degree.

PMH:

1. Carpal tunnel syndrome, bilateral supraspinatus tendonitis, hand tendonitis, cervical pain.
Patient saw Dr. Marko Bodor, physiatrist on 3-19-01 for complaints of thumb, wrist and neck pain and weakness. Her ?primary care physician, Dr. Ortstadt, had referred her for ergonomic evaluation and recommendations relating to carpal tunnel syndrome and thumb tendonitis. Dr. Bodor performed limited nerve conduction studies to assess the severity of carpal tunnel syndromes. His assessments were: 1. Mild bilateral demyelinating median neuropathies at the wrists (carpal tunnel syndrome), 2. Bilateral flexor pollicis longus tendinitis, 3. Bilateral flexor pollicis brevis tendonitis. 4. Left rhomboid myofascial pain. 5. High/continuous pinch/grip forces at work. Dr. Bodor injected a mixture of Kenalog and Saline into the right and left carpal tunnels, as well as the left rhomboid. Dr. Bodor saw Ms. Mathews in follow-up on 6-4-01, at which time she was complaining of recurrence of left rhomboid pain and mild bilateral shoulder pain. Dr. Bodor diagnosed her with C5-6 disk dysfunction?, bilateral supraspinatus tendonitis, and bilateral carpal tunnel syndrome, significantly improved. He injected her right and left subacromial spaces with Kenalog/Bupivicaine mixture. Dr. Bodor saw the patient again on 11-12-01, when he injected Kenalog/saline mixture into the left carpal tunnel, left levator scapulae, left 4th MCP joint, and left 5th MCP joint. On 7-23-03, Dr. Bodor

4

PAL 0757

Received

JAN 9    2007

Policy Benefits
Division

Mathews, Donna
1977729-1
Page 5

saw the patient again, after she had been working as a ski patroller. He injected the left mid-trapezius/levator scapulae, left C6-7 paraspinal, left abductor pollicis longus tendon, and right abductor pollicus longus tendons with Kenalog and Bupivicaine. He ordered a C-spine MRI (see Radiologic), and on 7-23-03 performed a left C6 transforaminal epidural injection.
2. Depression
3. Arthritis, with hand pain which started approximately 9 years ago.

FH: Mother had lymphoma.

SH: Married, has one 18 year old child. Does not smoke cigarettes or drink alcohol.

ROS: Positive for headaches in the posterior head, band-like almost daily. Also complains of poor balance, but has not had any falls since 11/05. Negative for constitutional, eyes, ENT, respiratory, cardiovascular, gastrointestinal, GU, skin, endocrine, allergic/immunologic, hematologic review of systems..

PHYSICAL EXAMINATION:
VS: Ht: 5'7"; weight 148 lbs. by patient's history
General: WDWN female in NAD. Patient is cooperative with no abnormal pain behaviors. She became somewhat tearful during parts of the examination, but remained cooperative.

Pulse: Regular.

Extremities: No CCE.

Neck and C-Spine: Posture – head slightly protruded forward over spine. Non-tender to palpation over the cervical spine/interspinous spaces, upper trapezius muscles. Tender to palpation over bilateral rhomboids and latissimus muscles. ROM: 100% of normal forward flexion, extension 50 % of normal with neck pain; left rotation 80% of normal, right rotation 50% of normal with mild neck pain at end of range, left lateral bending 75% of normal, right lateral bending 50% of normal. Spurling's test causes neck pain only. Brachial compression test elicits local tenderness only. Nerve root tension sign causes pain radiating down the arm in the C6 dermatome bilaterally.

Musculoskeletal: Mildly tender to palpation over bilateral subacromial (lateral) regions. Approximate AAROM of shoulders: 180 degrees of forward flexion bilaterally with pain at end of range on the left; 170 degrees of abduction bilaterally with pain at 90 degrees and above on the left; external rotation 110 degrees on the right, 100 degrees on the left; internal rotation 80 degrees on the right, 70 degrees on the left.

RECEIVED

JAN 9 2007

Policy Benefits
Division

Mathews, Donna
1977729-1
Page 6

Positive left apprehension, impingement and supraspinatus tests; negative on the right.
Negative Tinel's at bilateral wrists and elbows.

Neurological: On MMT: 5-/5 left shoulder abductors (pain-limited), 5/5 right shoulder
abductors; 5/5 bilateral shoulder IR and ER; 5/5 bilateral elbow flexors, 5-/5 bilateral
elbow extensors; 5/5 bilateral wrist flexors and extensors; 5/5 bilateral grip, hand
intrinsics. Sensation decreased to PP over left and right C6 dermatomes, also to ST
bilaterally, otherwise intact in C5-T12 dermatomes. MSR's: 2 and symmetrical for
biceps, 2- and symmetrical for triceps; trace for bilateral brachioradialis, 3 for bilateral
KJ's, 2 for bilateral AJ's. 1-2 beats of ankle clonus bilaterally. Negative Hoffmans'
bilaterally. Cerebellar: Able to do finger-to-nose bilaterally. Difficulty with balance on
moderately rapid tandem walking. Negative Romberg's. Gait within normal limits..

IMPRESSION:
52 year old RH female with prior history of bilateral carpal tunnel syndrome, cervical
degenerative disc disease, and wrist tendonitis, s/p fall off of ladder on 11-19-05. Patient
has electrodiagnostic, clinical, and radiologic evidence for left cervical radiculopathy
(C6/7), radiographic and clinical evidence for right cervical radiculopathy (C6/7), and
radiologic and clinical evidence for left shoulder rotator cuff tear. She also has radiologic
and clinical evidence for cervical stenosis. She has undergone extensive conservative
management of physical therapy, medications, and acupuncture.
1. Left cervical radiculopathy. On physical examination, she had a positive nerve root
tension sign, decreased cervical range of motion, weakness in left elbow extensors,
decreased sensation to pain and light touch over the left C6 dermatome. On her EMG
study by Dr. Bodor on 12-14-05 showed electrodiagnostic evidence for a left C7 (and
possibly C8) radiculopathy. MRI showed evidence for progression of left lateralizing
C6-7 foraminal stenosis.
2. Right cervical radiculopathy. On physical examination, similar to the right side, she
had a positive nerve root tension sign, decreased cervical range of motion, weakness in
right elbow extensors, decreased sensation to pain and light touch over the right C6
dermatome. MRI showed C5-6 (right lateralizing) disc bulge with foraminal stenosis.
3. Left shoulder rotator cuff tendonitis/tear. On physical examination, patient had
positive left impingement, apprehension and supraspinatus tests, decreased active-
assisted shoulder range of motion (internal and external rotation). MRI of left shoulder
(1-3-06) showed non-retracted partial thickness tear in the mid-conjoined tendon for the
infraspinatus and supraspinatus muscles.
4. Cervical stenosis. On physical examination, patient had hyperreflexia for the knee
jerks, 1 to 2 beats of ankle clonus, and mildly impaired tandem gait. On Cervical MRI
(12-16-05), there was mild central canal stenosis with cord effacement and C3-4, C5-6,
and C6-7 and without cord effacement at C4-5 and C7-T1 levels,

6

**Received**

Mathews, Donna
1977729-1
Page 7

JAN 9 2007

FC&W Benefits
Division

OPINIONS/DISCUSSION:

It is my opinion that the objective medical findings do support the presence of an impairment, which limits Ms. Mathew's ability to work as a dental hygienist. Her limited cervical range of motion, pain from the cervical radiculopathy and cervical stenosis, arm/hand weakness and numbness, and left shoulder pain and limited range of motion prevent her from bending forward over patients, performing overhead activity, reaching forward, prolonged gripping of objects and hand/arm activity, pushing/pulling, and lifting greater than 10 pounds.

The patient has been unable to perform her job since December 2005, which I believe is reasonable and consistent with her objective findings.

The limitations and inability to perform her occupation as dental hygienist are most likely permanent. In spite of conservative management, she has failed to improve significantly in terms of her symptoms and signs.

During today's examination, as well as from the review of her records, there were no signs of malingering, symptom exaggeration or secondary gain.

It appears that the patient has reached maximum medical improvement from the conservative treatments that she has already extensively received (physical therapy, acupuncture, medications). She has not undergone any injections to her cervical region, but in fact appears to be a marginal candidate at best for an injection such as a cervical epidural injection due to her stenosis and evidence for cord effacement at multiple levels. I am not a surgeon, so I would defer to her surgical physicians (Dr. Smith for her shoulder pathology, and Dr. Eichbaum for her cervical spine) as to whether or not surgical intervention would assist in her recovery.

Please see attached Limitations and Restrictions Form.

This report is true and accurate to the best of my knowledge. I have not met Ms. Mathews previous to today's examination. She made it clear that the examination and assessment today was not at her request. I would like to note that after completion of the examination, Ms. Mathews informed me that her brother works in the same building as my clinic (I believe in billing or scheduling of other physicians). He is an acquaintance, but does not work with me or in the same Division.

7

PAL 0760

Mathews, Donna
1977729-1
Page 8



Received

JAN 9    2007

Policy Benefits
Division

Elaine S. Date, M.D.
Associate Professor and Head
Division of Physical Medicine & Rehabilitation
Department of Orthopedic Surgery
Stanford University School of Medicine

PAL 0761

Received

JAN 8 ...

Patient Name _Donna Matthews_

## IME ASSESSMENT - LIMITATIONS AND RESTRICTIONS

Division

| Extent of Extremity Functioning (LUE/RUE .Left/Right Upper Extremity; LLE/RLE = Left/Right Lower Extremity) | | | | | | |
|---|---|---|---|---|---|---|
| Extremity Functioning | | Not Restricted | Restricted (1-33%) | Restricted (33-66%) | Restricted (67-99%) | Always Restricted |
| Feeling | LUE | | ✓ | | | |
| | RUE | | ✓ | | | |
| Fingering / Keyboarding | LUE | | | ✓ | | |
| | RUE | | | ✓ | | |
| Operating Computer Mouse | LUE | | | ✓ | | |
| | RUE | | | ✓ | | |
| Pushing/Pulling | LUE | | | | ✓ | |
| | RUE | | | | ✓ | |
| Driving | LLE | | ✓ | | | |
| | RUE | | ✓ | | | |

Received

JAN 9  2007

Policy Benefits Division

| Complete Insured's other physical capabilities based on a normal workday | Not Restricted | Restricted (1-33%) | Restricted (33-66%) | Restricted (67-99%) | Always Restricted |
|---|---|---|---|---|---|
| Climbing | | ✓ | | | |
| Full Bending (at waist) | ✓ | | | | |
| Kneeling | ✓ | | | | |
| Balance | | ✓ | | | |
| Crouching | | | | ✓ | |
| Crawling | | | | | ✓ |
| Reaching Above Shoulders | | | | | ✓ |
| Reaching Forward | | | | | ✓ |
| Standing | ✓ | | | | |
| Walking | ✓ | | | | |

| The Insured retains the ability to lift, carry, exert force up to:  (Please check appropriate box) | |
|---|---|
| | In excess of 100 lbs. and frequently lift/carry 50 lbs. |
| | 100 lbs. Maximum and frequently lift/carry 50 lbs. |
| | 75 lbs. Maximum and frequently lift/carry up to 50 lbs. |
| | 50 lbs. Maximum and frequently lift/carry up to 25 lbs. |
| | 30 lbs. Maximum and frequently lift/carry up to 20 lbs. |
| | 20 lbs. Maximum and frequently lift/carry up to 10 lbs. |
| ✓ | 10 lbs. Maximum and occasionally carry small objects |
| | Less than 10 lbs. |

11-15-06

PAL 0762

# EXHIBIT EE

STATE OF CALIFORNIA                                          John Garamendi, *Insurance Commissioner*

**DEPARTMENT OF INSURANCE**
CONSUMER SERVICES & MARKET CONDUCT BRANCH
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
(213)346-6527
(213)897-6971 (FAX)
www.insurance.ca.gov



# FAX TRANSMISSION COVER SHEET

| IMPORTANT/CONFIDENTIAL: This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Department of Insurance, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. |
|---|

                                                        PST 9:00
**Date:**   11-20-2006                    **Time:** _____      **# of Pages:**   2

**TO:**
**Name/Title:** ___ Glenda Griffin – Customer Satisfaction Representative

**Office:** ___ Pan American Life

**FAX Number:** ___ 504- 566-3458      **Telephone Number:** ___ 504-566-3117

**FROM:**
**Name/Title:** ___ John Balthazar -- Associate Compliance Officer

**Office:** CONSUMER SERVICES – RATING AND UNDERWRITING SERVICES BUREAU

**FAX Number:** ___ (213) 897-6971      **Telephone Number:** ___ (213) 346-6672

## MESSAGE/INSTRUCTIONS

☐ **Urgent**      ☐ **For Review**      ☐ **FYI**      ☐ **Please Reply**      ☐ **Assignment**

**COMMENTS:** ___ Per your request faxing insured bank records KEEP CONFIDENTIAL.

      

**Welcome to Mendo Lake Credit Union**

| Account Access | Bill Payment | Bank 2 Bank | Products & Services | User Options | Help | Sign Off |
|---|---|---|---|---|---|---|

  

| Account Summary | Account Transfer | Export |
|---|---|---|



Customer Number : REDACTED 001
Customers Name : ARTHUR J MATHEWS

### Account #1 Detail

| Account Title | REGULAR CHECKING | Account Balance | $482.28 |
|---|---|---|---|
| Account Number | 1 | Available Balance | $482.28 |
| Account Type | Checking | 2006 Interest | $0.00 |
| | | 2005 Interest | $0.00 |

### Account #1 History
12-01-2005 to 01-01-2006

| Date | Transaction Description | Credit | Debit | Balance |
|---|---|---|---|---|
| 12-30-2005 | PAYD PAYROLL DEPOSIT-730-CO.:MIDDLETOWN UNIFIED | 401.25 | | 779.79 |
| 12-23-2005 | ACHW ACH WITHDRAWAL--PPD / PAN AMERICAN 010 / INS PREM | | 94.77 | 378.54 |
| 12-20-2005 | ACHW ACH WITHDRAWAL--PPD / PAN AMERICAN 010 / INS PREM | | 138.97 | 473.31 |
| 12-15-2005 | ACHW ACH WITHDRAWAL--PPD / METLIFE / PAYMENT | | 148.84 | 612.28 |
| 12-15-2005 | ACHW ACH WITHDRAWAL--PPD / METLIFE / PAYMENT | | 120.13 | 761.12 |
| 12-02-2005 | ACHW ACH WITHDRAWAL--PPD / METLIFE / PAYMENT | | 240.26 | 881.25 |

Export December 01, 2005 to January 01, 2006
**Export**
All transactions in the selected date range will be downloaded

1 of 2

9/30/2006 9:39 AM

REDACTED

# EXHIBIT FF

November 27, 2006



Michael Jones
Senior Claims Examiner
Pan American Life
P.O. Box 60219
New Orleans, LA 70160-0219

Re: Policy # 1257-758, 1285-764 & 1257-573

Dear Mr. Jones:

The purpose of this letter is to address some issues of your letter of November 6, 2006.

First, regarding your letter of August 31, 2006, Attachment #1 improperly quoted documentation requesting bank statement verification. Your quotation "that you forward a bank statement illustrating the amount in question" was actually stated in the letter as "*It was requested* that you forward a bank statement illustrating the amount in question". This does not provide me with any documentation that you originally requested this information. By August 31 I had already contacted the California State Department of Insurance because of these numerous instances of 'clerical error'. These instances had accumulated beyond my ability to keep up, and your constant disregard of my requests clearly needed intervention.

Regarding the third policy, you stated "On September 12, 2006 I was able to locate a third policy within our system and issue benefits accordingly". On September 11, 2006 I called the Collection Department and spoke to Diana M. She was the person who was able to find the policy # 1257-5730. It was clearly listed in my name, but it was not activated with the other policies that also had my name on them. You company's ability to only find two policies on record for a disability beginning in December is hardly "operating in good faith". As to my remark that you and Elaine Bourg assured me by telephone that no other policy existed , and you state that we have never had a phone conversation-Elaine said to me during the telephone conversation in which I was questioning the existence of another policy that you were "sitting right here" and verified what she was saying.

As for my concern regarding checks that are still being sent without clarification- as late as September 12, 2006, a refund of $301.60 was sent and I had to once again write on September 18, 2006 to request an itemization of what the refund represented. Your letter of September 22, 2006 provided the information I need to keep these accounting records clear, and this type of itemization should be provided without my having to request it with each disbursement.

With regard to dates still not being documented, please examine the worksheet provided with Attachment #3a. It has a date in the upper right hand corner. Attachment #3b and #3c do not have a date. Since I do not keep the checks, but deposit them into my bank account, I do not

PAL 0724

see any dates on the check stub that show what date the check was issued. Since the check for June is finally being issued in October, it is extremely important for my documentation that the worksheet and/or the check stub provide an issue date. This lack of documentation should be evident upon examination of your Attachment #3b and #3c.

Concerning the check for policy #1257-573, you state "that is the amount of the benefit you selected for that policy" This insinuates that I was given a choice. I do not see anywhere, on any documents that I was ever given a choice about the amount of insurance I could purchase, or select any options.

More importantly, regarding the check for policy #1257-758, you state that it "was paid incorrectly due to clerical error". I wish that these payments were as trivial to me as simple "clerical errors" seem to be to you and your company. This has been a very difficult transition for me and my family, and the continual stress of wondering when a check may come, and in what amount, is only increasing my stress.

In your last paragraph I felt insult added to injury when you state "please refrain from continuing to forward premiums once you have been placed on waiver". What audacity! I have been trying for months to have your company stop automatically withdrawing from my bank account. Your company withdrew an entire years' worth of premiums at one point and overdrew my account. The bank agreed to become involved, requesting I make one more phone call which I did on September 11. That call was the discovery that another policy existed, and for you to tell me that you discovered the policy on September 12th makes me extremely distrusting of you and your company operating in good faith.

Finally, and most importantly, your letter of November failed to answer any of questions regarding rehabilitation. The rehabilitation portions of my policies are, as you state, 'disbursed at Pan American Life's discretion'. Can you tell me what would justify rehabilitation? Is there a company policy regarding rehabilitation? In what circumstances? Do you ever approve this benefit or make exceptions, and could I make an appeal for this benefit? Does the company ever disburse this option?

I would appreciate a response regarding rehabilitation at your earliest convenience.

Sincerely,

*Donna Mathews*

Donna Mathews

cc: John Balthazar
    Daryl Tolliver

Received

NOV 3 0 2006

Policy Benefits Division

PAL 0725

EXHIBIT GG



December 8, 2006

Donna Mathews
REDACTED
Calistoga, CA 94515

Dear Ms. Mathews,

The purpose of this letter is to acknowledge the receipt of your letter dated November 27, 2006 and received on November 30, 2006.

First, Pan American Life has responded in a timely and detailed fashion to your requests. We have prepared over 50 pages of correspondence in response to your communications. That hardly qualifies as you state a "constant disregard of my requests."

Concerning the rehabilitation clause in our policy, the language states that "We will pay for a rehabilitation program if we approve it in advance. The extent of our payment will be what we state in our written approval." Pan American Life reserves the right to be involved with an insured's vocational rehabilitation process. This includes but is not limited to evaluation by certified rehabilitation specialists, physical testing and vocational aptitude testing. This benefit is not a guaranteed benefit for all disabled insured and must be agreed upon and evaluated in advance on a case to case basis. As we have previously indicated in the correspondence dated August 31, 2006 Pan American Life will not be entering into a rehabilitation agreement with you.

Thank you for allowing Pan American Life to serve your needs.


Sincerely,


Michael Jones
Senior Claim Examiner
Pan American Life
P.O. Box 60219
New Orleans, LA 70160-0219

REDACTED

# EXHIBIT HH

| Policy # | 11285,764 Donna Mathews | | | |
|---|---|---|---|---|
| Benefit | Periods | CR Number | Check Number | Check Amt |
| 2/14/2006 | 3/14/2006 | 603051 | 63032875 | $1,700.00 |
| 3/14/2006 | 4/14/2006 | 607072 | 63037871 | $1,700.00 |
| 4/14/2006 | 5/14/2006 | 608066 | 63038875 | $1,700.00 |
| 5/14/2006 | 6/14/2006 | 609033 | 63039853 | $1,700.00 |
| 6/14/2006 | 7/14/2006 | 610037 | 63040935 | $1,700.00 |
| 7/14/2006 | 8/14/2006 | 611046 | 63041917 | $1,700.00 |
| 8/14/2006 | 9/14/2006 | 612048 | 63042994 | $1,700.00 |
| 9/14/2006 | 10/14/2006 | 701045 | 73030106 | $1,700.00 |
| 10/14/2006 | 11/14/2006 | 702048 | 73031158 | $1,700.00 |
| 11/14/2006 | 12/14/2006 | 703044 | 73032214 | $1,700.00 |
| 12/14/2006 | 1/14/2007 | 704038 | 73033163 | $1,700.00 |
| 1/14/2007 | 2/14/2007 | 705045 | 73034119 | $1,700.00 |
| 2/14/2007 | 3/14/2007 | 706038 | 73035126 | $1,700.00 |
| 3/14/2007 | 4/14/2007 | 707037 | 73036047 | $1,700.00 |
| 4/14/2007 | 5/14/2007 | 708039 | 73036973 | $1,700.00 |
| 5/14/2007 | 6/14/2007 | 709036 | 73037872 | $1,700.00 |
| 6/14/2007 | 7/14/2007 | 710044 | 73038731 | $1,700.00 |
| 7/14/2007 | 8/14/2007 | 711036 | 73039695 | $1,700.00 |
| 8/14/2007 | 9/14/2007 | 712036 | 73040597 | $1,700.00 |
| 9/14/2007 | 10/14/2007 | 801045 | 83030135 | $1,700.00 |
| 10/14/2007 | 11/14/2007 | 801046 | 83030931 | $1,700.00 |
| 1/14/2008 | 2/14/2008 | 801180 | 83030931 | $1,700.00 |
| 2/14/2008 | 3/14/2008 | 801328 | 83032088 | $1,700.00 |
| 3/14/2008 | 4/14/2008 | 801483 | 83032887 | $6,800.00 |

Benefits paid on 04/07/08          $6,800.00
Total Benefits paid as of 04/14/08     $44,200.00

| Policy #: 1257-573 | | | | |
|---|---|---|---|---|
| Benefit | Periods | Donna Matthews CR Number | Check Number | Check Amt |
| 2/14/2006 | 6/14/2006 | 609063 | 63040067 | $2,000.00 |
| 6/14/2006 | 7/14/2006 | 610038 | 63040936 | $500.00 |
| 7/14/2006 | 8/14/2006 | 611047 | 63041918 | $500.00 |
| 8/14/2006 | 9/14/2006 | 612049 | 63042995 | $500.00 |
| 9/14/2006 | 10/14/2006 | 701044 | 73030107 | $500.00 |
| 10/14/2006 | 11/14/2006 | 702047 | 73031157 | $500.00 |
| 11/14/2006 | 12/14/2006 | 703045 | 73032215 | $500.00 |
| 12/14/2006 | 1/14/2007 | 704039 | 73033164 | $500.00 |
| 1/14/2007 | 2/14/2007 | 705044 | 73034118 | $500.00 |
| 2/14/2007 | 3/14/2007 | 706039 | 73035127 | $500.00 |
| 3/14/2007 | 4/14/2007 | 707036 | 73036046 | $500.00 |
| 4/14/2007 | 5/14/2007 | 708040 | 73036974 | $500.00 |
| 5/14/2007 | 6/14/2007 | 709037 | 73037873 | $500.00 |
| 6/14/2007 | 7/14/2007 | 710045 | 73038730 | $500.00 |
| 7/14/2007 | 8/14/2007 | 711037 | 73039696 | $500.00 |
| 8/14/2007 | 9/14/2007 | 712037 | 73040598 | $500.00 |
| 9/14/2007 | 10/14/2007 | 801046 | 83030134 | $500.00 |
| 1/14/2008 | 2/14/2008 | 801179 | 83030930 | $500.00 |
| 2/14/2008 | 3/14/2008 | 801326 | 83032086 | $500.00 |
| 3/14/2008 | 4/14/2008 | 801481 | 83032885 | $2,000.00 |

Benefits paid on 04/07/08                    $2,000.00
Total Benefits paid as of 04/14/08           $13,000.00

| Policy # 12757-758 Donna Matthews | | | | |
| Benefit Periods | | CR Number | Check Number | Check Amt |
|---|---|---|---|---|
| 2/14/2006 | 3/14/2006 | 603050 | 63032874 | $500.00 |
| 3/14/2006 | 4/14/2006 | 607073 | 63037872 | $1,300.00 |
| 4/14/2006 | 5/14/2006 | 609032 | 63039852 | $200.00 |
| 5/14/2006 | 6/14/2006 | 610036 | 63040934 | $200.00 |
| 6/14/2006 | 7/14/2006 | 611019 | 63041841 | $300.00 |
| 7/14/2006 | 8/14/2006 | 611045 | 63041916 | $500.00 |
| 8/14/2006 | 9/14/2006 | 612047 | 63042993 | $500.00 |
| 9/14/2006 | 10/14/2006 | 701043 | 73030105 | $500.00 |
| 10/14/2006 | 11/14/2006 | 702046 | 73031156 | $500.00 |
| 11/14/2006 | 12/14/2006 | 703043 | 73032213 | $500.00 |
| 12/14/2006 | 1/14/2007 | 704037 | 73033162 | $500.00 |
| 1/14/2007 | 2/14/2007 | 705043 | 73034117 | $500.00 |
| 2/14/2007 | 3/14/2007 | 706040 | 73035128 | $500.00 |
| 3/14/2007 | 4/14/2007 | 707038 | 73036048 | $500.00 |
| 4/14/2007 | 5/14/2007 | 708038 | 73036972 | $500.00 |
| 5/14/2007 | 6/14/2007 | 709035 | 73037871 | $500.00 |
| 6/14/2007 | 7/14/2007 | 710043 | 73038732 | $500.00 |
| 7/14/2007 | 8/14/2007 | 711035 | 73039694 | $500.00 |
| 8/14/2007 | 9/14/2007 | 712035 | 73040596 | $500.00 |
| 9/14/2007 | 10/14/2007 | 801044 | 83030136 | $500.00 |
| 1/14/2008 | 2/14/2008 | 801178 | 83030929 | $500.00 |
| 2/14/2008 | 3/14/2008 | 801327 | 83032087 | $500.00 |
| 3/14/2008 | 4/14/2008 | 801482 | 83032886 | $2,000.00 |

Benefits paid on 04/07/08          $2,000.00

Total Benefits paid as of 04/14/08          $13,000.00

| STATEMENT | |
|---|---|
| DESCRIPTION OF BENEFITS | AMOUNT |

POLICY NO. 1285764    CLAIM NO. 061005
MONTHLY BENEFITS FROM 031408 TO TO 041   08   DAYS          1,300.00
ABI 031408 TO 041408                                           400.00
101407 TO 011408                                             3,900.00
ABI 101407 TO 011408                                         1,200.00
INSURED: DONNA MATHEWS

APR 0 7 2008

| CHECK NO. 083032887 | CHECK AMOUNT | $6,800.00 |

THE ATTACHED CHECK COVERS FULL PAYMENT OF ITEMS SHOWN IN STATEMENT ABOVE. PLEASE DETACH THIS STATEMENT BEFORE PRESENTING CHECK FOR PAYMENT.

PAN–AMERICAN LIFE INSURANCE COMPANY

000012    ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY WITH THE NAME OR NAMES AS WRITTEN    280AH
AH

88–13
65¢    No. 083032887

PAN AMERICAN LIFE

| AMOUNT |
|---|
| $******6,800.00** |

PAY TO THE ORDER OF:

**DONNA MATHEWS**
**26 VIEW ROAD**
**CALISTOGA, CA 94515**

$6,800 00

DATE
APR 05 ,2008
NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.

**NON NEGOTIABLE**

⑈083032887⑈ ⑆065400137⑆ 0110029437⑈

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | | | | DATE |
|---|---|---|---|---|
| 1285-764 | | | | 4/4/2008 |

| FORM NUMBER | BO | CASH ACCOUNT | ST/CTRY | CHECK AMOUNT | AGENCY | AGENT | AUTH | AGENT | CLAIM NUMBER | INS. | AGE | CHECK NUMBER | INCURR DATE | REPORT DATE | CAUSE | A/S | COINS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7h01 | | | CALIFORNI 4 | | | | CRS1 | | 06-1005 | 1 | 53 | | 12/14/2006 | 2/6/2006 | 419 | | |

| CDS CODE | ACCOUNT | A & H CD | TOTAL CHARGES | INELIGIBLE SEE REV | 100% BENEFITS NO CHK | ELIGIBLE CHARGES NO ACCT | BENEFITS AT % | CDS CODE | TYPE OF CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 $ | | 6,800.00 | | | | | CRAH | 801483    9/1/2004 |
| BB | 12200 | 07 | | | | | | BS | MISC. HOSPITAL CHARGES |
| CB | 12200 | 08 | | | | | | | SURGERY |
| DB | 12200 | 09 | | | | | | | MATERNITY BENEFIT |
| EB | 12200 | 10 | | | | | | | OUT PATIENT BENEFIT-ACCIDENT |
| FB | 12200 | 11 | | | | | | | |
| GB | 12100 | 01 | | 1,300.00 | | | | GS | MONTHLY BENEFIT FROM 03/14/08 TO 04/14/08 |
| HB | 12100 | 01 | | | | | | HS | 1 MONTHLY BENEFIT |
| IB | 12100 | 01 | | 400.00 | | | | IS | ABI 03/14/08 TO 04/14/08 |
| JB | 12100 | 01 | | 3,900.00 | | | | JS | 3 Monthly Benefits |
| KB | 12100 | 01 | | | | | | KS | 10/14/07 to 01/14/08 |
| LB | 12100 | 01 | | 1,200.00 | | | | LS | ABI 10/14/07 TO 01/14/08 |
| MB | | | | | | | | MS | |
| TOTAL | | | | | | | | | |

HOSPITAL ROOM AND BOARD FROM          TO

| CDS CODE | INSURED | | TAX ID |
|---|---|---|---|
| TS | DONNA MATHEWS | | |

| CDS CODE | PAYEE NAME AND ADDRESS |
|---|---|
| Y1 | DONNA MATHEWS |
| Y2 | 26 VIEW ROAD |
| Z1 | CALISTOGA, CA 94515 |
| Z2 | |
| Z3 | |

The additional $5,100 in this benefit payment represents the amount your policy was under paid. As of this benefit period your policy benefits are no longer in arrears.

| PREPARED BY | APPROVAL |
|---|---|
| Michael Jones | |

STATEMENT

| DESCRIPTION OF BENEFITS | AMOUNT |
|---|---|
| POLICY NO. 1257758    CLAIM NO. 061005 | |
| MONTHLY BENEFITS FROM 031408 TO TO 041    08  DAYS | 500.00 |
| 101407 TO 011408 | 1,500.00 |
| INSURED: DONNA MATHEWS | |

APR 0 7 2008

CHECK NO. 083032886                    CHECK AMOUNT              $2,000.00

THE ATTACHED CHECK COVERS FULL PAYMENT OF ITEMS SHOWN IN STATEMENT ABOVE. PLEASE DETACH THIS STATEMENT BEFORE PRESENTING CHECK FOR PAYMENT.

PAN–AMERICAN LIFE INSURANCE COMPANY

---

000010    ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY WITH THE NAME OR NAMES AS WRITTEN    280AH
AH

84–13
——
654    No. 083032886

**PAN AMERICAN LIFE**

| AMOUNT |
|---|
| $******2,000.00** |

**$2,000.00**

DOLLAR TWO ZERO ZERO ZERO PER ZERO ZERO

PAY TO THE ORDER OF:

**DONNA MATHEWS**
**26 VIEW ROAD**
**CALISTOGA, CA 94515**

| DATE |
|---|
| APR 05 ,2008 |

NOT VALID AFTER
90 DAYS OF ISSUE

BANK ONE
NEW ORLEANS, LA.                    **NON NEGOTIABLE**

⑈083032886⑈ ⑆065400137⑈ 0110029437⑈

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | | | | | | | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1257-758 | | | | | | | | | | | | 4/4/2008 |

| FORM NUMBER | BO | ST/CITRY | CHECK AMOUNT | AGENCY | AGENT | AGENT AUTH | CLAIM NUMBER | INS. | AGE | CHECK NUMBER | INCUR DATE | REPORT DATE | CAUSE | AS | CONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7h01 | 4 | CALIFORNI ▼ | | | | | 06-1005 | 1 | 53 | 12/14/2006 | 2/6/2006 | 9/1/2004 | 419 | | |

| CDS CODE | CASH ACCOUNT | | | | AUTH | | NO.CHK | NO ACCT | | | TYPE OF CHARGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 $ | | 2,000.00 | CRS1 | | | | | CRAH | 801482 | | |

| CDS CODE | ACCOUNT | A & H CD | TOTAL CHARGES | INELIGIBLE SEE REV | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT % |
|---|---|---|---|---|---|---|---|
| BB | 12200 | 07 | | | | | |
| CB | 12200 | 08 | | | | | |
| DB | 12200 | 09 | | | | | |
| EB | 12200 | 10 | | | | | |
| FB | 12200 | 11 | | | | | |
| GB | 12100 | 01 | | | 500.00 | | |
| HB | 12100 | 01 | | | | | |
| IB | 12100 | | | | 1,500.00 | | |
| JB | | | | | | | |
| KB | | | | | | | |
| LB | | | | | | | |
| MB | | | | | | | |

| CDS CODE | HOSPITAL ROOM AND BOARD FROM | | | TYPE OF CHARGE |
|---|---|---|---|---|
| BS | | | | TO |
| | MISC. HOSPITAL CHARGES | | | |
| | SURGERY | | | |
| | MATERNITY BENEFIT | | | |
| | OUT PATIENT BENEFIT-ACCIDENT | | | |
| GS | MONTHLY BENEFIT FROM | 03/14/08 | TO | 04/14/08 |
| HS | 1 MONTHLY BENEFIT | | | |
| IS | 3 Monthly Benefits | | | |
| JS | 10/14/07 to 01/14/08 | | | |
| KS | | | | |
| LS | | | | |
| MS | TAXES WITHHELD | | | |

| CDS CODE | PAYEE NAME AND ADDRESS |
|---|---|
| Y1 | DONNA MATHEWS |
| Y2 | 26 VIEW ROAD |
| Z1 | CALISTOGA, CA 94515 |
| Z2 | |
| Z3 | |

| CDS CODE | INSURED |
|---|---|
| | DONNA MATHEWS |

| CDS CODE | TAX ID |
|---|---|
| TS | DONNA MATHEWS |

The additional $1,500 in this benefit payment represents the amount your policy was under paid. As of this benefit period your policy benefits are no longer in arrears.

| PREPARED BY | APPROVAL |
|---|---|
| Michael Jones | |

| STATEMENT | |
|---|---|
| DESCRIPTION OF BENEFITS | AMOUNT |

POLICY NO. 1257573    CLAIM NO. 061074    08  DAYS
MONTHLY BENEFITS FROM 031408 TO TO 041
101407 TO 011408
INSURED: DONNA MATHEWS

500.00
1,500.00

APR 0 7 2008

CHECK NO. 083032885          CHECK AMOUNT          $2,000.00

THE ATTACHED CHECK COVERS FULL PAYMENT OF ITEMS SHOWN IN STATEMENT ABOVE. PLEASE DETACH THIS STATEMENT BEFORE PRESENTING CHECK FOR PAYMENT.

PAN–AMERICAN LIFE INSURANCE COMPANY

---

000008     ENDORSEMENT OF THIS CHECK MUST BE IN HANDWRITING OF PAYEE OR PAYEES EXACTLY IN CONFORMITY WITH THE NAME OR NAMES AS WRITTEN     280AH
                                                                                                                04—13                    AH
                                                                                                                654          NO.083032885

**PAN AMERICAN LIFE**

AMOUNT

$\*\*\*\*\*\*2,000.00\*\*

PAY TO THE ORDER OF:

DONNA MATHEWS
26 VIEW RD.
CALISTOGA, CA 94515

DATE
APR 05,2008

NOT VALID AFTER
90 DAYS OF ISSUE

**$2,000.00**

DOLLAR  TWO  COR  ZERO  ZERO  ZERO  PER  ZERO  ZERO

BANK ONE
NEW ORLEANS, LA.          **NON NEGOTIABLE**

⑈083032885⑈ ⑆065400137⑆ 0110029437⑈

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | | | | | | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1257-573 | | CALIFORNI ▼ | | | | | | | | | 4/4/2008 |

| FORM NUMBER | BO | ST/CITY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7H01 | | 4 | | | | | | | | | | |

| CDS CODE | ACCOUNT | A & H CD | CHECK AMOUNT | AGENCY | AGENT | AGENT | AUTH | CLAIM NUMBER | INS. | AGE | CHECK NUMBER | INCURR DATE | REPORT DATE | REQUEST NUMBER | CAUSE | A/S | CONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | $ | 2,000.00 | | | CRS1 | | 06-1074 | 1 | 53 | 12/14/2005 | 2/6/2006 | 801481 | 419 | | |

| CDS CODE | ACCOUNT | | TOTAL CHARGES | INELIGIBLE (SEE REV) | 100% BENEFITS | NO.CHK | NO ACCT | ELIGIBLE CHARGES | BENEFITS AT % | CDS CODE | | TYPE OF CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BB | 12200 | 07 | | | | | | | | CRAH | | |
| CB | 12200 | 08 | | | | | | | | BS | HOSPITAL ROOM AND BOARD FROM | TO |
| DB | 12200 | 09 | | | | | | | | | MISC. HOSPITAL CHARGES | |
| EB | 12200 | 10 | | | | | | | | | SURGERY | |
| FB | 12200 | 11 | | | | | | | | | MATERNITY BENEFIT | |
| GB | 12100 | 01 | | 500.00 | | | | | | | OUT PATIENT BENEFIT-ACCIDENT | |
| HB | | | | | | | | | | GS | MONTHLY BENEFIT FROM 03/14/08 TO 04/14/08 | |
| IB | 12100 | 01 | | 1,500.00 | | | | | | HS | 1 Monthly Benefit | |
| JB | | | | | | | | | | IS | 3 Monthly Benefits | |
| KB | | | | | | | | | | JS | 10/14/07 to 01/14/08 | |
| LB | | | | | | | | | | KS | | |
| MB | 66500 | | | | | | | | | LS | | |
| | | | | | | | | | | MS | TAXES WITHHELD | |

| CDS CODE | INSURED | | | | |
|---|---|---|---|---|---|
| TS | Donna Mathews | | | | SEE REVERSE |

| CDS CODE | PAYEE NAME AND ADDRESS | | | | |
|---|---|---|---|---|---|
| | DEPENDENT | | | | TAX ID |
| Y1 | Donna Mathews | | | | |
| Y2 | 26 View Rd | | | | |
| Z1 | Calistoga, CA 94515 | | | | |
| Z2 | | | | | |
| Z3 | | | | | |

The additional $1,500 in this benefit payment represents the amount your policy was under paid. As of this benefit period your policy benefits are no longer in arrears.

| PREPARED BY | APPROVAL |
|---|---|
| Michael Jones | |