Thomas A. Evans (SBN 202841)
Email: tevans@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Defendant
Pan-American Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAN-AMERICAN LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No.: C 07-02757 SBA<br><br>**DECLARATION OF THOMAS A. EVANS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　June 10, 2008<br>Time:　　　1:00 p.m.<br>Place:　　　Ctrm 3, 3rd Floor |

Honorable Saundra B. Armstrong

　　　I, Thomas A. Evans, hereby declare as follows:

　　　1.　　I am an attorney at law and a partner with the firm of Reed Smith LLP, attorneys of record for defendant Pan-American Life Insurance Company ("Pan-American"), in the above action. I have personal knowledge of the matters hereinafter set forth, and if called as a witness I would and could testify thereto under oath.

　　　2.　　A true and correct copy of the Complaint is attached hereto as Exhibit A.

　　　3.　　On March 13, 2008, I attended the deposition of Cory Simon in this action. A true and correct copy of excerpts from the reporter's certified transcript from Mr. Simon's deposition is attached hereto as Exhibit B.

– 1 –

4.     On April 3, 2008, I took the deposition of plaintiff Donna Mathews in this action. A true and correct copy of excerpts from the reporter's certified transcript from Ms. Mathews' deposition is attached hereto as Exhibit C.

5.     As counsel for Pan-American in this action, we propounded and served First Set of Interrogatories to Plaintiff Donna Mathews. Plaintiff served her Responses to Defendant's First Set of Interrogatories by mail on March 19, 2008. A true and correct copy of Plaintiff's Responses is attached hereto as Exhibit D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 29, 2008, at Oakland, California.

_____
THOMAS A. EVANS

DOCSOAK-9906994.1

– 2 –

DECLARATION OF THOMAS A. EVANS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT