Thomas A. Evans (SBN 202841)
Email:  tevans@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email:  echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Defendant
Pan-American Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>             Plaintiff,<br><br>     vs.<br><br>PAN-AMERICAN LIFE INSURANCE COMPANY,<br><br>             Defendant. | No.: C 07-02757 SBA<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO CONTINUE MOTION CUT-OFF DATE TO NEXT AVAILABLE HEARING DATE**<br><br>Honorable Saundra Brown Armstrong |

Based upon the ex parte application and supporting evidence, and good cause appearing:

IT IS HEREBY ORDERED THAT:

1.     The Motion Cut-Off Date of June 3, 2008, as set forth in the Order for Pretrial Information filed on September 19, 2007, shall be continued to June ____, 2008; and

2.     Defendant Pan-American Life Insurance Company's Motion for Summary Judgment, Or Alternatively, Partial Summary Judgment, shall be heard on June ___, 2008, at 1:00 p.m. in Courtroom 3 of the above-entitled Court.

/ / /

/ / /

/ / /

– 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

1  Alternatively, IT IS HEREBY ORDERED THAT defendant Pan-American Life Insurance
2  Company's Motion for Summary Judgment, Or Alternatively, Partial Summary Judgment, shall be
3  heard on June 3, 2008, at 1:00 p.m. in Courtroom 3 of the above-entitled Court.

DATED: _____, 2008.

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

DOCSOAK-9907170.1