**EXHIBIT C**

**MENDOLAKE CREDIT UNION**
www.mendolakecreditunion.com
1-800-361-0075

ARTHUR J. MATHEWS

SMILE!!!! MLCU is NOW Offering
FREE BUSINESS CHECKING ACCOUNTS!
No Monthly Service Charge!
No Monthly Analysis!
IT'S FREE - PLAIN & SIMPLE!
Tell Your Friends!! Membership is
Open to Anyone Living or Working in
Lake & Mendocino Counties. If You Have
Any Questions, Just Give Us A Call.
Ukiah  468-0161 or Lakeport  263-0162

Account:

Branch: Ukiah
Statement Date: 04/30/2006 Page: 1

Checking Sub: 1 (Regular Checking) Micr#

| Date | Description | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|
| | Joint: Donna Mathews | | | |
| 04/01 | Beginning Balance | | | 459.74 |
| 04/04 | Payroll Deposit | | 401.25 | 860.99 |
| | Co.:Middletown Unified | | | |
| 04/17 | ACH Withdrawal | 120.13- | | 740.86 |
| | PPD / METLIFE / PAYMENT | | | |
| 04/17 | Overdraft Transfer | | 448.75 | 1,189.61 |
| | From Acct: 23435001 Type: savings Sub: 3 | | | |
| 04/17 | ACH Withdrawal | 1,189.61- | | 0.00 |
| | PPD / PAN AMERICAN 010 / INS PREM | | | |
| 04/17 | Overdraft Transfer | | 148.84 | 148.84 |
| | From Acct: 23435001 Type: savings Sub: 3 | | | |
| 04/17 | ACH Withdrawal | 148.84- | | 0.00 |
| | PPD / METLIFE / PAYMENT | | | |
| 04/30 | Ending Balance | | | 0.00 |

Check Summary

Total Deposits/Credits: .................................................. 998.84
Total Withdrawals/Debits: ................................................ 1,458.58-
YTD Dividend: ............................................................ 0.00

Savings  Sub: 1 (Regular Savings)

| Date | Description | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|
| | Joint: Donna Mathews | | | |
| 04/01 | Beginning Balance | | | 283.93 |
| 04/04 | Payroll Deposit | | 41.75 | 325.68 |
| | Co.:Middletown Unified | | | |
| 04/30 | Ending Balance | | | 325.68 |

Savings Summary

Total Deposits/Credits: .................................................. 41.75
Total Withdrawals/Debits: ................................................ 0.00
YTD Dividend: ............................................................ 0.00

Savings  Sub: 2 (Regular Savings)         WITHDRAWAL   DEPOSIT   BALANCE
continued...

M335

```
Name: Arthur J. Mathews. Account: ███████ cont...                                    Page: 2

 Joint: Donna Mathews
 04/01 Beginning Balance                                                              602.99
 04/04 Payroll Deposit                                         100.00                 702.99
       Co.:Middletown Unified
 04/30 Ending Balance                                                                 702.99
                                     Savings Summary

 Total Deposits/Credits:          ...................................                 100.00
 Total Withdrawals/Debits:        ...................................                   0.00
 YTD Dividend:                    ...................................                   0.49
 Savings   Sub: 3 (Summer Savings)                    WITHDRAWAL    DEPOSIT          BALANCE
 Joint: Donna Mathews
 04/01 Beginning Balance                                                            2,224.45
 04/04 Payroll Deposit                                             370.00           2,594.45
       Co.:Middletown Unified
 04/17 Overdraft Transfer                               448.75-                     2,141.70
       Overdraft Transfer
       Overdraft Transfer Fee                            4.00-
       To Acct: ███████ Type: checking Sub: 1
 04/17 Overdraft Transfer                               148.84-                     1,988.86
       Overdraft Transfer
       Overdraft Transfer Fee                            4.00-
       To Acct: ███████ Type: checking Sub: 1
 04/30 Ending Balance                                                               1,988.86
                                     Savings Summary

 Total Deposits/Credits:          ...................................                 370.00
 Total Withdrawals/Debits:        ...................................                 605.59-
 YTD Dividend:                    ...................................                   1.80
                              Account Balance Summaries
 Total Checking:                                                                        0.00
 Total Savings:                                                                     3,017.53
                                       THANK YOU
```

M336