**EXHIBIT E**

**DEPARTMENT OF INSURANCE**
CONSUMER SERVICES AND MARKET CONDUCT BRANCH
RATING AND UNDERWRITING SERVICES BUREAU
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
www.insurance.ca.gov

JOHN GARAMENDI, *Insurance Commissioner*

October 13, 2006

Donna Mathews
██████████
Calistoga, CA 94515

Our File Number: RUS-6203793
Regarding: Pan-American Life Insurance Company

Dear Ms Mathews:

Thank you for your request for assistance. I have been assigned to handle your inquiry and have written to Pan-American Life Insurance Company regarding your concerns and requested an explanation along with supporting documentation. Generally, I expect to receive an initial response within 45 day from the date of my letter. I will evaluate the material received and contact you with my findings.

Do not be concerned if you do not hear from me during the next several weeks. I will contact you after I have reviewed the response(s) and documentation. I appreciate your patience.

Sincerely,

*[signature]*

John Balthazar

Associate Insurance Compliance Officer
Phone: 213-346-6672
Fax: 213-897-6971
Email: BalthazarJ@insurance.ca.gov

Please refer to our file number when corresponding with us.

M082