**EXHIBIT F**

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| FORM NUMBER | POLICY NUMBER | BO | ST/CTRY | AGENCY | AGENT | AUTH | NO. CHK | INS | NO ACCT | AGE | CHECK NUMBER | BENEFITS AT % | CDS CODE | INCURR DATE | REPORT DATE | CAUSE | A/S | COINS | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7h01 | 1257-758 | | CALIFORNI | 4 | | CRS1 | 06-1005 | 1 | | 53 | | | CRAH | 12/14/2006 | 2/6/2006 | 419 | | | 2/7/2008 |

| | | | | | | | 9/1/2004 | | 801178 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | TYPE OF CHARGE | |

| CDS CODE | ACCOUNT | A & H CD | TOTAL CHARGES | INELEGIBLE SEE REV | 100% BENEFITS ELIGIBLE CHARGES | CHECK AMOUNT | CDS CODE | | FROM | TO |
|---|---|---|---|---|---|---|---|---|---|---|
| AP | 51448 | $ | | | | 500.00 | BS | HOSPITAL ROOM AND BOARD FROM MISC. HOSPITAL CHARGES | | |
| BE | 12200 | 07 | | | | | | | | |
| CB | 12200 | 08 | | | | | | SURGERY | | |
| DB | 12200 | 09 | | | | | | MATERNITY BENEFIT | | |
| EB | 12200 | 10 | | | | | | OUT PATIENT BENEFIT-ACCIDENT | | |
| FB | 12200 | 11 | | | | | | MONTHLY BENEFIT | | |
| GB | 12100 | 01 | | | | 500.00 | HS | 1 MONTHLY BENEFIT | 01/14/08 | 02/14/08 |
| HB | | | | | | | IS | | | |
| JB | | | | | | | JS | | | |
| KB | | | | | | | KS | | | |
| LB | | | | | | | LS | | | |
| MB | | | | | | | MS | | | |
| TOTAL | | | $ | $ | $ | 500.00 | | | | |

| CDS CODE | INSURED | | | | | | |
|---|---|---|---|---|---|---|---|
| TS | DONNA MATHEWS | | | | | | |

| CDS CODE | PAYEE NAME AND ADDRESS | TAX ID |
|---|---|---|
| Y4 | DONNA MATHEWS | |
| Y3 | ▓▓▓▓▓▓▓ | |
| Y2 | | |
| Y1 | CALISTOGA, CA 94515 | |
| Z1 | | |
| Z2 | | |
| Z3 | | |

PREPARED BY ELAINE BOURG     APPROVAL

M485

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST / WORK SHEET

| POLICY NUMBER | BO | ST/CTRY | AGENCY | AGENT | AUTH | NO CHK | NO ACCT | INS | AGE | INCURR DATE | REPORT DATE | CAUSE | A/S | COINS | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1285-764 | | CALIFORNI | | | | | | | | 12/14/2006 | 2/6/2006 | 419 | 1 | | 2/7/2008 |
| 7h01 | | | ▼ | 06-1005 | CRS1 | | 1 | | 53 | | | | | | |

| | CASH ACCOUNT | | CHECK AMOUNT | | | CLAIM NUMBER | | | | | | 9/1/2004 | | | RM NUMBER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

A1 — CDS CODE

ACCOUNT: 51448 $  A & H CD: 4

CHECK AMOUNT: 1,700.00

CHECK NUMBER: 801180

CDS CODE: CRAH — TYPE OF CHARGE

| DS CODE | ACCOUNT | A&H CD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BB | 12200 | 07 | | | | | | BS | | MISC. HOSPITAL CHARGES |
| CB | 12200 | 08 | | | | | | | | HOSPITAL ROOM AND BOARD FROM _____ TO _____ |
| DB | 12200 | 09 | | | | | | | | SURGERY |
| EB | 12200 | 10 | | | | | | | | MATERNITY BENEFIT |
| FB | 12200 | 11 | | | | | | | | OUT PATIENT BENEFIT-ACCIDENT |
| GB | 12100 | 01 | | | | | 1,300.00 | GS | | MONTHLY BENEFIT FROM 01/14/08 TO 02/14/08 |
| HB | | | | | | | | HS | | 1 MONTHLY BENEFIT |
| IB | 12100 | 01 | | | | | 400.00 | IS | | ABI 01/14/08 TO 02/14/08 |
| JB | | | | | | | | JS | | |
| KB | | | | | | | | KS | | |
| LB | | | | | | | | LS | | |
| MB | | | | | | | | MS | | |

TOTAL  $ ——  $ 1,700.00

TOTAL CHARGES [INELIGIBLE] SEE REV. 100% BENEFITS ELIGIBLE CHARGES BENEFITS AT ___%

S CODE  PAYEE NAME AND ADDRESS

Y1  DONNA MATHEWS
Y2  [redacted]
Z1  CALISTOGA, CA 94515
Z2
Z3

TS CODE  INSURED: DONNA MATHEWS

TAX ID

PREPARED BY: ELAINE BOURG

APPROVAL

M486

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | FORM NUMBER | BO | ST/CTRY | AGENCY | AGENT | AGENT AUTH | CLAIM NUMBER | NO. CHK | INS. | NO ACCT | AGE | CHECK NUMBER | CDS CODE | INCURR DATE | REPORT DATE | REQUEST NUMBER | CAUSE | A/S | COINS | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1257-573 | 7H01 | | CALIFORNI | 4 | | CRS1 | 06-1074 | | 1 | | 53 | | CRAH | 12/14/2005 | 2/6/2006 | 801179 | 419 | | | 2/7/2008 |

| CDS CODE | ACCOUNT | A & H CD | CHECK AMOUNT | TOTAL CHARGES | INELEGIBLE | ELEGIBLE CHARGES | BENEFITS AT % | 100% BENEFITS | | TYPE OF CHARGE | FROM | TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | $ | | | | | | | BS | HOSPITAL ROOM AND BOARD | FROM | TO |
| CB | | | | | | | | | MS | MISC. HOSPITAL CHARGES | | |
| DB | 12200 | 07 | | | | | | | GS | SURGERY | | |
| EB | 12200 | 08 | | | | | | | HS | | | |
| FB | 12200 | 09 | | | | | | | IS | | | |
| GB | 12200 | 10 | | | | 500.00 | | | JS | MATERNITY BENEFIT | | |
| HB | 12200 | 11 | | | | | | | KS | | | |
| IB | | | | | | | | | LS | | | |
| JB | 12100 | 01 | | | | | | | MS | OUT PATIENT BENEFIT-ACCIDENT | 01/14/08 | 02/14/08 |
| KB | | | | | | | | | | | | |
| LB | | | | | | | | | | | | |
| MB | | | | | | | | | | MONTHLY BENEFIT | | |
| TOTAL | 66500 | | $ | 500.00 | $ | 500.00 $ | | | | | | |

PS CODE | INSURED
Donna Mathews

DS CODE | PAYEE NAME AND ADDRESS
Y | Donna Mathews DEPENDENT
[redacted]
Calistoga, CA 94515

SEE REVERSE

TAX ID | TAXES WITHHELD

Z1
Z2
Z3

PREPARED BY
ELAINE BOURG

APPROVAL

M487

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | BO | ST/CTRY | AGENCY | AGENT | AUTH | CLAIM NUMBER | NO.CHK | NO ACCT | INS. | AGE | INCURR DATE | REPORT DATE | REQUEST NUMBER | CAUSE | A/S | COINS | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1257-573 | | CALIFORNI | 4 | | CRS1 | 06-1074 | | 1 | | 53 | 12/14/2005 | 2/6/2006 | 801326 | 419 | | | 3/7/2008 |

| FORM NUMBER | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7H01 | | | | | | | | | | | | |

| CDS CODE | ACCOUNT | CASH ACCOUNT | CHECK AMOUNT | TOTAL CHARGES | INELEGIBLE SEE REV | 100% BENEFITS | ELIGIBLE CHARGES | BENEFITS AT % | CHECK NUMBER | CDS CODE | TYPE OF CHARGE | TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | $ | 500.00 | | | | | | | CRAH | | |
| BB | 12200 | 07 | | | | | | | | BS | MISC. HOSPITAL CHARGES | |
| CB | 12200 | 08 | | | | | | | | HS | HOSPITAL ROOM AND BOARD FROM | TO |
| DB | 12200 | 09 | | | | | | | | IS | SURGERY | |
| EB | 12200 | 10 | | | | | | | | JS | MATERNITY BENEFIT | |
| FB | 12200 | 11 | | | | | | | | KS | OUT PATIENT BENEFIT-ACCIDENT | |
| GB | 12100 | 01 | 500.00 | | | | | | | GS | MONTHLY BENEFIT FROM 02/14/08 | TO 03/14/08 |
| HB | | | | | | | | | | LS | | |
| IB | | | | | | | | | | KS | | |
| JB | | | | | | | | | | JS | | |
| KB | | | | | | | | | | IS | | |
| LB | | | | | | | | | | HS | | |
| MB | 66500 | | | | | | | | | GS | | |
| | | | | | | | | | | MS | TAXES WITHHELD | |
| TOTAL | | | 500.00 | | | | | | | | | |

| CDS CODE | INSURED |
|---|---|
| TS | Donna Mathews |
| | DEPENDENT |
| | SEE REVERSE |
| | TAX ID |

| CDS CODE | PAYEE NAME AND ADDRESS |
|---|---|
| Y1 | Donna Mathews |
| Y2 | (signature) |
| Z1 | Calistoga, CA 94515 |
| Z2 | PREPARED BY: Juanita Varela |
| Z3 | APPROVAL |

# ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| POLICY NUMBER | BO | ST/CTRY | AGENCY | AGENT | AGENT AUTH | CLAIM NUMBER | NO. CHK | NO ACCT | INS | AGE | INCURR DATE | REPORT DATE | CAUSE | A/S | COINS | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1257-758 | | CALIFORNI | 4 | | CRS1 | 06-1005 | | | 1 | 53 | 12/14/2006 | 2/6/2006 | 419 | | | 3/7/2008 |

| FORM NUMBER |
|---|
| 7h01 |

| CDS CODE | ACCOUNT | A & H CD | TOTAL CHARGES | INELEGIBLE SEE REV | 100% BENEFITS | ELEGIBLE CHARGES | BENEFITS AT % | CHECK NUMBER |
|---|---|---|---|---|---|---|---|---|
| A1 | CASH ACCOUNT | | | | | | | CRAH |
| | 51448 | $ | 500.00 | | | | | 801327 |

| CDS CODE | | | | | | | | CDS CODE | TYPE OF CHARGE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BB | 12200 | 07 | | | | | | BS | MISC. HOSPITAL CHARGES | | |
| CB | 12200 | 08 | | | | | | | SURGERY | | |
| DB | 12200 | 09 | | | | | | | | | |
| EB | 12200 | 10 | | | | | | | MATERNITY BENEFIT | | |
| FB | 12200 | 11 | | | | | | | OUT PATIENT BENEFIT-ACCIDENT | | |
| GB | 12100 | 01 | | | | 500.00 | | GS | MONTHLY BENEFIT FROM 02/14/08 TO 03/14/08 | | |
| HB | | | | | | | | HS | 1 MONTHLY BENEFIT | | |
| IB | | | | | | | | IS | | | |
| JB | | | | | | | | JS | | | |
| KB | | | | | | | | KS | | | |
| LB | | | | | | | | LS | | | |
| MB | | | | | | | | MS | | | |

| | TOTAL | 500.00 |
|---|---|---|

| CDS CODE | INSURED |
|---|---|
| TS | DONNA MATHEWS |

| CDS CODE | PAYEE NAME AND ADDRESS | TAX ID |
|---|---|---|
| Y1 | DONNA MATHEWS | |
| Y2 | | |
| Z1 | CALISTOGA, CA 94515 | |
| Z2 | | PREPARED BY |
| Z3 | | Juanita Varela    APPROVAL |