**EXHIBIT G**



April 7, 2008

Donna Mathews

Calistoga CA 94515

Re:   Policies # 1285-764, 1257-573 and 1257-758

Dear Ms. Mathews:

An audit of your policies revealed that your benefits are in arrears. The amounts are as follows: policy #1285-764 is in arrears by $5,100.00, policy #1257-573 is in arrears by $500.00 and policy #1257-758 is in arrears by $500.00. *[handwritten: For what dates? how calculated]*

In order to correct this situation the funds in arrears have been issued to you and enclosed with this correspondence. Please find enclosed 3 benefit checks in the following amounts: $6,800 for policy #1285-764, $2,000 for policy #1257-573 and $2,000 for policy # 1257-758. These benefit checks include the amount in arrears and your regularly scheduled benefit payment. *[handwritten: For monthly]* Additionally, please find enclosed spread sheets which detail the check numbers, benefit periods and benefit amounts issued for each policy.

Thank you for allowing Pan American Life to serve your needs.

Sincerely,

*[handwritten: no cc. Kinney?]*

Michael Jones
Senior Claim Examiner
Pan American Life
P.O. Box 60219
New Orleans, LA 70160-0219