**EXHIBIT H**

Case 4:07-cv-02757-SBA    Document 26-9    Filed 05/20/2008    Page 1 of 3

**AMERICAN LIFE**
P.O. Box 60303
New Orleans, LA 70160-0303

DONNA R DUPELL-MATHEWS

CALISTOGA CA 94515

June 6, 2006

| | | | |
|---|---|---|---|
| Insured: | Donna R Dupell-Mathews | Premium Due: | $46.20 |
| Policy Number: | 0012577580 | | |
| Due Date: | 07/06/2006 | Total Due: | $46.20 |
| Billing Mode: | Monthly | | |

Health Or Disability

## PREMIUM NOTICE

For Service, please call toll free at 1-877-939-4550.

### RETURN THIS PORTION OF THE NOTICE WITH YOUR REMITTANCE

PAN AMERICAN LIFE
P.O. Box 60303
New Orleans, LA 70160-0303

DONNA R DUPELL-MATHEWS
26 VIEW RD
CALISTOGA CA 94515

Insured: Donna R Dupell-Mathews
Policy Number: 0012577580
Due Date: 07/06/2006
Total Due: $46.20

I wish to change my next mode of premium payment to:
☐ Monthly (Pre-Authorized Withdrawals)  ☐ Quarterly (3 Mos)  ☐ Semi-Annually (6 Mos)  ☐ Annually (12 Mos)

M358

0010  1615710100  0004620  070606  3

**AMERICAN LIFE**
P.O. Box 60303
New Orleans, LA 70160-0303

DONNA R DUPELL-MATHEWS

CALISTOGA CA 94515

June 6, 2006

| | | |
|---|---|---|
| Insured: | Donna R Dupell-Mathews | |
| Policy Number: | 0012857640 | |
| Due Date: | 07/06/2006 | |
| Billing Mode: | Monthly | |

Premium Due: $59.07

Total Due: $59.07

Health Or Disability

## PREMIUM NOTICE

For Service, please call toll free at 1-877-939-4550.

### RETURN THIS PORTION OF THE NOTICE WITH YOUR REMITTANCE

**PAN AMERICAN LIFE**
P.O. Box 60303
New Orleans, LA 70160-0303

DONNA R DUPELL-MATHEWS
26 VIEW RD
CALISTOGA CA 94515

Insured: Donna R Dupell-Mathews
Policy Number: 0012857640
Due Date: 07/06/2006
Total Due: $59.07

I wish to change my next mode of premium payment to:
☐ Monthly (Pre-Authorized Withdrawals)   ☐ Quarterly (3 Mos)   ☐ Semi-Annually (6 Mos)   ☐ Annually (12 Mos)

M359

0010  1615710109  0005907  070606  2