MICHAEL E. KINNEY
Bar No. 77018
Law Office of Michael E. Kinney
438 First St.
Fourth Floor
Santa Rosa, CA  95401
(707) 527-4141
Fax (707) 579-9561
kinney@kinnlaw.com

Attorney for Plaintiff
DONNA MATHEWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA MATHEWS,

        Plaintiff,

vs.

PAN AMERICAN LIFE INSURANCE COMPANY; and DOE 1 through Doe 20, Inclusive,

        Defendants.
_____/

No.  C 07-02757 SBA

DECLARATION OF DAN MCCASKELL IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Date:  June 10, 2008
Time:  1:00 p.m.
Ctrm:  3

I, Dan McCaskell, Ph.D.  declare:

        1.     I am a Certified Vocational Evaluator, a Certified Rehabilitation Counselor, and a Certified Medical Case Manager.  I am an expert in vocational rehabilitation, and have qualified as an expert witness on that subject in both state and federal courts.  A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

        2.     I have been retained as an expert witness in this case by counsel for Plaintiff.

        3.     In forming my expert opinions in this matter, I met personally with the Plaintiff, Donna Mathews.  I interviewed her and performed certain tests.  I tested her dexterity

with the Purdue Peg Board test. I tested her rate of manipulation with the Minnesota Rate of Manipulation test. I also had Ms. Mathews take the Career Building Placement Survey (CAPS) Testing.

4. I forming my expert opinions in this matter, I reviewed Ms. Mathews' medical records from Napa Valley Family Medical Group, Santa Rosa Imaging Medical Center, St. Helena Physical Therapy, Andrew G. Alexander, M.D., Elden Eichbaum, M.D., Marko Bodor, M.D., and Well Springs Physical Therapy, as wall as the report of Elaine Date, M.D., who I understand is a doctor selected by Pan American Life Insurance Company.

5. I also reviewed certain records from the California Department of Rehabilitation pertaining to Ms. Mathews, including her Rehabilitation Plan with an employment goal of a registered nurse-BSN.

6. I also reviewed Ms. Mathews academic transcripts from Santa Rosa Junior College and from Sonoma State University.

7. I also researched the occupational requirements for occupations in the nursing field and for dental hygiene. The US Department of Labor, Dictionary of Occupational Titles provides information on physical and mental requirements of various occupations. Dental hygienist, for instance, requires frequent reaching, handling and feeling. Frequent is described as two-thirds of the workday or 6 out of 8 hours. Dental hygienist is a sedentary job requiring lifting above 20 pounds occasionally and frequently 10 pounds. Nursing occupations generally range from medium lifting to sedentary occupations. The sedentary nursing occupations requiring the least use of upper extremities include Nurse Consultant; Registrar, Nurses Registry; and Director, Nurses Registry. Each of these nursing occupations is listed with the following physical requirements: reaching - occasionally; handling - occasionally; fingering - occasionally; strength - sedentary.

8. In my expert opinion, based upon my review of her records, the testing I performed on her, my meeting with her, and my research regarding occupational requirements, Ms. Mathews is disabled from working as a dental hygienist. Nursing is an appropriate field for Ms. Mathews. Following vocational rehabilitation, Ms. Mathews will be able to perform the

1  occupations of Nurse Consultant; Registrar, Nurses Registry; and Director, Nurses Registry.

2   9. In my expert opinion, Ms. Mathews has a strong likelihood to successfully complete vocational rehabilitation into the nursing profession. She appears strongly motivated. There are significant transferable skills from dental hygiene to nursing. Scheduling, clinical and laboratory findings are similar. Academic success would be expected based on the aptitude testing, as she tested at the average and superior range in terms of aptitudes on the CAPS. Her academic transcripts to date show her receiving all As and Bs, further confirming that the aptitude testing was an accurate predictor of success.

10. I reviewed labor market information through the occupationally outlook handbook and considered the labor market opportunity for nurses. Nursing is a demand occupation, meaning that there is always greater demand for nurses than there are nurses to fill the job opening up.

11. In my expert opinion, vocational rehabilitation is appropriate for Ms. Mathews. Nursing is an appropriate choice for her vocational rehabilitation.

12. If called as a witness, I could and would testify competently to the foregoing.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated this 14th day of May at Santa Rosa, California.


/s/_____
Dan McCaskell, Ph. D.