# EXHIBIT A

**CALIFORNIA CENTER FOR APPLIED RESEARCH, INC.**
OFFICE OF DAN MCCASKELL, PH.D., C.R.C., C.V.E., C.C.M.

529 Davis Street* PO Box 4564
Santa Rosa, CA 95402-4564
(707) 528-4003 or (877) 376-2425
Fax: (707) 528-4045

# CURRICULUM VITAE

## FORENSIC AND REHABILITATION EXPERIENCE

Dr. McCaskell holds the highest available national certifications in evaluation and counseling. He has worked as a Rehabilitation Consultant, Evaluator and Expert in the private and public sector for the past 20 years. These included two positions as a Director of Rehabilitation Services at Rehabilitation Evaluation Facilities. He has performed vocational evaluations and provided testimony in cases of Labor Law, Personal Injury, A.D.A., Workers' Compensation, Family Law, and Social Security. He has worked closely with industrially injured individuals for three years as a Specialist with the California Department of Rehabilitation. This involved substantial medical and legal analysis about industrially injured individuals through records, tests, interviews, and professional sources of appraising their interests, aptitudes, physical and mental abilities and personality characteristics for vocational plan development and job placement. Since 1980 Dr. McCaskell has been the president of California Center For Applied Research, providing vocational and rehabilitation services, evaluations and placement services.

## EDUCATION AND TRAINING

UNION INSTITUTE, PH.D., CLINICAL PSYCHOLOGY,
   NEUROPSYCHOLOGICAL SPECIALIZATION
CALIFORNIA STATE UNIVERSITY, SONOMA, M.A., COUNSELING
CALIFORNIA STATE UNIVERSITY, B.A., PSYCHOLOGY
CALIFORNIA DEPARTMENT OF REHABILITATION, INTERNSHIP
UNIVERSITY OF CALIFORNIA, LOS ANGELES - SCHOOL OF MEDICINE,
   PROSTHETICS-ORTHOTICS TRAINING FOR REHABILITATION PERSONNEL
CHICAGO, HESTER VOCATIONAL EVALUATION INSTITUTE,
   TRAINING FOR EVALUATORS AND SUPERVISORS
RANCHO LOS AMIGOS, REHABILITATION HOSPITAL,
   MAJOR DISABILITY AND FUNCTIONAL CAPACITIES ASSESSMENT TRAINING
HARVARD UNIVERSITY-MULTIDISCIPLINARY INSTITUTE FOR
   NEUROPSYCHOLOGICAL DEVELOPMENT (M.I.N.D.)
INDUSTRIAL CLAIMS ASSOCIATION TRAINING-DISABILITY AND THE
   LONG-SHORE HARBOR ACT
MERILHURST COLLEGE - GRADUATE ECONOMICS TRAINING
AMERICAN REHABILITATION ECONOMICS ASSOCIATION
   EVALUATION OF HOUSEHOLD SERVICES
   WAGE LOSS ANALYSIS
   DISCOUNTING METHODS
INTEREST RATES ANALYSIS
   VOCATIONAL/ECONOMIC INTERFACE IN CIVIL LITIGATION
   FORENSIC PARAMETERS OF WORKLIFE/HOUSEHOLD SERVICE ESTIMATES

05/06

THE ECONOMICS OF LIFE CARE PLANNING
ECONOMIC FOUNDATION OF DAMAGES - VOCATIONAL EXPERT TRAINING
NATIONAL ASSOCIATION OF DISABILITY EVALUATING PROFESSIONALS
    FUNCTIONAL CAPACITY DETERMINATION APPLIED TO INDEPENDENT MEDICAL EXAMINATIONS
NATIONAL ORGANIZATION OF SOCIAL SECURITY CLAIMANT REPRESENTATIVES
    TRAINING FOR LAWS AND ADMINISTRATIVE RULES GOVERNING SOCIAL SECURITY
UNIVERSITY OF FLORIDA, LIFE-CARE ASSESSMENT AND REPORTING MAJOR
    DISABILITIES, SPINAL CORD, TRAUMATIC BRAIN INJURY (TBI), REPETITIVE STRESS, PSYCHIATRIC DISABILITIES; CARE OVER A LIFE TIME
REITAN NEUROPSYCHOLOGICAL INSTITUTE
    WORKSHOPS IN CLINICAL NEUROPSYCHOLOGICAL TESTING

## CREDENTIALS

CALIFORNIA COMMUNITY COLLEGE NO. 78716
LIFETIME TEACHING CREDENTIAL
CERTIFIED VOCATIONAL EVALUATOR (NATIONAL)
CERTIFIED REHABILITATION COUNSELOR (NATIONAL)
CERTIFIED MEDICAL CASE MANAGER (NATIONAL)

## JOB DEVELOPMENT AND PLACEMENT EXPERIENCE

Since 1974, Dr. McCaskell has been a credentialed teacher of vocational skills. He teaches job seeking skills and job development, assisting graduates of academic and vocational programs in job interviews through a positive behavioral model. He has worked closely with employers and disabled individuals in identifying and placing individuals into medically appropriate occupations. He supervised on-the-job and classroom training contracts for the disabled to the U.S. Department of Labor. He has performed in-service staff training (training for trainers) to the California State University, San Francisco; California Department of Rehabilitation; Center for Employment and Training (California Human Development Corporation); and Goodwill Industries.

In 1980 he became President of California Center For Applied Research, performing vocational evaluations, planning, job placement and medical management. He trains and supervises the work of other professional Rehabilitation Counselors. Dan is the author of the "David" Vocational Evaluation System, a professional Rehabilitation Counselor training. Dr. McCaskell has testified as an expert and represents claimants for Social Security benefits.

$  Boards of Directors - Past and Present
$California Center for Applied Research
$  Curriculum Committee (Dean's Circle) for Curriculum Planning and Development for Social Sciences, Sonoma State University
$  Brain Injury Network of Sonoma County

## MEMBERSHIPS AND AFFILIATIONS

American Rehabilitation Counseling Association
American Association for Assessment in Counseling
American College Counseling Association
American Counseling Association

05/06

American Rehabilitation Economics Association
National Organization of Social Security Claimant Representatives
National Rehabilitation Association

## ADDITIONAL SEMINARS AND TRAINING

### American Rehabilitation Economics Association (AREA)

Medical Aspects of Life Care Planning. May 2001
Psychological Factors & Their Impact on Earning Capacity. May 2001
Disability Data Panel. May 2001
Professional Writing. May 2001
Determining Earning Capacity Mitigation. May 2001
The Economics of Annuities. May 2001
Issues of Worklife Expectancy, Methodologies of Developing Useable Data
& the U.S. Bureau of Census. May 2001
Identifying Foundational Problems in the Work of Life Care Planners. May 2001
Compensation Data Set Use by Forensic Experts. May 2001
Updates on Daubert - Daubert v. Merrell Dow Pharmaceuticals, Inc. May 2001

### Annual Circuit 9 Conference Training

Recent Developments at SSA and Elsewhere. March 1999
Work Which Exists in Significant Numbers in the National Economy. March 1999
Practicalities of Advocacy at OHA and Federal Court. March 1999
Staff Attorney v. AO and Other OHA Developments. March 1999
Chronic Fatigue Syndrome, Reddick v. Chater, and ALJ's Who Ignore
Medical Evidence and the Law. March 1999
Interpreting Psychometric Results, Part II. March 1999
Attorneys Fees and Ethical Considerations. March 1999
Recent Developments at SSA and Elsewhere. February 2000
Recent Legislative Changes. February 2000
Ninth Circuit Update. February 2000
Practicalities of Advocacy at OHA and the Appeals Council in Light of Profile 5,
Experiments Eliminating AC Review, and the Ability to File New Claims
Pending AC Review. February 2000
Less Than Sedentary and Still Not Disabled. February 2000
Recent USDC Experience. February 2000
Psychological Testing. February 2000
Ethical Restrictions on Release of Information. February 2000
The User Fee. February 2000
Ninth Circuit Update. March 2004
Recent USDC Experience, Hints, Tips, Tricks. March 2004
Representing Claimants with PTSD. March 2004
Ethical Considerations. March 2004

### National Organization of Social Security Claimants' Representatives (NOSSCR)

Medical Source Statement (MSS) Forms a.k.a. Residual Functional Capacity (RFC) Forms:
One Size Does Not Fit All. November 1998
Functional Capacity Evaluation: Its Uses and Abuses. November 1998

05/06

Obesity as a Disabling Disease Process. November 1998
The Myth of Hispanic Homogeneity: Testing Parameters and Disability Claimants. November 1998
Vocational Impact of Mental Impairments. November 1998
Diabetes Mellitus Update. November 1998
Exciting New Developments in Psychological Testing. November 1998
Ethics for Social Security Advocates. November 1998
Non-Disability Factors Under Title II of the Social Security Act. April 1998
Chief ALJ's Perspective. April 1998
Vocational Limitations of Opthalmological Problems. April 1998
How to Evaluate and Critique Vocational Expert Testimony. April 1998
The Medical-Vocational Guidelines. April 1998
Multiple Chemical Sensitivity. April 1998
An Approach to the Cardiac Listings. April 1998
Functional Capacity Evaluations (FCE's) and Pain. April 1998
The Complete Guide to Transferable Skills. April 1998
Business Aspects of a Social Security Practice. September 2001
Disability Law and Analysis. September 2001
Developing the Record Prior to the Hearing. September 2001
Perspective of the Association of ALJ's. October 2001
Legislative and Administrative Update. October 2001
Difficult Pain Problems. October 2001
Judicial Review. October 2001
Low Back Pain: Is Surgical Intervention an Option? October 2001
Pulmonary Impairments: The Listings, the Clinical Exam & Pulmonary Function Testing. October 2001
How to Trump the Vocational Experts. October 2001
Elder Law and the Social Security Practice. October 2001
Vocational Experts and Their Numbers. October 2002
Cross-Examination of Vocational Experts - A Mandatory Tool 583 in the Arsenal of Representation. November 2002
Supreme Court Disability Law Update. November 2002
Delineating the Shades of Grey - Functional Equivalence in Children. November 2002
Longshore and Jones Act: Conflict and Concurrency. November 2002
Expert Psychological Evaluations. November 2002
The Effects of Social Security Decisions on Long-Term Disability Decisions. May 2004
Everything You May NOT Have Wanted to Know (but NEED to know) About SSI: Income, Resources and Living Arrangements. May 2004
Rheumatoid Arthritis: Hard to Bear and Difficult to Prove. May 2004
Dealing With Ethical Dilemmas Ethically. May 2004
Identifying and Responding to Fraudulent Consultative Examinations. May 2004
Beyond the DOT - the eDOT Project. May 2004
Psychometrics - The Zen of Psychological Testing. May 2004
Obesity: The Cart, the Horse, or the Yoke and Drawbar Linking the Two? May 2004
Spondylosis, Spondylolisthesis, Mechanical Back Pain and Post Laminectomy Syndrome (Failed Back Surgery Syndrome). May 2004
Functional Capacity Evaluations: The Myth and the Reality. May 2004
VA Disability Law: What Every Social Security Practitioner Should Know. May 2004
Rating Severity and Psychological Impairments. May 2004
The ALJ's Duty to Develop Medical Evidence Regarding the Claimant's Ability to Perform Work-Related Activities. May 2004

<u>Union Institute</u>

Professional Development Within the Industry. February - December 1999
Professional Development. January - December 2000
Professional Ethics. January - August 2001

<u>Sonoma County Employer Advisory Council</u>

Career Counseling and Assessment Techniques. March 2001

<u>Continuing Medical Education</u>

"Bioterrorism". July 2002
Medical, Functional and Environmental Implications of Disability. July 2002

Reitan Society. July 2005
The HBR and Clinical Issues Related to Emotion, Autism and Symptom Validity

<u>Workers' Compensation</u>

The Emerging Standard of Professional Responsibility When Workers'
Compensation Meets Medicare. June 2000
Holding Down Medicare's Offset to the Value of the Future Medical Allocation. June 2000
What Criteria HCFA Presently Considers in Evaluating Whether a Lump-sum
Settlement Has Shifted Liability to Medicare. June 2000
Workers' Compensation Medicare Set-Aside Trusts. June 2000
Health Care Financing Administration (Medicare) in the Processing of it's
Workers' Compensation Cases. June 2000
Federal Law (Section 1862(b) of the Social Security Act) Precludes Medicare
Payment for Services Which Workers' Compensation Can Reasonably
Be Expected to Pay. June 2000
Filed Suit Against a Medicare Beneficiary's Attorney and an Insurance Company
for Failure to Pay Moneys Owed to Medicare. June 2000


## PRESENTATIONS AND AWARDS

Award of Excellence by Vocational Expert Training Seminars

Award: Outstanding Community Achievement Award, Vietnam Veterans,
presented by Sonoma County Board of Supervisors.

Author: The David Vocational Evaluation System.

Co-Author: Youth Training and Employment, unpublished Manuscript.

Expert Witness: Personal Injury, Family Law, Social Security Administration (V.E.), A.D.A.,
Labor Law, Workers' Compensation.

Speaker:    Teaching new law course: Industrial Claims Association. September 1987.

| | |
|---|---|
| Presenter: | Summer Youth Programs: Sonoma County Board of Supervisors. October 1976. |
| Presenter: | 1989 Workers' Compensation Reform and New Legislation: Sonoma County Public Employees' Association. January 1990. |
| Presenter: | Rehabilitation for Psychological Injuries: Institute for Industrial Relations. March 1990. |
| Presenter: | American's With Disabilities Legislation and Requirements (A.D.A.) training for insurance companies and Attorneys. 1990. |
| Presenter: | Qualified Medical Examiner Training (Q.M.E.) International Chiropractic Association. San Francisco, 1991. |
| Presenter: | Post Traumatic Stress Disorder in Children and Adults: Union Institute. March 1993 |
| Presenter: | Neuropsychological Assessment and Differential Diagnosis: Union Institute. July 1993. |
| Presenter: | Research Design and Evaluation: Union Institute. December 1993. |
| Presenter: | Fibromyalgia and Social Security Law: Carousel Network. July 1995. |
| Presenter: | Disability Law and Changes in Welfare Legislation: Sonoma County Social Services. March 1996. |
| Presenter: | Disability Law and Small Business: U.S. Senator Alan Cranston and Business Leaders. |
| Presenter: | Drug and Alcohol Related Disabilities and the Law: D.A.A.C. May 1996. |
| Presenter: | Labor Market Information, A Critique: Marin County Bar Association, Social Security Specialists. July 1996. |
| Presenter: | Chronic Fatigue Syndrome and Social Security Law: Carousel Network. October 1996 |
| Presenter: | Workers' Compensation Rehabilitation Law in California: Lorman Business Center. November 1996. |
| Presenter: | Transferable Skills, The Federal Definition, Sonoma County Bar Association. October 1997. |
| Presenter: | Application and Case Law Analysis of Transferable Skills in the Ninth Circuit Court of Appeals; Ninth Circuit Conference. January 1998. |
| Presenter: | Brain injury and the relationship to Disability Insurance; Brain Injury Network of Sonoma County, Inc. October 1998. |
| Presenter: | Medical Criteria and "Terms of Art" for Social Security and Workers' Compensation, training for medical doctors; Sutter Hospital-Santa Rosa. June 2000. |

05/06

Presenter:   Credibility, Evaluations and Meeting the Medical and Psychological Listing of Impairments, training for medical doctors; Sutter Hospital-Santa Rosa. April 2001.

Presenter:   Vocational Evaluations, Earning Capacity and Opportunity for Employment; Sonoma County, Family Law Bar Association. October 2001.

Presenter:   Chronic Neuroimmune Diseases Information & Support for Sonoma County; Sonoma County, The Carousel Network. August 2003.

Presenter:   Neuroborrelosis/Ability to work and Social Insurance; Lyme Disease Support Association. August 2004

Presenter:   Crohn's Colitis and Social Insurance; Sonoma County Crohn's and Colitis Support Group; Kaiser Permanente-Santa Rosa. February 2005.

Presenter:   Intestinal Bowel Disease (Crohn's and Colitis) and Social Insurance; Crohn's and Colitis Foundation of America; U.C. Davis. April 2005.

Presenter:   Chronic Pain and Social Insurance; Cluff Pain Center; Antioch. November 2005.