```
MICHAEL E. KINNEY
Bar No. 77018
Law Office of Michael E. Kinney
438 First St.
Fourth Floor
Santa Rosa, CA  95401
(707) 527-4141
Fax (707) 579-9561
kinney@kinnlaw.com

Attorney for Plaintiff
DONNA MATHEWS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>              Plaintiff,<br><br>vs.<br><br>PAN AMERICAN LIFE INSURANCE COMPANY; and DOE 1 through Doe 20, Inclusive,<br><br>              Defendants. | No.  C 07-02757 SBA<br><br>DECLARATION OF MICHAEL E. KINNEY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:  June 10, 2008<br>Time:  1:00 p.m.<br>Ctrm:  3 |

I, Michael E. Kinney, declare:

1.  I am an attorney licensed to practice before this Court, and the attorney of record for Plaintiff herein.

2.  On or about August 24, 2007, Defendant produced documents pursuant to an Initial Disclosure under Rule 26 of the Federal Rules of Civil Procedure. Among the documents produced by Defendant at that time were copies of records from Dr. Steven Smith and Dr. Barry Brown, who are two of Plaintiff's treating physicians. A true and correct copy of the first page of the records received from Dr. Smith, stamped PAL0549, is attached hereto as Exhibit A. A true and correct copy of the first page of the records received from Dr. Brown, stamped

1  PAL0562, is attached hereto as Exhibit B.  Both of these documents bear a stamp showing they
2  were received on May 23, 2006.  Defendant did not produce any medical records that indicated
3  that Defendant had received them at any time between May 23, 2006 and July 12, 2006.

4      3.    Also produced by Defendant as part of its Initial Disclosure were
5  documents entitled Accident and Health Claim Check Request Work Sheet.  One of such
6  documents, stamped PAL0048, is attached hereto as Exhibit C.

7      4.    On March 14, 2008, I was present at the Deposition of Elaine Bourg.  A
8  true and correct copy of excerpts from the reporters transcript of that deposition, consisting of
9  pages 23 through 25, is attached hereto as Exhibit D.

10      5.    Attached hereto as Exhibit E is a true and correct copy of the legal
11  services agreement under which my firm is representing the Plaintiff in this matter.  A copy of this
12  document was provided to Defendant prior to the close of discovery. Plaintiff has incurred attorney
13  fees and costs in connection with enforcement of the contract against Defendant.

14      6.    On March 13 and March 14, 2008, I attended the deposition Pan
15  American Life Insurance Company in this matter.  Defendant designated Cory Simon  pursuant to
16  Rule 30(b)(6) of the Federal Rules of Civil Procedure to testify on its behalf on the following
17  subjects:

18      (a)    The manner in which claims are generally handled under a Disability
19      Income Policy such as that which is the subject of this lawsuit;
20      (b)    The manner in which claims are generally handled under an Income
21      Protection Policy such as that which is the subject of this lawsuit;
22      (c)    PAN AMERICAN LIFE INSURANCE COMPANY's understanding and
23      interpretation of the following language from the Income Protection Policy:  "We will
24      pay for a rehabilitation program that we approve.  Maximum payment for a single
25      disability will be 24 times the Monthly Benefit.  With our permission this maximum
26      may be waived.  This payment will have no effect on any other benefit of this policy;"
27      and,
28      (d)    PAN AMERICAN LIFE INSURANCE COMPANY's understanding and

Declaration of Michael E. Kinney    Case No. C 07-02757-SBA

1 | interpretation of the following language from the Disability Income Policy: "We will
2 | pay for a rehabilitation program if we approve it in advance.  The extent of our
3 | payment will be what we state in our written approval.  We will not pay for any
4 | rehabilitation benefits covered by another source.  This payment will have no effect on
5 | any other benefit of this policy."

6 |     7.      At said deposition, Defendant designated Michael Jones pursuant to Rule
7 | 30(b)(6) of the Federal Rules of Civil Procedure to testify on its behalf on the following subject:
8 | The claims presented by Plaintiff herein which are the subject of this lawsuit.

9 |     8.      Submitted herewith are true and correct copies of the depositions of Pan
10 | American Life Insurance Company, designated as the deposition of Cory Simon, Vol. 1 and 2 and
11 | the deposition of Michael Jones, Vol. 1 and 2, together with the Exhibit Book appended thereto,
12 | labeled Deposition Exhibit 1 through 41.  All of the documents bearing a stamp beginning with the
13 | letters PAL were produced by Defendant in this matter from its file.  All of the documents bearing
14 | a stamp beginning with the letter M were produced by Plaintiff.  The documents have been
15 | redacted so as not to reveal Plaintiff's address, phone number, social security number or date of
16 | birth.  No other redactions have been made.  The deposition of Cory Simon, Vol. 1 is filed
17 | herewith as Exhibit F.  The deposition of Cory Simon, Vol. 2 is filed herewith as Exhibit G.  The
18 | deposition of Michael Jones, Vol. 1 is filed herewith as Exhibit H.  The deposition of Michael
19 | Jones, Vol. 2 is filed herewith as Exhibit I.  A true and correct copy of the Exhibit Book is
20 | identified as Exhibit J for purposes of this filing.

21 | If called as a witness, I could and would testify competently to the foregoing.
22 | I declare under penalty of perjury under the laws of the State of California and the
23 | United States that the foregoing is true and correct.
24 | Dated this 20th day of May at Santa Rosa, California.

25 |
26 | /s/_____
    Michael E. Kinney
27 |
28 |

3

Declaration of Michael E. Kinney    Case No. C 07-02757-SBA