**EXHIBIT B**



L977186-01

DESK: 3
DATE: 5/11/2006

# RECORDS REQUEST

RETURN FAX#:   (888)870-7244

| | | | |
|---|---|---|---|
| **NAME:** | DONNA MATHEWS | **COMPANY:** | PAN AMERICAN DISABILITY CLAIMS |
| **SSN:** | [redacted] | **ACCT#:** | 010465 |
| **DOB:** | [redacted] | **POLICY#:** | 0012577580 |
| **STATE:** | CA | | |

**INSURANCE BENEFITS PENDING**

**FACILITY:** BARRY BROWN MD
**ADDRESS:** 1202 PINE ST
**CITY/ST:** ST HELENA, CA   94574                **REQUESTER:** EB
**PH#:** (707)963-3641                             **U/W TEAM:**

**SPECIAL INSTRUCTIONS:**   PLEASE RETURN THIS FORM WITH RECORDS

```
Received
MAY 2 3 2006
Policy Benefits
Division
```

RETURN TO: P.O. BOX 2505              WACO TX 76702-2505
          TEAM: 9                     PHONE: (800)367-0741

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.

5/11/2006   15:53:19   IDRPRTBUN        63323        9        3

PAL 0562