**EXHIBIT C**

Case 4:07-cv-02757-SBA   Document 29-4   Filed 05/20/2008   Page 1 of 2

ACCIDENT AND HEALTH CLAIM CHECK REQUEST/ WORK SHEET

| FORM NUMBER | POLICY NUMBER | BO | ST/CTRY | AGENCY | AGENT | AGENT AUTH | CLAIM NUMBER | NO. CHK | INS. NO ACCT | AGE | CHECK NUMBER | CDS CODE | | REPORT DATE | REQUEST NUMBER | CAUSE | A/S | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7H01 | 1257-573 | | CALIFORNI | 4 | | CRS1 | 06-1074 | 1 | | 53 | | CRAH | 12/14/2005 | 2/6/2006 | 609063 | 419 | | 9/13/2006 |
| | | | | | | | | | | | | | INCURR DATE | | | | | COINS |

| CDS CODE | ACCOUNT | A & H CD | CHECK AMOUNT | TOTAL CHARGES | INELEGIBLE SEE REV | 100% BENEFITS | ELEGIBLE CHARGES | BENEFITS AT % | CDS CODE | TYPE OF CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 51448 | $ | 2,000.00 | | | | | | BS | MISC. HOSPITAL CHARGES |
| BB | 12200 | 07 | | | | | | | | HOSPITAL ROOM AND BOARD FROM TO |
| CB | 12200 | 08 | | | | | | | | |
| DB | 12200 | 09 | | | | | | | | SURGERY |
| EB | 12200 | 10 | | | | | | | | MATERNITY BENEFIT |
| FB | 12200 | 11 | | | | | | | | |
| GB | 12100 | 01 | | | | | | | | OUT PATIENT BENEFIT-ACCIDENT |
| HB | 12100 | 01 | | 2,000.00 | | | | | GS | MONTHLY BENEFIT FROM 02/14/06 TO 06/14/06 |
| IB | | | | | | | | | IS | 02/14/06 to 06/14/06 |
| JB | | | | | | | | | JS | 4 Monthly Benefits @ $500.00 |
| KB | | | | | | | | | KS | |
| LB | | | | | | | | | LS | |
| MB | 66500 | | | | | | | | MS | |

'DS CODE — TAXES WITHHELD

TS — TAX ID

INSURED: Donna Mathews
DEPENDENT: Donna Mathews

SEE REVERSE

This policy has been placed on waiver there should be no further deductions from your checking account.

CDS CODE | PAYEE NAME AND ADDRESS
Y1
Y2 — Donna Mathews
Z1 — Calistoga, CA 94515
Z2 — PREPARED BY — ELAINE BOURG
Z3 — APPROVAL

PAL 0048