**EXHIBIT D**

Case 4:07-cv-02757-SBA   Document 29-5   Filed 05/20/2008   Page 1 of 7

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO. C 07-02757

DONNA MATHEWS

VERSUS

PAN AMERICAN LIFE INSURANCE COMPANY;
And Doe 1 through Doe 20, Inclusive


Videotape deposition of ELAINE M. BOURG, 14 Ormond Place, Destrehan, Louisiana 70047, taken in the offices of Affiliated Reporting, 650 Poydras Street, Suite 2610, New Orleans, Louisiana 70130 on Friday, March 14, 2008.

APPEARANCES:

>    LAW OFFICE OF MICHAEL E. KINNEY
>    Attorneys at Law
>    BY:  MICHAEL E. KINNEY, Esquire
>    438 First Street, Fourth Floor
>    Santa Rosa, California 95401
>
>         ATTORNEYS FOR PLAINTIFF
>
>    REED SMITH
>    Attorneys at Law
>    BY:  THOMAS E. EVANS, Esquire
>    1999 Harrison Street, Suite 2400
>    Oakland, California  94612
>
>         ATTORNEYS FOR DEFENDANT
>
>    PAN AMERICAN LIFE
>    Attorneys at Law
>    By:  PATRICK C. FRAIZER, Esquire
>    601 Poydras Street
>    New Orleans, Louisiana  70130
>
>         ATTORNEYS FOR DEFENDANT



VIDEOGRAPHER:     KARL STEGEMAN

REPORTED BY:

    LINDY ROOT
    Certified Court Reporter
    Registered Professional Reporter

23

1  A. No. It was spiral -- Not a spiral. A
2     regular file folder. A paper folder.
3  Q. Oh, okay.
4     Do you know what was inside it?
5  A. No.
6  Q. Okay. All right.
7     Let's go to another document, a
8     document that was previously marked as
9     Exhibit #12.
10    I will pass that over to you.
11    I would like you to start with the
12    second page of that document, a page that
13    appears to be entitled Accident and Health
14    Claim Check Request/Worksheet.
15    Do you see that?
16 A. Yes.
17 Q. Okay. Have you seen forms of this sort
18    before?
19 A. Yes.
20 Q. Okay. First, I want to direct your
21    attention down to the bottom right corner.
22 A. Yes.
23 Q. Which your name appears to be typed there.
24    Do you see that?
25 A. Yes.

```
 1   Q.  Okay.  Do you know whether you caused your
 2       name to be typed there?
 3   A.  Yes.
 4   Q.  Yes, you know?
 5   A.  Yes.  Yes.
 6   Q.  Yes, and yes you did it?
 7   A.  I did it.
 8   Q.  Okay.  All right.
 9           Let's go -- I want to go through some
10       of these numbers that are a little
11       confusing for me.
12   A.  Okay.
13   Q.  Okay.  First off, in the upper left-hand
14       corner, there's a number for policy number?
15   A.  Yes.
16   Q.  Okay.  That would be the policy number for
17       the policy you were working on?
18   A.  Yes.  Uh-huh (affirmative response).
19   Q.  Okay.  Then beneath that is a category
20       called form number.
21   A.  Uh-huh (affirmative response).
22   Q.  What is that for?
23   A.  That was the form number on the insurance
24       policy or of the insurance policy.
25   Q.  I see.
```

```
 1          So there are both policies and forms
 2     then.  Is that right?
 3  A. That was the number of the policy.
 4  Q. Okay.  Where did you get that form number?
 5  A. Computer.
 6  Q. Okay.  Beneath that is a category called
 7     CDS code.
 8          Do you see that?
 9  A. Uh-huh (affirmative response).
10  Q. What is a CDS code?
11  A. I have no idea.
12  Q. Okay.  Do you know why in the box
13     immediately before that it says A-1?
14  A. No.
15  Q. Okay.  Was that something that appeared
16     automatically on the form?
17  A. Yes.
18  Q. Okay.  So was it always A-1 in that box?
19  A. Yes.
20  Q. Okay.  And then to the right of that is a
21     category called cash account.
22          Do you see that?
23  A. Uh-huh (affirmative response).
24  Q. And what does that refer to?
25  A. I think that was one of the accounts that
```

650 POYDRAS STREET, SUITE 2610  
NEW ORLEANS, LA 70130  
AFFILIATED REPORTING TECHNOLOGY, INC.  
OFFICIAL COURT REPORTERS  
Ph. (504) 568-9111  
Fax (504) 568-9110

50

1       REPORTER'S CERTIFICATE

2

3       I, LINDY ROOT, Certified Court Reporter,
4  do hereby certify that the above-mentioned
5  witness, after having been first duly sworn by
6  me to testify to the truth, did testify as
7  hereinabove set forth;
8       That the testimony was reported by me in
9  shorthand and transcribed under my personal
10 direction and supervision, and is a true and
11 correct transcript, to the best of my ability
12 and understanding;
13      That I am not of counsel, not related to
14 counsel or the parties hereto, and not in any
15 way interested in the outcome of this matter.

_____

LINDY ROOT

CERTIFIED COURT REPORTER

REGISTERED PROFESSIONAL REPORTER



OFFICIAL SEAL
LINDY L. ROOT
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 86164
Certificate expires 12-31-08