```
 1  MICHAEL E. KINNEY
    Bar No. 77018
 2  Law Office of Michael E. Kinney
    438 First St.
 3  Fourth Floor
    Santa Rosa, CA  95401
 4  (707) 527-4141
    Fax (707) 579-9561
 5  kinney@kinnlaw.com

 6  Attorney for Plaintiff
    DONNA MATHEWS
 7

 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>        Plaintiff,<br><br>vs.<br><br>PAN AMERICAN LIFE INSURANCE COMPANY; and DOE 1 through Doe 20, Inclusive,<br><br>        Defendants.<br>_____/ | No.  C 07-02757 SBA<br><br>PLAINTIFF'S NOTICE OF MANUAL FILING IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>Date:  June 10, 2008<br>Time:  1:00 p.m.<br>Ctrm:  3 |

MANUAL FILING NOTIFICATION

Regarding Exhibit J to the Declaration of Michael E. Kinney, to wit: Exhibit Book Appurtenant to Depositions of Cory Simon and Michael Jones.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please go to the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons.

1.       Item under seal: A portion of the Exhibit Book has been designated as

confidential by Defendant. Per Local Rule 79-5(d), the Exhibit Book is being lodged pending the outcome of an Administrative Motion for a Sealing Order.

        2.      Voluminous document: The Exhibit Book is a voluminous document which will exceed the limits specified on the Electronic Case Filing web site, and is manually filed in accordance with Article 7 of the Electronic Filing Order.

Dated: May 20, 2008                LAW OFFICE OF MICHAEL E. KINNEY

By: /s/
     Michael E. Kinney
     Attorney for Plaintiff