```
MICHAEL E. KINNEY
Bar No. 77018
Law Office of Michael E. Kinney
438 First St.
Fourth Floor
Santa Rosa, CA  95401
(707) 527-4141
Fax (707) 579-9561
kinney@kinnlaw.com

Attorney for Plaintiff
DONNA MATHEWS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAN AMERICAN LIFE INSURANCE COMPANY; and DOE 1 through Doe 20, Inclusive,<br><br>　　　　　Defendants.<br>_____ / | No.  C 07-02757 SBA<br><br>EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT FILING UNDER SEAL PURSUANT TO PROTECTIVE ORDER; DECLARATION OF MICHAEL E. KINNEY; MEMORANDUM OF POINTS AND AUTHORITIES; PROPOSED ORDER |

TO THE HONORABLE SAUNDRA B. ARMSTRONG AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On or about March 13, 2008, a Stipulated Protective Order was issued in this matter, signed by Magistrate Judge Bernard Zimmerman.  That Order requires that the parties follow Local Rule 79-5 if they desire to file a document which opposing counsel has designated as "confidential."

Subsequently, opposing counsel designated a document as "confidential."  That document ultimately was incorporated into an Exhibit Book appurtenant to the depositions of Cory Simon and Michael Jones.

1

Administrative Motion to File Document Under Seal　　Case No. C 07-02757-SBA

1   Plaintiff is filing the Exhibit Book in connection with her Opposition to Defendant's Motion for Summary Judgment. The Motion is set for hearing on June 10, 2008.

Therefore, in order to comply with the Stipulated Protective Order, this Administrative Motion is necessary.

Dated: May 19, 2008                             LAW OFFICE OF MICHAEL E. KINNEY


By:   /s/
      Michael E. Kinney
      Attorney for Plaintiff

Administrative Motion to File Document Under Seal    Case No. C 07-02757-SBA

## DECLARATION OF MICHAEL E. KINNEY

I, Michael E. Kinney, declare as follows:

1. I am an attorney licensed to practice before this Court, and the attorney of record for Plaintiff herein.

2. On or about March 13, 2008, a Stipulated Protective Order issued in this case. The Order contains the following provision:

"10. FILING PROTECTED MATERIAL

"Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5."

3. A document designated as confidential by Defendant was used during the depositions of Cory Simon and Michael Jones. It became part of the Exhibit Book associated with those deposition, as Exhibit 2 therein.

4. Plaintiff is filing a copy of that Exhibit Book as part of her Opposition to Motion for Summary Judgment. Therefore, this Motion for Administrative Relief is necessitated.

5. Submitted herewith is a copy of the Exhibit Book, as well as a redacted copy. A chambers copy is also being submitted herewith.

6. Plaintiff does not have a position on the subject of whether the Exhibit Book or a portion thereof should be sealed. Plaintiff defers to the Court.

7. On May 19, 2008, I spoke with Thomas Evans, counsel for Defendant, about this matter. We did not reach a stipulation on the subject of this motion.

8. A copy of this Motion for Administrative Relief is being hand delivered to Mr. Evans the same day this Motion is being filed, together with a copy of the Exhibit Book. A proof of service is being filed with the Court.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Administrative Motion to File Document Under Seal    Case No. C 07-02757-SBA

1  Dated this 19th day of May at Santa Rosa, California.

2

3                                        ___/s/_____
                                         Michael E. Kinney
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## THE COURT HAS POWER TO GRANT THIS

## MOTION FOR ADMINISTRATIVE RELIEF

Local Rule 7-11 gives the Court the power to grant this motion. Local Rule 79-5 provides the substantive power to seal records.

Dated: May 19, 2008                           LAW OFFICE OF MICHAEL E. KINNEY

                                              By: ___/s/_____
                                                   Michael E. Kinney
                                                   Attorney for Plaintiff

## ORDER

GOOD CAUSE therefore appearing, it is ordered that the Exhibit Book filed by Plaintiff in Opposition to Summary Judgment shall be [or shall not be] sealed.

Dated: _____           _____
                                     Judge