1  MICHAEL E. KINNEY
   Bar No. 77018
2  Law Office of Michael E. Kinney
   438 First St.
3  Fourth Floor
   Santa Rosa, CA  95401
4  (707) 527-4141
   Fax (707) 579-9561
5  kinney@kinnlaw.com

6  Attorney for Plaintiff
   DONNA MATHEWS

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12                                    No.  C 07-02757 SBA
   DONNA MATHEWS,
13                                    PROOF OF SERVICE
              Plaintiff,
14
   vs.
15
   PAN AMERICAN LIFE INSURANCE
16 COMPANY; and DOE 1 through Doe 20,
   Inclusive,
17
              Defendants.
18 _____/

19

20

21

22

23

24

25

26

27

28

                              1

1  I declare that:

2  I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within
3  entitled cause; my business address is: Law Office of Michael E. Kinney, 438 First St., 4th Floor Santa Rosa, CA  95401.
4
   On May 20, 2008, I served the following documents:
5
   1.   PLAINTIFF'S NOTICE OF MANUAL FILING IN OPPOSITION
6  TO MOTION FOR SUMMARY JUDGMENT;

7  2.   COPY OF EXHIBIT BOOK RE DEPOSITIONS OF SIMON AND JONES, IDENTIFIED AS EXHIBIT J TO DECLARATION OF MICHAEL E. KINNEY;
8
   3.   EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT
9  FILING UNDER SEAL PURSUANT TO PROTECTIVE ORDER; DECLARATION OF MICHAEL E. KINNEY; MEMORANDUM OF POINTS AND AUTHORITIES; PROPOSED
10 ORDER;

11 4.   EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT OPPOSITION MEMORANDUM THAT EXCEEDS PAGE LIMITATION; DECLARATION OF
12 MICHAEL E. KINNEY; PROPOSED ORDER

13
   Service was effected by personally delivering a copy thereof to each
14 of the persons listed below by personally leaving a copy at the law firm's address of record during normal office ours with the
15 receptionist or other person employed there over the age of 18 years:
16
   Thomas A. Evans, Esq.
17 REED SMITH LLP
   P.O. Box 2084
18 Oakland, CA 94604-2084
        Attorney for Defendant
19

20 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
21
   Executed on May 20, 2008 at Santa Rosa, California.
22

23      Michael E. Kinney              /s/

24

25

26

27

28

2

Proof of Service   Case No. C 07-02757-SBA