Thomas A. Evans (SBN 202841)
Email: tevans@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Defendant
Pan-American Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PAN-AMERICAN LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No.: C 07-02757 SBA<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS A. EVANS IN SUPPORT OF REPLY RE: MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　June 10, 2008<br>Time:　　1:00 p.m.<br>Place:　　Ctrm 3, 3rd Floor<br><br>Honorable Saundra B. Armstrong |

I, Thomas A. Evans, hereby declare as follows:

1.　I am an attorney at law and a partner with the firm of Reed Smith LLP, attorneys of record for defendant Pan-American Life Insurance Company ("Pan-American"), in the above action. I have personal knowledge of the matters hereinafter set forth, and if called as a witness I would and could testify thereto under oath.

2.　On April 3, 2008, I took the deposition of plaintiff Donna Mathews in this action. A true and correct copy of additional excerpts from the reporter's certified transcript from Ms. Mathews' deposition is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is

– 1 –

– 2 –

1  true and correct. Executed on May 27, 2008, at Oakland, California.

                                    /s/ Thomas A. Evans
                                    THOMAS A. EVANS

DOCSOAK-9909197.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

SUPPLEMENTAL DECLARATION OF THOMAS A. EVANS IN SUPPORT OF REPLY RE: MOTION FOR
SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT