**EXHIBIT A**

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                       ---oOo---

 4

 5   DONNA MATHEWS,

 6              Plaintiff,

 7   vs.                        CASE No.: C 07-02757 SBA

 8   PAN AMERICAN LIFE INSURANCE
     COMPANY; and DOE 1 through
 9   DOE 20, inclusive,

10              Defendants.
     _____/
11

12

13            DEPOSITION OF DONNA MATHEWS

14                 OAKLAND, CALIFORNIA

15                   APRIL 3, 2008

16

17

18

19

20   ATKINSON-BAKER, INC.

21   COURT REPORTERS

22   (800)288-3376

23   www.depo.com

24   REPORTED BY: LINDA ELLINGSON, CSR No. 12256

25   FILE NO.: A202B4A
```

Page 56

| | |
|---|---|
| 1  go to any sort of therapist to study your physical | 11:53 |
| 2  capacity, your range of motion, anything like that? | 11:53 |
| 3       A.   No. | 11:54 |
| 4       Q.   Did anybody examine you or interview you in | 11:54 |
| 5  connection with the Department of Rehabilitation to | 11:54 |
| 6  determine whether you would be able to perform the | 11:54 |
| 7  physical duties of a nurse? | 11:54 |
| 8       A.   No. | 11:54 |
| 9       Q.   Did anyone at the Department of | 11:54 |
| 10 Rehabilitation, you know, ask you about that issue about | 11:54 |
| 11 whether you would be physically able to perform the | 11:54 |
| 12 duties of a nurse? | 11:54 |
| 13      A.   Yes. | 11:54 |
| 14      Q.   And how did that come about? | 11:54 |
| 15      A.   She asked me the question, "Do I think I could | 11:54 |
| 16 do the duties of a nurse?"  And she asked me to do | 11:54 |
| 17 research.  And I contacted two people on ski patrol that | 11:54 |
| 18 were nurses and I wrote something about their job | 11:54 |
| 19 descriptions and submitted that. | 11:55 |
| 20      Q.   And was this Ms. Spiekerman who asked you to | 11:55 |
| 21 do that research? | 11:55 |
| 22      A.   Yes. | 11:55 |
| 23      Q.   Do you recall the names of the people on ski | 11:55 |
| 24 patrol you discussed this with? | 11:55 |
| 25      A.   Tony Jennings and Jeremy Velstra and Sue | 11:55 |

Page 57

| | | |
|---|---|---|
| 1 | DeMars.  And Nancy Machatto was not on ski patrol, she | 11:55 |
| 2 | was a dental patient. | 11:55 |
| 3 | Q.  And they're all in nursing? | 11:55 |
| 4 | A.  Yes. | 11:55 |
| 5 | Q.  Do you remember any specifics of what they | 11:55 |
| 6 | told you about? | 11:55 |
| 7 | A.  Tony Jennings said that he carries a briefcase | 11:56 |
| 8 | and makes house calls, other specifics.  Nancy Machatto | 11:56 |
| 9 | said that there are lift teams and that if I don't have | 11:56 |
| 10 | a bachelor's degree that my opportunities would be | 11:56 |
| 11 | limited. | 11:56 |
| 12 | Q.  And then did you write this information down | 11:56 |
| 13 | and submit it to Ms. Spiekerman? | 11:56 |
| 14 | A.  I don't remember. | 11:56 |
| 15 | Q.  Did you -- do you recall if any of this | 11:56 |
| 16 | information was ever reduced to writing? | 11:56 |
| 17 | A.  I don't remember. | 11:56 |
| 18 | Q.  Once you were approved for a rehabilitation | 11:57 |
| 19 | with the Department of Rehabilitation were you required | 11:57 |
| 20 | to come up with any sort of plan? | 11:57 |
| 21 | A.  Well, they approved me for nursing so I | 11:57 |
| 22 | applied to nursing.  So that was the plan. | 11:57 |
| 23 | Q.  Was there a written program or a written plan | 11:57 |
| 24 | that you had set out explaining what you are going to do | 11:57 |
| 25 | and how this was going to work? | 11:57 |

Page 58

| | |
|---|---|
| 1   A.   Not that I recall. | 11:58 |
| 2   Q.   Do you recall anyone at the Department of | 11:58 |
| 3   Rehabilitation providing you a copy of a rehabilitation | 11:58 |
| 4   plan? | 11:58 |
| 5   A.   I guess I don't really understand what a | 11:58 |
| 6   rehabilitation plan is. | 11:58 |
| 7   Q.   Okay.  Well, then speak more generally.  Do | 11:58 |
| 8   you recall getting a document from the Department of | 11:58 |
| 9   Rehabilitation setting out what they would pay for? | 11:58 |
| 10   A.   I don't recall. | 11:58 |
| 11   Q.   Okay.  Do you recall getting a document from | 11:58 |
| 12   the Department of Rehabilitation sort of laying out what | 11:58 |
| 13   courses they -- or what educational work they expected | 11:58 |
| 14   you to take as part of your rehabilitation? | 11:59 |
| 15   A.   Could you repeat? | 11:59 |
| 16   Q.   Sure.  Did you -- do you recall getting a | 11:59 |
| 17   document from the Department of Rehabilitation laying | 11:59 |
| 18   out, here's what you are going to do between now and, | 11:59 |
| 19   you know, 2010 or 2011 to get into a career in nursing? | 11:59 |
| 20   Something like that?  Anything like that? | 11:59 |
| 21   A.   Well, they wouldn't tell me.  I would tell | 11:59 |
| 22   them what's required.  And so I don't recall them | 11:59 |
| 23   telling me what I had to do.  I would have explained to | 11:59 |
| 24   them this is what's required from me to become a nurse. | 11:59 |
| 25   Q.   Okay.  And as you explained that to them they | 11:59 |

Page 59

```
1   said that at least to the tuition component that the          11:59
2   Department of Rehabilitation would pay for that?              12:00
3       A.   When I was accepted, yes.                            12:00
4       Q.   Okay.  Did -- in your discussions with the           12:00
5   Department of Rehabilitation did they identify -- did         12:00
6   you discuss any particular schools that they would not        12:00
7   pay tuition for?                                              12:00
8       A.   Yes.  They said they would not pay for Pacific       12:00
9   Union College, which is ten minutes from my house, a          12:00
10  highly regarded university that I would have preferred        12:00
11  to go to, but it was too expensive.  They wouldn't pay        12:00
12  for it.                                                       12:00
13      Q.   Was there any other colleges?                        12:00
14      A.   Well, I had to encourage shall I say.  I had         12:00
15  to sort of fight for the -- for them to consider Sonoma       12:00
16  State because of the bachelor's.  Because she said --         12:01
17  Lori Spiekerman said it's virtually unheard of for the        12:01
18  State of California to pay for Sonoma State when I could      12:01
19  have gotten the same education at Santa Rosa JC so I had      12:01
20  to make a case for just going to Sonoma State.                12:01
21      Q.   And how did you make that case?  Did you put         12:01
22  anything in writing?  Did you submit anything?                12:01
23      A.   I don't know if it was in writing or if Lori         12:01
24  and I had that discussion and she put in the paperwork.       12:01
25  Because I do remember her saying, "Would you like me to       12:01
```

```
 1              REPORTER'S CERTIFICATION OF CERTIFIED COPY
 2
 3
 4
 5         I, LINDA ELLINGSON, CSR NO. 12256, a Certified
 6   Shorthand Reporter in the State of California, certify
 7   that the foregoing pages ____ through _____, constitute
 8   a true and correct copy of the original deposition of
 9   _____, taken on _____,
10   2008.
11         I declare under penalty of perjury under the
12   laws of the State of California that the foregoing is
13   true and correct.
14
15         Dated this _____day of _____,
16   2008.
17
18
19         _____
20              Linda Ellingson, CSR No. 12256
21
22
23
24
25
```

```
 1                    CERTIFICATION
 2          I, the undersigned, a Certified Shorthand
 3   Reporter in the State of California, hereby certify that
 4   the witness in the foregoing deposition was by me duly
 5   sworn to testify to the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause; that
 7   said deposition was taken at the time and place therein
 8   stated; that the testimony of said witness was reported
 9   by me, a Certified Shorthand Reporter and a
10   disinterested person, and was thereafter transcribed
11   under my direction into typewriting; that the foregoing
12   is a full, complete and true record of said testimony;
13   and that the witness was given an opportunity to read
14   and, if necessary, correct said deposition and to
15   subscribe the same.
16          I further certify that I am not of counsel or
17   attorney for either or any of the parties in the
18   foregoing deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   action.
21          IN WITNESS WHEREOF, I have hereunto set my
22   hand this _____ day of _____, 2008.
23
24                              _____
25                              LINDA ELLINGSON, CSR No. 12256
```