Thomas A. Evans (SBN 202841)
Email: tevans@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Defendant
Pan-American Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONNA MATHEWS, | No.: C 07-02757 SBA |
|---|---|
| Plaintiff, | **NOTICE OF COMPLIANCE RE: MEET-AND-CONFER REQUIREMENT PURSUANT TO STANDING ORDERS** |
| vs. | |
| PAN-AMERICAN LIFE INSURANCE COMPANY, | Date: June 10, 2008<br>Time: 1:00 p.m.<br>Place: Ctrm 3, 3rd Floor |
| Defendant. | Honorable Saundra B. Armstrong |

PLEASE TAKE NOTICE THAT the undersigned, counsel of record for defendant Pan-American Life Insurance Company, in accordance with this Court's standing order, hereby certifies that Pan-American met and conferred with plaintiff Donna Mathews, through her attorney of record, prior to the filing of Pan-American's Motion for Summary Judgment, Or Alternatively, Partial Summary Judgment. This certification was inadvertently omitted from Defendant's moving papers.

DATED: May 27, 2008.

    REED SMITH LLP

    By   /s/ Thomas A. Evans
       Thomas A. Evans
       Attorneys for Defendant
       Pan-American Life Insurance Company

DOCSOAK-9909199.1