MICHAEL E. KINNEY
Bar No. 77018
Law Office of Michael E. Kinney
438 First St.
Fourth Floor
Santa Rosa, CA  95401
(707) 527-4141
Fax (707) 579-9561
kinney@kinnlaw.com

Attorney for Plaintiff
DONNA MATHEWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA MATHEWS,

        Plaintiff,

vs.

PAN AMERICAN LIFE INSURANCE COMPANY; and DOE 1 through Doe 20, Inclusive,

        Defendants.
_____/

No.  C 07-02757 SBA

STIPULATION TO PERMIT OPPOSITION MEMORANDUM THAT EXCEEDS PAGE LIMITATION

Date:  June 10, 2008
Time:  1:00 p.m.
Ctrm:  3

       COME NOW the parties hereto, Plaintiff DONNA MATHEWS, by and through her attorney of record, Michael E. Kinney, and Defendant PAN AMERICAN LIFE INSURANCE CO., by and through its attorney of record, Thomas A. Evans, and enter into to following stipulation:

       RECITALS

       1.     Plaintiff has e-filed and delivered a chambers copy of her Opposition to Motion for Summary Judgment in the above matter that exceeds the page limitation authorized by the local rules.  Plaintiff's counsel has represented to the Court that he could not adequately present the Opposition within the page limitation authorized by the local rules.

2.   Prior to filing the Opposition, counsel for Plaintiff spoke with counsel for Defendant about the page limitation issue.  Counsel for Defendant indicated he did not object to an Opposition in excess of the page limitation.

STIPULATION

3.   The parties hereby stipulate that the Opposition may exceed the page limitation authorized by the local rules.

Dated: _____

/s/ Michael E. Kinney
Michael E. Kinney
Attorney for Plaintiff
DONNA MATHEWS

Dated: _____

/s/ Thomas A. Evans
Thomas A. Evans
Attorney for Defendant
PAN-AMERICAN LIFE INS. CO.

**ORDER**

IT IS SO ORDERED

Dated: _____

_____
Judge of the United States District Court