1  Thomas A. Evans (SBN 202841)
   Email: tevans@reedsmith.com
2  Eugenia S. Chern (SBN 215092)
   Email: echern@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA 94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA 94604-2084

7  Telephone:   +1 510 763 2000
   Facsimile:   +1 510 273 8832
8
   Attorneys for Defendant
9  Pan-American Life Insurance Company

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  DONNA MATHEWS,                          | No.: C 07-02757 SBA
13              Plaintiff,                  | **ORDER GRANTING EX PARTE APPLICATION TO CONTINUE MOTION CUT-OFF DATE TO NEXT AVAILABLE HEARING DATE**
14       vs.
15  PAN-AMERICAN LIFE INSURANCE COMPANY,
16
17              Defendant.                  | Honorable Saundra Brown Armstrong

18

19       Based upon the ex parte application and supporting evidence, and good cause appearing:

20       IT IS HEREBY ORDERED THAT:

21       1.   The Motion Cut-Off Date of June 3, 2008, as set forth in the Order for Pretrial

22  Information filed on September 19, 2007, shall be continued to June 10, 2008; and

23       2.   Defendant Pan-American Life Insurance Company's Motion for Summary Judgment,

24  Or Alternatively, Partial Summary Judgment, shall be heard on June 10, 2008, at 1:00 p.m. in

25  Courtroom 3 of the above-entitled Court.

26  / / /

27  / / /

28  / / /

– 1 –

– 2 –

DATED: 6/2/08

*[signature]*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

DOCSOAK-9907170.1