United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS, | No. C 07-02757 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 32] |
| PAN AMERICAN LIFE INSURANCE COMPANY; and DOE 1 through DOE 20, Inclusive, | |
| Defendants. | |

Currently before the Court is plaintiffs' Ex Parte Motion for Administrative Relief to Permit Opposition Memorandum that Exceeds Page Limitation [Docket No. 32]. Plaintiff's counsel requests permission to file a 33 page opposition memorandum, arguing that "under the time pressure of preparing and submitting the Opposition, I did not realize that the Opposition Memorandum was exceeding the page limit until" the day before its due date.

According to Civil Local Rule 7-3, any opposition to a motion "may not exceed 25 pages of text." Civil L.R. 7-3(a). Thus, plaintiff is requesting permission to exceed the page limitation imposed by local rule by 8 pages, or 33%. However, plaintiff's counsel has not stated a persuasive reason for the requested increase. Although he argues that he cannot explain his client's position adequately in fewer pages, this argument is entirely conclusory. Counsel does not provide any explanation for this claim. Plaintiff also argues that he ran out of time. However, he was afforded as much time as any party to file his opposition.

Therefore, IT IS HEREBY ORDERED THAT plaintiff's motion [Docket No. 32] is DENIED.

1. IT IS FURTHER ORDERED THAT Plaintiff's memorandum in opposition [Docket No. 25] is stricken. Plaintiff may file an opposition paper, not to exceed 25 pages, within five days of the date this order is entered. Defendant may file a reply within five days of the filing of plaintiff's opposition. The hearing on Defendant's Motion for Summary Judgment, currently scheduled for June 10, 2008, is continued to Tuesday, July 1, 2008 at 1:00 p.m.

IT IS SO ORDERED.

Dated: 6/3/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California