Thomas A. Evans (SBN 202841)
Email:  tevans@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email:  echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:	+1 510 763 2000
Facsimile:	+1 510 273 8832

Attorneys for Defendant
Pan-American Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PAN-AMERICAN LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No.: C 07-02757 SBA<br><br>**STIPULATION TO CONTINUE THE HEARING ON MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>Proposed New Date:  July 15, 2008<br>Current Hearing Date:  July 1, 2008<br><br>Honorable Saundra B. Armstrong |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, as follows:

1.	The hearing on the Motion for Summary Judgment, or Alternatively, Partial Summary Judgment, of  Defendant Pan-American Life Insurance Company in this matter is currently set for July 1, 2008 at 1:00 p.m.

2.	On June 27, 2008, the parties attended a mediation before James Mart, Esq. of JAMS in San Francisco.

3. Although the parties did not reach a settlement of this matter on June 27, they did make substantial progress and intend to continue their discussions, including a further session with the mediator on July 1.

4. Because the parties believe further mediation would be productive, they have agreed to request a continuance of the hearing on Pan-American's motion to permit them to focus on the possible resolution of this action.

5. The parties therefore stipulate and request that the Court continue the hearing on Pan-American's Motion for Summary Judgment, or Alternatively Partial Summary Judgment, currently set for July 1, 2008 at 1:00 p.m. to <u>July 15, 2008, at 1:00 p.m</u>.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  June 30, 2008.

        REED SMITH LLP

        By   /s/ Thomas A. Evans
            Thomas A. Evans
            Eugenia S. Chern
            Attorneys for Defendant
            Pan-American Life Insurance Company

        LAW OFFICE OF MICHAEL E. KINNEY

        By
            Michael E. Kinney
            Attorneys for Plaintiff Donna Mathews

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   3.  Although the parties did not reach a settlement of this matter on June 27, they did
2   make substantial progress and intend to continue their discussions, including a further session with
3   the mediator on July 1.
4   4.  Because the parties believe further mediation would be productive, they have agreed
5   to request a continuance of the hearing on Pan-American's motion to permit them to focus on the
6   possible resolution of this action.
7   5.  The parties therefore stipulate and request that the Court continue the hearing on Pan-
8   American's Motion for Summary Judgment, or Alternatively Partial Summary Judgment, currently
9   set for July 1, 2008 at 1:00 p.m. to <u>July 15, 2008, at 1:00 p.m.</u>

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 30, 2008.

REED SMITH LLP

By_____
Thomas A. Evans
Eugenia S. Chern
Attorneys for Defendant
Pan-American Life Insurance Company

LAW OFFICE OF MICHAEL E. KINNEY

By _/s/ Michael E. Kinney_____
Michael E. Kinney
Attorneys for Plaintiff Donna Mathews

- 2 -
STIPULATION AND ORDER TO CONTINUE HEARING

DOCSOAK-9911911.1-358830-60004