Thomas A. Evans (SBN 202841)
Email: tevans@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant
Pan-American Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAN-AMERICAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | No.: C 07-02757 SBA<br><br>**[PROPOSED] ORDER GRANTING THE CONTINUANCE OF THE HEARING ON MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>Proposed New Date: July 15, 2008<br>Current Hearing Date: July 1, 2008<br><br>Honorable Saundra B. Armstrong |

Upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on Defendant Pan-American Life Insurance Company's Motion for Summary Judgment currently set for July 1, 2008 at 1:00 p.m. is continued to <u>July 15, 2008, at 1:00 p.m</u>.

DATED: June ____, 2008.

_____
Honorable Saundra Brown Armstrong
Judge of the United States District Court