Thomas A. Evans (SBN 202841)
Email:  tevans@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email:  echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:     +1 510 763 2000
Facsimile:      +1 510 273 8832

Attorneys for Defendant
Pan-American Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>           Plaintiff,<br><br>      vs.<br><br>PAN-AMERICAN LIFE INSURANCE COMPANY,<br><br>           Defendant. | No.: C 07-02757 SBA<br><br>**ORDER GRANTING THE CONTINUANCE OF THE HEARING ON MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>Proposed New Date:  July 15, 2008<br>Current Hearing Date:  July 1, 2008 |

Honorable Saundra B. Armstrong


Upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on Defendant Pan-American Life Insurance Company's Motion for Summary Judgment currently set for July 1, 2008 at 1:00 p.m. is continued to <u>July 15, 2008, at 1:00 p.m</u>.

DATED:  July 1, 2008.

_____
Honorable Saundra Brown Armstrong
Judge of the United States District Court

– 1 –

ORDER TO CONTINUE HEARING