Thomas A. Evans (SBN 202841)
Email: tevans@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant
Pan-American Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATHEWS,<br><br>             Plaintiff,<br><br>     vs.<br><br>PAN-AMERICAN LIFE INSURANCE COMPANY,<br><br>             Defendant. | No.: C 07-02757 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Saundra B. Armstrong |

    IT IS HEREBY STIPULATED by and between plaintiff Donna Mathews and defendant Pan-American Life Insurance Company, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

    The parties shall each bear their own costs and attorney fees.

DATED:  July 24, 2008.                    LAW OFFICES OF MICHAEL E. KINNEY


                                          By    /s/ Michael E. Kinney
                                              Michael E. Kinney
                                              Attorney for Plaintiff Donna Mathews




DATED:  July 24, 2008.                    REED SMITH LLP


                                          By    /s/ Thomas A. Evans
                                              Thomas A. Evans
                                              Attorneys for Defendant Pan-American Life
                                              Insurance Company

**IT IS SO ORDERED.**


DATED: _____, 2008            _____
                                          HON. SAUNDRA BROWN ARMSTRONG
                                          UNITED STATES DISTRICT JUDGE