REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Thomas A. Evans (SBN 202841)
    Email: tevans@reedsmith.com
2   Eugenia S. Chern (SBN 215092)
    Email: echern@reedsmith.com
3   REED SMITH LLP
    1999 Harrison Street, Suite 2400
4   Oakland, CA 94612-3572

5   **Mailing Address:**
    P.O. Box 2084
6   Oakland, CA 94604-2084

7   Telephone:    +1 510 763 2000
    Facsimile:    +1 510 273 8832
8
    Attorneys for Defendant
9   Pan-American Life Insurance Company

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  DONNA MATHEWS,                        No.: C 07-02757 SBA

13              Plaintiff,                **STIPULATION AND [PROPOSED]
                                          ORDER FOR DISMISSAL WITH
14      vs.                               PREJUDICE**

15  PAN-AMERICAN LIFE INSURANCE
    COMPANY,
16                                        Honorable Saundra B. Armstrong
                Defendant.
17

18

19

20

21

22      IT IS HEREBY STIPULATED by and between plaintiff Donna Mathews and defendant Pan-
23
    American Life Insurance Company, through their designated counsel that the above-captioned action
24
    be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).
25

26      The parties shall each bear their own costs and attorney fees.
27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

DATED: July 24, 2008.                          LAW OFFICES OF MICHAEL E. KINNEY

3

4                                              By____/s/ Michael E. Kinney_____
                                                   Michael E. Kinney
                                                   Attorney for Plaintiff Donna Mathews

5

6

7

8

DATED: July 24, 2008.                          REED SMITH LLP

9                                              By____/s/ Thomas A. Evans_____
                                                   Thomas A. Evans
10                                                 Attorneys for Defendant Pan-American Life
                                                   Insurance Company

11

12    **IT IS SO ORDERED.**

13

14    DATED: ___7/25_____, 2008           _____
                                                HON. SAUNDRA BROWN ARMSTRONG
15                                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL